

ORIGINAL

| | |
|---|---|
| 1 | Anthony T. Falzone (SBN 190845) |
| | Julie A. Ahrens ((SBN 230170) |
| 2 | Christopher K. Ridder (SBN 218691) |
| | STANFORD LAW SCHOOL CENTER FOR |
| 3 | INTERNET AND SOCIETY |
| | 559 Nathan Abbott Way |
| 4 | Stanford, California 94305-8610 |
| | Telephone: (650) 736-9050 |
| 5 | Facsimile: (650) 723-4426 |
| | E-mail: falzone@stanford.edu |
| 6 | |
| 7 | BINGHAM MCCUTCHEN LLP |
| | William F. Abrams (SBN 88805) |
| 8 | william.abrams@bingham.com |
| | Sheila M. Pierce (SBN 232610) |
| 9 | sheila.pierce@bingham.com |
| | 1900 University Avenue |
| 10 | East Palo Alto, CA 94303-2223 |
| | Telephone: 650.849.4400 |
| 11 | Facsimile: 650.849.4800 |
| 12 | Attorneys for Plaintiff |
| | Brave New Films 501(c)(4) |
| 13 | |

FILED

08 OCT 10 PM 1:29

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 18 | BRAVE NEW FILMS 501(c)(4), | CV 08 4703 JL |
| 19 | Plaintiff, | PLAINTIFF BRAVE NEW FILMS |
| 20 | v. | 501(C)(4)'S NOTICE OF RELATED CASES |
| 21 | MICHAEL WEINER aka MICHAEL SAVAGE, and ORIGINAL TALK RADIO NETWORK, INC., | Related Case: *Savage v. Council on American-Islamic Relations, Inc.*, Case |
| 22 | Defendants. | No. C 07-6076 SI |
| 23 | | |

TO THE CLERK OF THE COURT AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Northern District Civil Local Rule 3-12, plaintiff Brave New Films 501(c)(4) hereby notifies the Court and all parties and their attorneys of record of a related case: *Savage v. Council on American-Islamic Relations, Inc.*, filed on December 3, 2007 in the Northern District of California with Case No. C 07-6076 SI,

PLAINTIFF BRAVE NEW FILMS 501(C)(4)'S NOTICE OF RELATED CASES

Dockets.Justia.com

1 and dismissed without leave to amend on July 25, 2008. Cases are deemed related under Local
2 Rule 3-12 where: "(1) The actions concern substantially the same parties, property, transaction
3 or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor
4 and expense or conflicting results if the cases are conducted before different Judges." See L.R.
5 3-12(a).

6       The substantive issues of the two actions are closely intertwined. Each involves
7 defendant Michael Weiner aka Michael Savage as a party and substantially the same questions of
8 law and fact regarding the fair use of the same copyrighted materials. The assignment of these
9 actions to the same judge would serve the interests of judicial economy and avoid the potential
10 for inconsistent rulings regarding the fair use of the same copyrighted materials.

11 DATED: October 10, 2008

Bingham McCutchen LLP

By: /s/ William F. Abrams
William F. Abrams
Attorneys for Plaintiff
Brave New Films 501(c)(4)

PLAINTIFF BRAVE NEW FILMS 501(C)(4)'S NOTICE OF RELATED CASES