**ORIGINAL**

| | |
|---|---|
| 1 | Anthony T. Falzone (SBN 190845) |
| | Julie A. Ahrens ((SBN 230170) |
| 2 | Christopher K. Ridder (SBN 218691) |
| | STANFORD LAW SCHOOL CENTER FOR |
| 3 | INTERNET AND SOCIETY |
| | 559 Nathan Abbott Way |
| 4 | Stanford, California 94305-8610 |
| | Telephone: (650) 736-9050 |
| 5 | Facsimile: (650) 723-4426 |
| | E-mail: falzone@stanford.edu |
| 6 | |
| 7 | BINGHAM MCCUTCHEN LLP |
| | William F. Abrams (SBN 88805) |
| 8 | william.abrams@bingham.com |
| | Sheila M. Pierce (SBN 232610) |
| 9 | sheila.pierce@bingham.com |
| | 1900 University Avenue |
| 10 | East Palo Alto, CA 94303-2223 |
| | Telephone: 650.849.4400 |
| 11 | Facsimile: 650.849.4800 |
| 12 | Attorneys for Plaintiff |
| | BRAVE NEW FILMS 501(c)(4) |

FILED
08 OCT 10 PM 1:30
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JL

| | | |
|---|---|---|
| 17 | BRAVE NEW FILMS 501(c)(4), | No. CV 08 4703 |
| 18 | Plaintiff, | **PLAINTIFF BRAVE NEW FILMS** |
| 19 | v. | **501(C)(4)'S CORPORATE** |
| | | **DISCLOSURE STATEMENT** |
| 20 | MICHAEL WEINER aka MICHAEL SAVAGE, and ORIGINAL TALK RADIO NETWORK, | Complaint filed: October 10, 2008 |
| 21 | INC., | |
| 22 | Defendants. | |

PLAINTIFF BRAVE NEW FILMS 501(C)(4)'S CORPORATE DISCLOSURE STATEMENT

| | |
|---|---|
| 1 | Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned, |
| 2 | counsel of record for Plaintiff Brave New Films 501(c)(4), hereby certifies that Brave New |
| 3 | Films501(c)(4), has no parent company and that no publicly held corporation owns greater than |
| 4 | ten percent (10%) of its stock. |
| 5 | DATED: October 10, 2008 |

Bingham McCutchen LLP

By: *William F. Abrams* (signature)
William F. Abrams
Attorneys for Plaintiff
Brave New Films 501(c)(4)

PLAINTIFF BRAVE NEW FILMS 501(C)(4)'S CORPORATE DISCLOSURE STATEMENT