| | |
|---|---|
| 1 | Anthony T. Falzone (SBN 190845) |
| | Julie A. Ahrens ((SBN 230170) |
| 2 | Christopher K. Ridder (SBN 218691) |
| | STANFORD LAW SCHOOL CENTER FOR |
| 3 | INTERNET AND SOCIETY |
| | 559 Nathan Abbott Way |
| 4 | Stanford, California 94305-8610 |
| | Telephone: (650) 736-9050 |
| 5 | Facsimile: (650) 723-4426 |
| | E-mail: falzone@stanford.edu |
| 6 | |
| 7 | BINGHAM MCCUTCHEN LLP |
| | William F. Abrams (SBN 88805) |
| 8 | william.abrams@bingham.com |
| | Sheila M. Pierce (SBN 232610) |
| 9 | sheila.pierce@bingham.com |
| | 1900 University Avenue |
| 10 | East Palo Alto, CA 94303-2223 |
| | Telephone: 650.849.4400 |
| 11 | Facsimile: 650.849.4800 |
| 12 | Attorneys for Plaintiff |
| | BRAVE NEW FILMS 501(c)(4) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| BRAVE NEW FILMS 501(c)(4), | | No. CV 084703 JL |
| Plaintiff, | | **PLAINTIFF BRAVE NEW FILMS 501(C)(4)'S CERTIFICATION OF INTERESTED ENTITIES AND PERSONS (CIVIL L.R. 3-16)** |
| v. | | |
| MICHAEL WEINER aka MICHAEL SAVAGE, and ORIGINAL TALK RADIO NETWORK, INC., | | |
| Defendant. | | COMPLAINT FILED: OCTOBER 10, 2008 |

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

No. CV 084703 JL

CERTIFICATION OF INTERESTED ENTITIES AND PERSONS

1         PLEASE TAKE NOTICE that pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: October 22, 2008

                        Bingham McCutchen LLP

                        By:     /s/   William F. Abrams
                                  William F. Abrams
                                  Attorneys for Plaintiff
                                  BRAVE NEW FILMS, 501(c)(4)