| | |
|---|---|
| 1 | Anthony T. Falzone (SBN 190845)<br>Julie A. Ahrens ((SBN 230170) |
| 2 | Christopher K. Ridder (SBN 218691)<br>STANFORD LAW SCHOOL CENTER FOR |
| 3 | INTERNET AND SOCIETY<br>559 Nathan Abbott Way |
| 4 | Stanford, California 94305-8610<br>Telephone: (650) 736-9050 |
| 5 | Facsimile: (650) 723-4426<br>E-mail: falzone@stanford.edu |
| 6 | |
| 7 | BINGHAM MCCUTCHEN LLP<br>William F. Abrams (SBN 88805)<br>william.abrams@bingham.com |
| 8 | Sheila M. Pierce (SBN 232610)<br>sheila.pierce@bingham.com |
| 9 | 1900 University Avenue<br>East Palo Alto, CA 94303-2223 |
| 10 | Telephone: 650.849.4400<br>Facsimile: 650.849.4800 |
| 11 | |
| 12 | Attorneys for Plaintiff<br>BRAVE NEW FILMS 501(c)(4) |

13                         UNITED STATES DISTRICT COURT

14                        NORTHERN DISTRICT OF CALIFORNIA

15                              SAN FRANCISCO DIVISION

16

| | | |
|---|---|---|
| 17 | BRAVE NEW FILMS 501(c)(4), | No. CV 084703 JL |
| 18 | Plaintiff, | **CERTIFICATE OF SERVICE** |
| 19 | v. | |
| 20 | MICHAEL WEINER aka MICHAEL SAVAGE,<br>and ORIGINAL TALK RADIO NETWORK, INC., | |
| 21 | | |
| 22 | Defendant. | |

23        I am over 18 years of age, not a party to this action and employed in the County

24   of San Mateo, California at 1900 University Avenue, East Palo Alto, California 94303-2223. I

25   am readily familiar with the practice of this office for collection and processing of

26   correspondence for mailing with the United States Postal Service and correspondence is

27   deposited with the United States Postal Service that same day in the ordinary course of business.

28

No. CV 084703 J

CERTIFICATE OF SERVICE

1  Today I served the attached:

2  **PLAINTIFF BRAVE NEW FILMS 501(C)(4)'S
   CERTIFICATION OF INTERESTED ENTITIES AND
3  PERSONS (CIVIL L.R. 3-16)**

4  by causing a true and correct copy of the above to be placed in the United States Mail at East

5  Palo Alto, California in sealed envelope(s) with postage prepaid, addressed as follows:

6      Ronald H Severaid Law Offices
       1805 Tribute Road
7      Suite H
       Sacramento, CA 95815-4303
8      (Attorneys for: Michael Weiner aka Michael Savage and Original Talk Radio
9                    Network, Inc.)

10      I declare that I am employed in the office of a member of the bar of this court at

11  whose direction the service was made and that this declaration was executed on October 22,

12  2008.

                                        /s/ Ruth DiFalco
                                        Ruth DiFalco