| | |
|---|---|
| 1 | Anthony T. Falzone (SBN 190845) |
| | Julie A. Ahrens ((SBN 230170) |
| 2 | Christopher K. Ridder (SBN 218691) |
| | STANFORD LAW SCHOOL CENTER FOR |
| 3 | INTERNET AND SOCIETY |
| | 559 Nathan Abbott Way |
| 4 | Stanford, California 94305-8610 |
| | Telephone: (650) 736-9050 |
| 5 | Facsimile: (650) 723-4426 |
| | E-mail: falzone@stanford.edu |
| 6 | |
| | BINGHAM MCCUTCHEN LLP |
| 7 | William F. Abrams (SBN 88805) |
| | william.abrams@bingham.com |
| 8 | Sheila M. Pierce (SBN 232610) |
| | sheila.pierce@bingham.com |
| 9 | 1900 University Avenue |
| | East Palo Alto, CA  94303-2223 |
| 10 | Telephone:  650.849.4400 |
| | Facsimile:  650.849.4800 |
| 11 | |
| | Attorneys for Plaintiff |
| 12 | BRAVE NEW FILMS 501(c)(4) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAVE NEW FILMS 501(c)(4), | No. CV 084703 JL |
| Plaintiff, | **AMENDED CERTIFICATE OF SERVICE** |
| v. | |
| MICHAEL WEINER aka MICHAEL SAVAGE, and ORIGINAL TALK RADIO NETWORK, INC., | |
| Defendant. | |

I am over 18 years of age, not a party to this action and employed in the County of San Mateo, California at 1900 University Avenue, East Palo Alto, California  94303-2223.  I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Postal Service and correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

A/72719570.1/0999997-0000929225

No. CV 084703 J

AMENDED CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | Today I served the attached: |
| 2 | **PLAINTIFF BRAVE NEW FILMS 501(C)(4)'S CERTIFICATION OF INTERESTED ENTITIES AND PERSONS (CIVIL L.R. 3-16)** |
| 3 | |

by causing a true and correct copy of the above to be placed in the United States Mail at East Palo Alto, California in sealed envelope(s) with postage prepaid, addressed as follows:

> Severaid & Glahn, PC
> 1787 Tribute Road
> Suite D
> Sacramento, CA 95815
> (Attorneys for: Michael Weiner aka Michael Savage and Original Talk Radio Network, Inc.)

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on October 22, 2008.

/s/ Ruth DiFalco
Ruth DiFalco