AO 440 (Rev. 03/08) Civil Summons (and 6/08)

# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF CALIFORNIA

BRAVE NEW FILMS 501(c)(4),

        Plaintiff
        v.           Civil Action No. CV 08 4703 JL
MICHAEL WEINER aka MICHAEL SAVAGE,
and ORIGINAL TALK RADIO NETWORK,
INC.

        Defendant

## Summons in a Civil Action

To: ORIGINAL TALK RADIO NETWORK, INC.

*(Defendant's name)*

A lawsuit has been filed against you.

    Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Anthony T. Falzone/Julie A. Ahrens/Christopher K. Ridder
STANFORD LAW SCHOOL CENTER FOR INTERNET SOCIETY
559 Nathan Abbott Way
Stanford, CA 94305-8610 - Telephone: 650.736.9050 - e-mail: falzone@stanford.edu

William F. Abrams/Sheila M. Pierce
BINGHAM McCUTCHEN LLP
1900 University Avenue
East Palo Alto, CA 94303-2223 - Telephone: 650.849.4400 - e-mail: william.abrams@bingham.com

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: October 10, 2008

Deputy clerk's signature
MARY ANN BUCKLEY

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| Attorney or Party without Attorney:<br>BINGHAM, MCCUTCHEN<br>1900 UNIVERSITY AVE.<br>EAST PALO ALTO, CA 94303 | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: 650-849-4400  FAX No: 650-849-4800 | | | | |
| Attorney for: Plaintiff | | Ref. No. or File No.:<br>0000982001 (PIERCE) | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The Northern District Of California | | | | |
| Plaintiff: BRAVE NEW FILMS 501 (c) (4) | | | | |
| Defendant: MICHAEL WEINER; ET AL | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL** | Hearing Date:<br>Wed, Jan. 14, 2009 | Time:<br>10:30AM | Dept/Div:<br>F | Case Number:<br>CV-08-4703 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint For Declaratory Judgment And Damages With Exhibits A - E; Plaintiff Brave New Films 501(C)(4)'s Notice Of Related Cases; Plaintiff Brave New Films 501(C)(4)'s Corporate Disclosure Statement; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For All Judges Of The Northern District Of California Contents Of Joint Case Management Statement; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Blank Consent To Proceed Before A United States Magistrate Judge; Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Welcome To The U.S. District Court, San Francisco Office Hours; Ecf Registration Information Handout.

3. a. Party served: ORIGINAL TALK RADIO NETWORK, INC., BY SERVING: RONALD SEVERAID, ATTORNEY WHO IS AGENT
   b. Person served: PAM SAUTER, OFFICE MANAGER - AUTHORIZED TO ACCEPT ON BEHALF OF RONALD SEVERAID

4. Address where the party was served: 1787 TRIBUTE RD, SUITE D
   SACRAMENTO, CA 95815

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Oct. 15, 2008 (2) at: 10:27AM

7. *Person Who Served Papers:*  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ANANDA P. BOUGANIM
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.: 2008-000970-01
      (iii) County: San Francisco
      (iv) Expiration Date: Mon, Feb. 01, 2010

**A & A LEGAL SERVICE**

1541 Bayshore Hwy.  GENERAL@AALEGALSERVICE.COM
Burlingame, CA 94010-1602  Fax (650) 697-4640
**(650) 697-9431**

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Oct. 20, 2008

Judicial Council Form  PROOF OF SERVICE  (ANANDA P. BOUGANIM)
Rule 2.150.(a)&(b) Rev January 1, 2007  SUMMONS IN A CIVIL  8494400.48828