

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT

FILED
for the
08 OCT 23 PM 12:48

NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BRAVE NEW FILMS 501(c)(4), )
)
)
)
)
Plaintiff )
v. )  Civil Action No.
MICHAEL WEINER aka MICHAEL SAVAGE, )
and ORIGINAL TALK RADIO NETWORK, )
INC. )
)
Defendant )

CV 08 4703 JL

### Summons in a Civil Action

To: MICHAEL WEINER aka MICHAEL SAVAGE

*(Defendant's name)*

A lawsuit has been filed against you.

     Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Anthony T. Falzone/Julie A. Ahrens/Christopher K. Ridder
STANFORD LAW SCHOOL CENTER FOR INTERNET AND SOCIETY
559 Nathan Abbott Way
Stanford, CA 94305-8610 - Telephone: 650.736.9050 - e-mail: falzone@stanford.edu

William F. Abrams/Sheila M. Pierce
BINGHAM McCUTCHEN LLP
1900 University Avenue
East Palo Alto, CA 94303-2223 - Telephone: 650.849.4400 - e-mail: william.abrams@bingham.com

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: October 10, 2008

Richard W. Wieking
Name of clerk of court

MARY ANN BUCKLEY
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| Attorney or Party without Attorney: <br> BINGHAM, MCCUTCHEN <br> 1900 UNIVERSITY AVE. <br> EAST PALO ALTO, CA 94303 <br> Telephone No: 650-849-4400   FAX No: 650-849-4800 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No. or File No.: <br> 0000982001 (PIERCE) | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court For The Northern District Of California | | | | |
| Plaintiff: BRAVE NEW FILMS 501 (c) (4) | | | | |
| Defendant: MICHAEL WEINER; ET AL | | | | |
| **PROOF OF SERVICE** <br> **SUMMONS IN A CIVIL** | Hearing Date: <br> Wed, Jan. 14, 2009 | Time: <br> 10:30AM | Dept/Div: <br> F | Case Number: <br> CV-08-4703 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint For Declaratory Judgment And Damages With Exhibits A - E; Plaintiff Brave New Films 501(C)(4)'s Notice Of Related Cases; Plaintiff Brave New Films 501(C)(4)'s Corporate Disclosure Statement; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For All Judges Of The Northern District Of California Contents Of Joint Case Management Statement; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Blank Consent To Proceed Before A United States Magistrate Judge; Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Welcome To The U.S. District Court, San Francisco Office Hours; Ecf Registration Information Handout.

3. a. *Party served:*         MICHAEL WEINER AKA MICHAEL SAVAGE, BY SERVING: RONALD SEVERAID, ATTORNEY WHO IS AGENT
   b. *Person served:*       PAM SAUTER, OFFICE MANAGER - AUTHORIZED TO ACCEPT ON BEHALF OF RONALD SEVERAID

4. Address where the party was served:     1787 TRIBUTE RD, SUITE D <br>
                                             SACRAMENTO, CA 95815

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Oct. 15, 2008 (2) at: 10:27AM

7. Person Who Served Papers:                                      Recoverable Cost Per CCP 1033.5(a)(4)(B) <br>
    a. ANANDA P. BOUGANIM                       d. *The Fee for Service was:*

        ★ A & A LEGAL SERVICE ★               e. I am: (3) registered California process server
                                                                      *(i)* Employee

| | | |
|---|---|---|
| 1541 Bayshore Hwy. | GENERAL@AALEGALSERVICE.COM | *(ii) Registration No.:*    2008-000970-01 |
| Burlingame, CA 94010-1602 | Fax (650) 697-4640 | *(iii) County:*    San Francisco |
| (650) 697-9431 | | *(iv) Expiration Date:*    Mon, Feb. 01, 2010 |

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mon, Oct. 20, 2008

                                                       *(ANANDA P. BOUGANIM)*

Judicial Council Form                    PROOF OF SERVICE <br>
Rule 2.150.(a)&(b) Rev January 1, 2007     SUMMONS IN A CIVIL                              8494400.48827