Douglas E. Mirell (State Bar No. 91469)
dmirell@loeb.com
Scott B. Zolke (State Bar No. 136984)
szolke@loeb.com
Christine M. Reilly (State Bar No. 226388)
creilly@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone:   (310) 282-2000
Facsimile:    (310) 282-2200

Attorneys for Defendants
MICHAEL WEINER aka MICHAEL SAVAGE,
and ORIGINAL TALK RADIO NETWORK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAVE NEW FILMS 501(c)(4),<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL WEINER aka MICHAEL SAVAGE, and ORIGINAL TALK RADIO NETWORK, INC.,<br><br>Defendants. | Case No. CV 08-4703 JL<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

LA1819012.4
666666-66666

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Brave New Films 501(c)(4) ("Plaintiff") and Defendants Michael Weiner aka Michael Savage and Original Talk Radio Network, Inc. ("Defendants"), through their respective counsel, pursuant to Northern District of California Civil Local Rule 6-1(a), as follows:

1. Defendants have accepted service through their counsel of record and waive their right to formal service of the Summons and Complaint in this matter.

2. Defendants shall have until December 4, 2008 to respond to Plaintiff's Complaint in this matter.

Dated: November 3, 2008　　　　　LOEB & LOEB LLP

By　/s/ Christine M. Reilly
Douglas E. Mirell
Scott B. Zolke
Christine M. Reilly

Attorneys for Defendants Michael Weiner aka Michael Savage and Original Talk Radio Network, Inc.

Dated: November 3, 2008　　　　　STANFORD LAW SCHOOL CENTER FOR INTERNET AND SOCIETY

By　/s/ Anthony T. Falzone
Anthony T. Falzone
Christopher K. Ridder
Julie A. Ahrens

Attorneys for Plaintiff Brave New Films 501(c)(4)