IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAVE NEW FILMS, | No. C 08-04703SI |
|     Plaintiff, | **NOTICE** |
| v. | |
| MICHAEL WEINER, | |
|     Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, January 23, 2009, at 2:00 p.m.

Dated: November 13, 2008　　　　　　　　　　　　　　　RICHARD W. WIEKING, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_Tracy Sutton_ (signature)

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tracy Sutton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk