IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAVE NEW FILMS,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL WEINER,<br><br>    Defendant._____/ | No. C 08-04703SI<br><br>**NOTICE** |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, January 23, 2009, at 2:00 p.m.

Dated: November 13, 2008                 RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk