| | |
|---|---|
| 1 | Anthony T. Falzone (SBN 190845) |
| | Julie A. Ahrens ((SBN 230170) |
| 2 | Christopher K. Ridder (SBN 218691) |
| | STANFORD LAW SCHOOL CENTER FOR |
| 3 | INTERNET AND SOCIETY |
| | 559 Nathan Abbott Way |
| 4 | Stanford, California 94305-8610 |
| | Telephone: (650) 736-9050 |
| 5 | Facsimile: (650) 723-4426 |
| | E-mail: falzone@stanford.edu |
| 6 | |
| | BINGHAM MCCUTCHEN LLP |
| 7 | William F. Abrams (SBN 88805) |
| | william.abrams@bingham.com |
| 8 | Sheila M. Pierce (SBN 232610) |
| | sheila.pierce@bingham.com |
| 9 | 1900 University Avenue |
| | East Palo Alto, CA  94303-2223 |
| 10 | Telephone:  650.849.4400 |
| | Facsimile:  650.849.4800 |
| 11 | |
| | Attorneys for Plaintiff |
| 12 | BRAVE NEW FILMS 501(c)(4) |

13                         UNITED STATES DISTRICT COURT

14                       NORTHERN DISTRICT OF CALIFORNIA

15                              SAN FRANCISCO DIVISION

16

| | | |
|---|---|---|
| 17 | BRAVE NEW FILMS 501(c)(4), | No. CV 08-04703 SI |
| 18 | Plaintiff, | **CERTIFICATE OF SERVICE** |
| 19 | v. | |
| 20 | MICHAEL WEINER aka MICHAEL SAVAGE, and ORIGINAL TALK RADIO NETWORK, INC., | |
| 21 | | |
| 22 | Defendant. | |

23

        I am over 18 years of age, not a party to this action and employed in the County

24

of San Mateo, California at 1900 University Avenue, East Palo Alto, California  94303-2223.  I

25

am readily familiar with the practice of this office for collection and processing of

26

correspondence for mailing with the United States Postal Service and correspondence is

27

deposited with the United States Postal Service that same day in the ordinary course of business.

28

No. CV 08-04703 SI

CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | Today I served the attached: |
| 2 | NOTICE |
| 3 | CASE MANAGEMENT CONFERENCE ORDER |
| 4 | STANDING ORDERS FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA - CONTENTS OF |
| 5 | JOINT CASE MANAGEMENT STATEMENT |
| 6 | JUDGE ILLSTON'S STANDING ORDER |

by causing a true and correct copy of the above to be placed in the United States Mail at East Palo Alto, California in sealed envelope(s) with postage prepaid, addressed as follows:

>Douglas Mirell, Esq.
>Christine M. Reilly, Esq.
>Loeb & Loeb LLP
>10100 Santa Monica Blvd., Suite 2200
>Los Angeles, CA 90067-4164
>(Attorneys for: Michael Weiner aka Michael Savage and Original Talk Radio Network, Inc.)

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on November 13, 2008.

>/s/ Ruth DiFalco
>_____
>Ruth DiFalco