Douglas E. Mirell (State Bar No. 91469)
dmirell@loeb.com
Scott B. Zolke (State Bar No. 136984)
szolke@loeb.com
Christine M. Reilly (State Bar No. 226388)
creilly@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone:  (310) 282-2000
Facsimile:   (310) 282-2200

Attorneys for Defendants
MICHAEL WEINER aka MICHAEL SAVAGE,
and ORIGINAL TALK RADIO NETWORK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAVE NEW FILMS 501(c)(4),<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL WEINER aka MICHAEL SAVAGE, and ORIGINAL TALK RADIO NETWORK, INC.,<br><br>   Defendants. | Case No. CV 08-4703 SI<br><br>**SECOND STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND ENLARGING CASE DATES; [PROPOSED] ORDER** |

LA1826157.3
211275-10004

SECOND STIPULATION EXTENDING TIME TO
RESPOND TO COMPLAINT AND ENLARGING
CASE DATES; [PROPOSED] ORDER
Case No. CV 08-4703 JL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Brave New Films 501(c)(4) ("Plaintiff") and Defendants Michael Weiner aka Michael Savage and Original Talk Radio Network, Inc. ("Defendants"), through their respective counsel, pursuant to Northern District of California Civil Local Rule 6-1(b), as follows:

1. The parties previously stipulated to extend the deadline for Defendants to respond to the complaint to December 4, 2008;

2. The parties are currently engaged in ongoing settlement discussions to resolve the matter;

3. The parties hereby stipulate to a second extension of time for Defendants to respond to the complaint until January 9, 2009.

4. Accordingly, the parties also stipulate to the following:

    i. Defendants shall have until January 9, 2009, to file any Anti-SLAPP Motion;

    ii. The parties shall meet and confer pursuant to Federal Rule of Civil Procedure 26(f) by January 14, 2009;

    iii. The parties shall file a joint case management statement no later than January 21, 2009; and

    iv. The parties shall file a report pursuant to Federal Rule of Civil Procedure 26(f) no later than January 28, 2009.

LA1826157.3
211275-10004

2

SECOND STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND ENLARGING CASE DATES; [PROPOSED] ORDER
Case No. CV 08-4703 JL

1 | IT IS SO STIPULATED.

Dated: December 3, 2008           LOEB & LOEB LLP


By    /s/ Christine M. Reilly
Douglas E. Mirell
Scott B. Zolke
Christine M. Reilly

Attorneys for Defendants Michael
Weiner aka Michael Savage and
Original Talk Radio Network, Inc.

Dated: December 3, 2008           STANFORD LAW SCHOOL CENTER
                                  FOR INTERNET AND SOCIETY


By    /s/ Anthony T. Falzone
Anthony T. Falzone
Christopher K. Ridder
Julie A. Ahrens

Attorneys for Plaintiff Brave New
Films 501(c)(4)

LA1826157.3
211275-10004

3

SECOND STIPULATION EXTENDING TIME TO
RESPOND TO COMPLAINT AND ENLARGING
CASE DATES; [PROPOSED] ORDER
Case No. CV 08-4703 JL

# [PROPOSED] ORDER

Having read the foregoing stipulation and good cause appearing therefor, the Court hereby extends Defendants' time to respond to the complaint to January 9, 2009. Defendants shall also have until January 9, 2009 [or _____] within which to file any Anti-SLAPP Motion.

The parties shall meet and confer pursuant to Federal Rule of Civil Procedure 26(f) no later than January 14, 2009 [or _____]. The parties shall file a joint case management statement no later than January 21, 2009 [or _____]. The parties shall file a report pursuant to Federal Rule of Civil Procedure 26(f) no later than January 28, 2009 [or _____].

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Honorable Susan Illston
United States District Judge

LA1826157.3
211275-10004

SECOND STIPULATION EXTENDING TIME TO
RESPOND TO COMPLAINT AND ENLARGING
CASE DATES; [PROPOSED] ORDER
Case No. CV 08-4703 JL