1  Douglas E. Mirell (State Bar No. 91469)
   dmirell@loeb.com
2  Scott B. Zolke (State Bar No. 136984)
   szolke@loeb.com
3  Christine M. Reilly (State Bar No. 226388)
   creilly@loeb.com
4  LOEB & LOEB LLP
   10100 Santa Monica Boulevard, Suite 2200
5  Los Angeles, California 90067-4120
   Telephone:   (310) 282-2000
6  Facsimile:   (310) 282-2200

7  Attorneys for Defendants
   MICHAEL WEINER aka MICHAEL SAVAGE,
8  and ORIGINAL TALK RADIO NETWORK, INC.

9                     UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

13

14  BRAVE NEW FILMS 501(c)(4),              Case No. CV 08-4703 SI

15              Plaintiff,

                                            **SECOND STIPULATION**
16        v.                                **EXTENDING TIME TO RESPOND**
                                            **TO COMPLAINT AND**
17  MICHAEL WEINER aka MICHAEL              **ENLARGING CASE DATES;**
    SAVAGE, and ORIGINAL TALK              **[PROPOSED] ORDER**
18  RADIO NETWORK, INC.,

              Defendants.
19

20

21

22

23

24

25

26

27

28  LA1826157.3                       SECOND STIPULATION EXTENDING TIME TO
    211275-10004                     RESPOND TO COMPLAINT AND ENLARGING
                                             CASE DATES; [PROPOSED] ORDER
                                                   Case No. CV 08-4703 JL

1    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff

2  Brave New Films 501(c)(4) ("Plaintiff") and Defendants Michael Weiner aka

3  Michael Savage and Original Talk Radio Network, Inc. ("Defendants"), through

4  their respective counsel, pursuant to Northern District of California Civil Local Rule

5  6-1(b), as follows:

6    1.    The parties previously stipulated to extend the deadline for Defendants

7  to respond to the complaint to December 4, 2008;

8    2.    The parties are currently engaged in ongoing settlement discussions to

9  resolve the matter;

10    3.    The parties hereby stipulate to a second extension of time for

11  Defendants to respond to the complaint until January 9, 2009.

12    4.    Accordingly, the parties also stipulate to the following:

13        i.    Defendants shall have until January 9, 2009, to file any Anti-

14  SLAPP Motion;

15        ii.    The parties shall meet and confer pursuant to Federal Rule of

16  Civil Procedure 26(f) by January 14, 2009;

17        iii.    The parties shall file a joint case management statement no later

18  than January 21, 2009; and

19        iv.    The parties shall file a report pursuant to Federal Rule of Civil

20  Procedure 26(f) no later than January 28, 2009.

21

22

23

24

25

26

27

28

LA1826157.3
211275-10004

2

SECOND STIPULATION EXTENDING TIME TO
RESPOND TO COMPLAINT AND ENLARGING
CASE DATES; [PROPOSED] ORDER
Case No. CV 08-4703 JL

1   IT IS SO STIPULATED.

2

3   Dated: December 3, 2008                    LOEB & LOEB LLP

4

5                                              By   /s/ Christine M. Reilly
                                               Douglas E. Mirell
6                                              Scott B. Zolke
                                               Christine M. Reilly
7
                                               Attorneys for Defendants Michael
8                                              Weiner aka Michael Savage and
                                               Original Talk Radio Network, Inc.
9
10  Dated: December 3, 2008                    STANFORD LAW SCHOOL CENTER
                                               FOR INTERNET AND SOCIETY
11

12                                             By   /s/ Anthony T. Falzone
                                               Anthony T. Falzone
13                                             Christopher K. Ridder
                                               Julie A. Ahrens
14
                                               Attorneys for Plaintiff Brave New
15                                             Films 501(c)(4)

16

17

18

19

20

21

22

23

24

25

26

27

28

LA1826157.3
211275-10004

3

**[PROPOSED] ORDER**

Having read the foregoing stipulation and good cause appearing therefor, the Court hereby extends Defendants' time to respond to the complaint to January 9, 2009.  Defendants shall also have until January 9, 2009 [or _____] within which to file any Anti-SLAPP Motion.

The parties shall meet and confer pursuant to Federal Rule of Civil Procedure 26(f) no later than January 14, 2009 [or _____].  The parties shall file a joint case management statement no later than January 21, 2009 [or _____].  The parties shall file a report pursuant to Federal Rule of Civil Procedure 26(f) no later than January 28, 2009 [or _____].

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

Honorable Susan Illston
United States District Judge

LA1826157.3
211275-10004

SECOND STIPULATION EXTENDING TIME TO
RESPOND TO COMPLAINT AND ENLARGING
CASE DATES; [PROPOSED] ORDER
Case No. CV 08-4703 JL