# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Brave New Films 501 (C)(4), | 08-04703 SI |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| Weiner, | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
08-04703 SI                                                        -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: January 9, 2009

                      RICHARD W. WIEKING
                      Clerk
                      by:    Lisa M. Salvetti

*/s/ Lisa M. Salvetti*
ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
08-04703 SI                                            -2-

PROOF OF SERVICE

Case Name: v. Weiner

Case Number: 08-04703 SI

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On January 9, 2009, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Christine Marie Reilly
> Loeb & Loeb LLP
> 10100 Santa Monica Blvd
> Suite 2200
> Los Angeles, CA 90067
> creilly@loeb.com
>
> Douglas Elliott Mirell
> Loeb & Loeb LLP
> 10100 Santa Monica Blvd
> Suite 2200
> Los Angeles, CA 90067
> DMirell@Loeb.com
>
> Scott Bryan Zolke
> Loeb & Loeb LLP
> 10100 Santa Monica Boulevard
> Suite 2200
> Los Angeles, CA 90067-4120
>
> Julie Angela Ahrens

Stanford Law School
559 Nathan Abbott Way
Center for Internet and Society
Stanford, CA 94305
jahrens@law.stanford.edu

Christopher Kay Ridder
Stanford Law School Center for Internet and Society
559 Nathan Abbott Way
Stanford, CA 94305
cridder@stanford.edu

Anthony T. Falzone
Stanford Law School
Crown Quadrangle
559 Nathan Abbott Way
Center for Internet and Society
Stanford, CA 94305-8610
anthony.falzone@stanford.edu

William Frederick Abrams
Bingham McCutchen LLP
1900 University Avenue
East Palo Alto, CA 94303
william.abrams@bingham.com

Sheila Marie Pierce
Bingham McCutchen LLP
1900 University Circle
East Palo Alto, CA 94303
sheila.pierce@bingham.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 9, 2009 in San Francisco, California.

        RICHARD W. WIEKING
        Clerk
        by:    Lisa M. Salvetti

*/s/ Lisa M. Salvetti*
ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov