Benjamin Aaron Shapiro (SBN 254456)
12330 Magnolia Boulevard, No. 114
Valley Village, CA 91607
Telephone: (818) 620-0137

Attorney for Defendants
MICHAEL WEINER aka MICHAEL SAVAGE,
and ORIGINAL TALK RADIO NETWORK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAVE NEW FILMS 501(c)(4),<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL WEINER aka MICHAEL SAVAGE, and ORIGINAL TALK RADIO NETWORK, INC.,<br><br>　　　　Defendants. | Case No. CV 08-4703 SI<br><br>**DEFENDANT ORIGINAL TALK RADIO NETWORK, INC.'S CERITIFICATION OF INTERESTED ENTITIES OR PERSONS** |

LA1835251.1
211275-10004

OTRN'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS
Case No. CV 08-4703 JL

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: [LIST NAMES AND IDENTIFY THEIR CONNECTION AND INTEREST]

OR

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: January 9, 2009

By  /s/ Benjamin Aaron Shapiro

Attorneys for Defendants Michael Weiner aka Michael Savage and Original Talk Radio Network, Inc.

LA1835251.1
211275-10004