# UNITED STATES DISTRICT COURT

## Northern District of California

Brave New Films 501(C)(4),

                              Plaintiff (s),

                    V.

Michael Weiner aka Michael Savage and
Original Talk Radio Network, Inc.

                              Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: <u>CV 08-4703 SI</u>

Notice is hereby given that, subject to approval by the court, <u>Original Talk Radio Network, Inc.</u> substitutes
                                                                                        (Party (s) Name)

<u>Benjamin Aaron Shapiro</u>, State Bar No. <u>254456</u> as counsel of record in
            (Name of New Attorney)

place of <u>Scott B. Zolke, Douglas E. Mirell, and Christine M. Reilly of Loeb & Loeb LLP.</u>
                              (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

        Firm Name:      Benjamin Aaron Shapiro

        Address:        12330 Magnolia Boulevard, No. 114, Valley Village, CA 91607

        Telephone:      818-620-0137              Facsimile

        E-Mail (Optional):

I consent to the above substitution.

Date:    January 9, 2009

                              _____
                              (Signature of Party (s))
                              Executive Vice President, The Original Talk Radio Network, Inc

I consent to being substituted.

Date:    January 9, 2009

                              _____
                              (Signature of Former Attorney (s))

I consent to the above substitution.

Date:    January 9, 2009

                              _____
                              (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    _____          _____
                                                   Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com

Dockets.Justia.com