AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

Brave New Films 501(C)(4),

                Plaintiff(s),

V.

Michael Weiner aka Michael Savage and
Original Talk Radio Network, Inc.
                Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV 08-4703 SI

Notice is hereby given that, subject to approval by the court, __Michael Weiner aka Michael Savage__ substitutes
(Party(s) Name)

__Benjamin Aaron Shapiro__, State Bar No. __254456__ as counsel of record in
(Name of New Attorney)

place of __Scott B. Zolke, Douglas E. Mirell, and Christine M. Reilly of Loeb & Loeb LLP.__
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:       Benjamin Aaron Shapiro

    Address:          12330 Magnolia Boulevard, No. 114, Valley Village, CA 91607

    Telephone:      818-620-0137      Facsimile

    E-Mail (Optional):

I consent to the above substitution.

Date:     January 9, 2009

                                    (Signature of Party(s))

I consent to being substituted.

Date:     January 9, 2009

                                    (Signature of Former Attorney(s))

I consent to the above substitution.
Date:     January 9, 2009

                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com