AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

Brave New Films 501(C)(4),

                Plaintiff (s),

V.

Michael Weiner aka Michael Savage and
Original Talk Radio Network, Inc.

                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV 08-4703 SI

Notice is hereby given that, subject to approval by the court, **Original Talk Radio Network, Inc.** substitutes
(Party (s) Name)

**Benjamin Aaron Shapiro**, State Bar No. **254456** as counsel of record in
(Name of New Attorney)

place of **Scott B. Zolke, Douglas E. Mirell, and Christine M. Reilly of Loeb & Loeb LLP.**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:    Benjamin Aaron Shapiro
    Address:    12330 Magnolia Boulevard, No. 114, Valley Village, CA 91607
    Telephone:    818-620-0137    Facsimile
    E-Mail (Optional):

I consent to the above substitution.

Date: January 9, 2009

[signature] Executive Vice President, The Original Talk Radio Network, Inc.
(Signature of Party (s))

I consent to being substituted.

Date: January 9, 2009

[signature: Douglas E. Mirell]
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: January 9, 2009

[signature: Benjamin Shapiro]
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

[signature: Susan Illston]
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com

Dockets.Justia.com