| | |
|---|---|
| 1 | Benjamin Aaron Shapiro (SBN 254456) |
| 2 | 12330 Magnolia Boulevard, No. 114<br>Valley Village, CA 91607<br>Telephone: (818) 620-0137 |
| 3 | |
| 4 | Attorney for Defendants<br>MICHAEL WEINER aka MICHAEL SAVAGE,<br>and ORIGINAL TALK RADIO NETWORK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAVE NEW FILMS 501(c)(4),<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL WEINER aka MICHAEL SAVAGE, and ORIGINAL TALK RADIO NETWORK, INC.,<br><br>Defendants. | Case No. CV 08-4703 SI<br><br>**NOTICE OF ERRATA RE DEFENDANT MICHAEL WEINER AKA MICHAEL SAVAGE'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date: March 13, 2009<br>Time: 9:00 a.m.<br>Location: Courtroom<br><br>Honorable Susan Illston |

LA1836126.1
211275-10004

NOTICE OF ERRATA RE
SAVAGE'S MOTION TO DISMISS
Case No. CV 08-4703 SI

Dockets.Justia.com

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On January 11, 2008, Defendant Michael Weiner aka Michael Savage's Notice of Motion and Motion to Dismiss was e-filed with an incomplete Exhibit "A" attached.

A complete copy of the Motion with its corrected Exhibit "A" is attached.

Dated: January 13, 2009

By /s/ Benjamin Aaron Shapiro

Attorneys for Defendants Michael Weiner aka Michael Savage and Original Talk Radio Network, Inc.