# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Brave New Films 501(c)(4)

                              CASE NO. CV 08-04703 SI

            Plaintiff(s),

          v.

Michael Weiner aka Michael Savage, and
Original Talk Radio Network, Inc.

                              NOTICE OF NEED FOR ADR PHONE
                              CONFERENCE

            Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

            have not yet reached an agreement to an ADR process

✓         request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 1/23/009

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | | Phone No. | E-Mail Address |
|------|--------------------|--|-----------|----------------|
| William F. Abrams | Plaintiff | 650.849.4880 | | william.abrams@bingham.com |
| Anthony T. Falzone | Plaintiff | 650.736.9050 | | falzone@stanford.edu |
| Benjamin Aaron Shapiro | Defendants | 818.620.0137 | | bshapiro708@gmail.com |
| Ronald H. Severaid | Defendants | 916.929.8383 | | ron@trn1.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference.  The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: `[16] 09`

Dated: 01/15/09

                                Attorney for Plaintiff

                                Attorney for Defendant

Rev 1.05