| | |
|---|---|
| 1 | Anthony T. Falzone (SBN 190845) |
| | Julie A. Ahrens (SBN 230170) |
| 2 | Christopher K. Ridder (SBN 218691) |
| | STANFORD LAW SCHOOL CENTER FOR |
| 3 | INTERNET AND SOCIETY |
| | 559 Nathan Abbott Way |
| 4 | Stanford, California 94305-8610 |
| | Telephone: (650) 736-9050 |
| 5 | Facsimile: (650) 723-4426 |
| | E-mail: falzone@stanford.edu |
| 6 | |
| | William F. Abrams (SBN 88805) |
| 7 | Sheila M. Pierce (SBN 232610) |
| | BINGHAM MCCUTCHEN LLP |
| 8 | 1900 University Avenue |
| | East Palo Alto, CA  94303-2223 |
| 9 | Telephone:  650.849.4400 |
| | Facsimile:  650.849.4800 |
| 10 | E-mail:  william.abrams@bingham.com |
| 11 | Attorneys for Plaintiff |
| | BRAVE NEW FILMS 501(c)(4) |
| 12 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| BRAVE NEW FILMS 501(C)(4), | | No. CV 08-04703 SI |
| | Plaintiff, | PROOF OF SERVICE |
| v. | | |
| MICHAEL WEINER aka MICHAEL SAVAGE, and ORIGINAL TALK RADIO NETWORK, INC., | | |
| | Defendants. | |

I am over eighteen years of age, not a party in this action, and employed in San Mateo County, California at 1900 University Avenue, East Palo Alto, California  94303-2223.  I am readily familiar with the practice of this office for collection and processing of correspondence for e-mail/mail/fax/hand delivery/next business day delivery, and they are deposited that same day in the ordinary course of business.

On January 16, 2009, I served the attached:

CV 08-04703 SI

PROOF OF SERVICE

| | |
|---|---|
| 1 | ADR CERTIFICATION BY PARTIES AND COUNSEL |
| 2 | NOTICE OF NEED FOR ADR PHONE CONFERENCE |
| 3 | PROOF OF SERVICE |

4-5 ☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

6-9 ☐ (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at East Palo Alto, California in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

10-11 ☐ (EXPRESS MAIL/OVERNIGHT DELIVERY) by causing a true and correct copy of the document(s) listed above to be delivered by _____ in sealed envelope(s) with all fees prepaid at the address(es) set forth below.

12-13 ☐ (PERSONAL SERVICE) by causing a true and correct copy of the above documents to be hand delivered in sealed envelope(s) with all fees fully paid to the person(s) at the address(es) set forth below.

14-15 X (VIA EMAIL) by transmitting via email the document(s) listed above on this date before 5:00 p.m. PST to the person(s) at the email address(es) set forth below.

Benjamin Aaron Shapiro
E-mail: bshapiro708@gmail.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on January 16, 2009, at East Palo Alto, California.

                                                            /s/Ruth DiFalco
                                                             Ruth DiFalco