UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BRAVE NEW FILMS 501(C)(4),

    Plaintiff(s),

v.

MICHAEL WEINER, et al.

    Defendants(s).

Case No.: CV 08-4703 SI

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: January 21, 2009

THE ORIGINAL TALK RADIO NETWORK, INC.

By _____
Ronald H. Severaid
Executive Vice President

Dated: January 21, 2009

_____
BENJAMIN AARON SHAPIRO
12330 Magnolia Blvd., #114
Valley Village, CA 91607
(818)620-0137

Attorney for THE ORIGINAL TALK RADIO NETWORK, INC.