# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 1/26/09

Case No.   C-08-4703 SI          Judge:   SUSAN ILLSTON

Title: BRAVE NEW FILMS  -v-  WEINER, ET AL.,

Attorneys: B. Abrams, S. Pierce, A. Falzone, Shapiro (phone), Severaid (phone)

Deputy Clerk:  Tracy Sutton   Court Reporter: n/a

## PROCEEDINGS

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                         PART

Case continued to **3/13/09    @ 3:00 p.m.** for Further Case Management Conference

Case continued to    @ **9:00 a.m.**    for Motions
(Motion due , Opposition  Reply )

Case continued to    @ **3:30 p.m.**  for Pretrial Conference

Case continued to    @ **8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: