1  Anthony T. Falzone (SBN 190845)
   Julie A. Ahrens (SBN 230170)
2  Christopher K. Ridder (SBN 218691)
   STANFORD LAW SCHOOL CENTER FOR
3  INTERNET AND SOCIETY
   559 Nathan Abbott Way
4  Stanford, California 94305-8610
   Telephone: (650) 736-9050
5  Facsimile: (650) 723-4426
   E-mail: falzone@stanford.edu
6
   William F. Abrams (SBN 88805)
7  Sheila M. Pierce (SBN 232610)
   BINGHAM MCCUTCHEN LLP
8  1900 University Avenue
   East Palo Alto, CA  94303-2223
9  Telephone: (650) 849-4880
   Facsimile: (650) 849-4800
10 E-mail: william.abrams@bingham.com

11 Attorneys for Plaintiff Brave New Films 501(c)(4)

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                            SAN JOSE DIVISION

15

16 BRAVE NEW FILMS 501(c)(4),                  CASE NO. CV 08-4703 SI

17         Plaintiff,
                                               STIPULATION TO SET BRIEFING
                                               SCHEDULE FOR MOTIONS FOR
18    v.                                       SUMMARY JUDGMENT; [PROPOSED]
   MICHAEL WEINER aka MICHAEL SAVAGE,          ORDER
   and ORIGINAL TALK RADIO NETWORK,
19 INC.

20         Defendants.

21

22         Plaintiff Brave New Films 501(c)(4) ("Plaintiff") and Defendant Original Talk

23 Radio Network, Inc. ("Defendant"), by and through their respective counsel hereby stipulate to

24 the following briefing schedule for the parties' respective motions for summary judgment:

25

26

1. Pursuant to Federal Rule of Civil Procedure 56 and the Local Rules of this Court, Plaintiff will file a motion for partial summary judgment and Defendant will file a motion for summary judgment on or before February 27, 2009.

2. Plaintiff and Defendant will each file opposition papers on or before March 13, 2009.

3. Plaintiff and Defendant will each file reply papers on or before March 25, 2009.

4. The parties' motions for summary judgment will be heard on April 3, 2009.

Dated: February 5, 2009
Stanford, CA

/s/
Anthony T. Falzone
Julie A. Ahrens
Christopher K. Ridder
STANFORD LAW SCHOOL
CENTER FOR INTERNET AND SOCIETY
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 736-9050
Facsimile: (650) 723-4426
E-mail: falzone@stanford.edu

Attorneys for Plaintiff Brave New Films 501(c)(4)

February __, 2009
Valley Village, CA

/s/
Benjamin Aaron Shapiro
12330 Magnolia Blvd., #114
Valley Village, CA 91607
Telephone: (818) 620-0137
Email: Bshapiro708@gmail.com

Attorney for Defendants Michael Weiner aka Michael Savage, and Original Talk Radio Network, Inc.

SO ORDERED:

_____
Honorable Susan Illston
United States District Judge

**General Order 45 Attestation**

      I, Julie Ahrens, attest that I have obtained the other signatories' concurrence in the filing of this document.