1  Anthony T. Falzone (SBN 190845)
   Julie A. Ahrens (SBN 230170)
2  Christopher K. Ridder (SBN 218691)
   STANFORD LAW SCHOOL CENTER FOR
3  INTERNET AND SOCIETY
   559 Nathan Abbott Way
4  Stanford, California 94305-8610
   Telephone: (650) 736-9050
5  Facsimile: (650) 723-4426
   E-mail: falzone@stanford.edu
6
   William F. Abrams (SBN 88805)
7  Sheila M. Pierce (SBN 232610)
   BINGHAM MCCUTCHEN LLP
8  1900 University Avenue
   East Palo Alto, CA 94303-2223
9  Telephone: (650) 849-4880
   Facsimile: (650) 849-4800
10 E-mail: william.abrams@bingham.com

11 Attorneys for Plaintiff Brave New Films 501(c)(4)

12           UNITED STATES DISTRICT COURT
13           NORTHERN DISTRICT OF CALIFORNIA
14                  SAN JOSE DIVISION

| | |
|---|---|
| BRAVE NEW FILMS 501(c)(4), | CASE NO. CV 08-4703 SI |
| Plaintiff, | |
| v. | STIPULATION TO SET BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT; [PROPOSED] ORDER |
| MICHAEL WEINER aka MICHAEL SAVAGE, and ORIGINAL TALK RADIO NETWORK, INC. | |
| Defendants. | |

Plaintiff Brave New Films 501(c)(4) ("Plaintiff") and Defendant Original Talk Radio Network, Inc. ("Defendant"), by and through their respective counsel hereby stipulate to the following briefing schedule for the parties' respective motions for summary judgment:

1. 1. Pursuant to Federal Rule of Civil Procedure 56 and the Local Rules of this Court, Plaintiff will file a motion for partial summary judgment and Defendant will file a motion for summary judgment on or before February 27, 2009.
2. 2. Plaintiff and Defendant will each file opposition papers on or before March 13, 2009.
3. 3. Plaintiff and Defendant will each file reply papers on or before March 25, 2009.
4. 4. The parties' motions for summary judgment will be heard on April 3, 2009.

Dated:   February 5, 2009        _____/s/_____
         Stanford, CA            Anthony T. Falzone
                                 Julie A. Ahrens
                                 Christopher K. Ridder
                                 STANFORD LAW SCHOOL
                                 CENTER FOR INTERNET AND SOCIETY
                                 559 Nathan Abbott Way
                                 Stanford, California 94305-8610
                                 Telephone: (650) 736-9050
                                 Facsimile: (650) 723-4426
                                 E-mail: falzone@stanford.edu

                                 Attorneys for Plaintiff Brave New Films 501(c)(4)

         February __, 2009       _____/s/_____
         Valley Village, CA      Benjamin Aaron Shapiro
                                 12330 Magnolia Blvd., #114
                                 Valley Village, CA 91607
                                 Telephone: (818) 620-0137
                                 Email: Bshapiro708@gmail.com

                                 Attorney for Defendants Michael Weiner aka
                                 Michael Savage, and Original Talk Radio Network, Inc.

SO ORDERED
_[signature]_____    Defendant's Motion to Dismiss shall
Honorable Susan Illston          remain on 3/13/09 @ 9:00 a.m.
United States District Judge

The further case management conference shall be continued to 4/3/09 @ 3 p.m.

**General Order 45 Attestation**

I, Julie Ahrens, attest that I have obtained the other signatories' concurrence in the filing of this document.