| | |
|---|---|
| 1 | Anthony T. Falzone (SBN 190845) |
| | Julie A. Ahrens (SBN 230170) |
| 2 | Christopher K. Ridder (SBN 218691) |
| | STANFORD LAW SCHOOL CENTER FOR |
| 3 | INTERNET AND SOCIETY |
| | 559 Nathan Abbott Way |
| 4 | Stanford, California 94305-8610 |
| | Telephone: (650) 736-9050 |
| 5 | Facsimile: (650) 723-4426 |
| | E-mail: falzone@stanford.edu |
| 6 | |
| | William F. Abrams (SBN 88805) |
| 7 | Sheila M. Pierce (SBN 232610) |
| | BINGHAM MCCUTCHEN LLP |
| 8 | 1900 University Avenue |
| | East Palo Alto, CA 94303-2223 |
| 9 | Telephone: 650.849.4400 |
| | Facsimile: 650.849.4800 |
| 10 | E-mail: william.abrams@bingham.com |
| 11 | Attorneys for Plaintiff |
| | BRAVE NEW FILMS 501(c)(4) |
| 12 | |
| | Benjamin Aaron Shapiro (SBN 254456) |
| 13 | 12330 Magnolia Boulevard, No. 114 |
| | Valley Village, CA 91607 |
| 14 | Telephone: (818) 620-0137 |
| 15 | Attorney for Defendants |
| | MICHAEL WEINER aka MICHAEL SAVAGE, and |
| 16 | ORIGINAL TALK RADIO NETWORK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAVE NEW FILMS 501(C)(4), | No. CV 08-04703 SI |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING |
| v. | |
| MICHAEL WEINER aka MICHAEL SAVAGE, and ORIGINAL TALK RADIO NETWORK, INC., | Date: March 13, 2009 Time: 9:00 a.m. Location: Courtroom 10 Honorable Susan Illston |
| Defendants. | |

CV 08-04703 SI

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING

1       Pursuant Civil L.R. 6-1(a) and Civil L.R. 7-7(a), the parties stipulate to the
2   following:
3       WHEREAS, on October 10, 2008, this action for declaratory judgment and
4   damages was commenced in the United States District Court, Northern District of California;
5       WHEREAS, on January 11, 2009, defendant Michael Weiner aka Michael Savage
6   ("Savage") filed a Motion To Dismiss, Docket Number 24;
7       WHEREAS, the hearing on Savage's Motion To Dismiss is calendared for March
8   13, 2009;
9       WHEREAS, for efficiency, Brave New Films requested, and Savage agreed, to
10  continue the hearing on Savage's Motion until April 3, 2009, the date of the Summary Judgment
11  hearings and the Case Management Conference;
12      WHEREAS, the parties have not previously stipulated to continue the hearing.
13      NOW THEREFORE, it is STIPULATED, AGREED AND ORDERED as
14  follows:
15      The hearing on defendant Michael Weiner aka Michael Savage's Motion To
16  Dismiss will be continued to April 3, 2009 at a time to be determined by the Court.

DATED: February 19, 2009

Bingham McCutchen LLP

By: /s/ William F. Abrams
William F. Abrams
Attorneys for Plaintiff
BRAVE NEW FILMS

DATED: February 19, 2009

By: /s/ Benjamin Aaron Shapiro
Benjamin Aaron Shapiro
Attorneys for Defendant
Michael Weiner aka Michael Savage and
Original Talk Radio Network, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____ By: _____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

**CERTIFICATION BY SHEILA M. PIERCE PURSUANT TO GENERAL ORDER NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am a lawyer licensed to practice law in the State of California, and am an associate in the law firm of Bingham McCutchen LLP, counsel for Plaintiff Brave New Films 501(c)(4). The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct on February 19, 2009 in East Palo Alto, California.

        /s/ Sheila M. Pierce
         Sheila M. Pierce