1  Anthony T. Falzone (SBN 190845)
   Julie A. Ahrens (SBN 230170)
2  Christopher K. Ridder (SBN 218691)
   STANFORD LAW SCHOOL CENTER FOR
3  INTERNET AND SOCIETY
   559 Nathan Abbott Way
4  Stanford, California 94305-8610
   Telephone: (650) 736-9050
5  Facsimile: (650) 723-4426
   E-mail: falzone@stanford.edu

6

   William F. Abrams (SBN 88805)
7  Sheila M. Pierce (SBN 232610)
   BINGHAM MCCUTCHEN LLP
8  1900 University Avenue
   East Palo Alto, CA  94303-2223
9  Telephone:  650.849.4400
   Facsimile:  650.849.4800
10 E-mail:  william.abrams@bingham.com

11 Attorneys for Plaintiff
   BRAVE NEW FILMS 501(c)(4)

12

   Benjamin Aaron Shapiro (SBN 254456)
13 12330 Magnolia Boulevard, No. 114
   Valley Village, CA 91607
14 Telephone:  (818) 620-0137

15 Attorney for Defendants
   MICHAEL WEINER aka MICHAEL SAVAGE, and
16 ORIGINAL TALK RADIO NETWORK, INC.

17

18                   UNITED STATES DISTRICT COURT

19                  NORTHERN DISTRICT OF CALIFORNIA

                      SAN FRANCISCO DIVISION
20

21
   BRAVE NEW FILMS 501(C)(4),              No. CV 08-04703 SI
22
              Plaintiff,                    STIPULATION AND [PROPOSED]
23       v.                                 ORDER TO CONTINUE HEARING

24 MICHAEL WEINER aka MICHAEL SAVAGE,       Date:      March 13, 2009
   and ORIGINAL TALK RADIO NETWORK,         Time:       9:00 a.m.
25 INC.,                                    Location:  Courtroom 10
                                           Honorable Susan Illston
26            Defendants.

27

28
                                                         CV 08-04703 SI

1    Pursuant Civil L.R. 6-1(a) and Civil L.R. 7-7(a), the parties stipulate to the

2    following:

3    WHEREAS, on October 10, 2008, this action for declaratory judgment and

4    damages was commenced in the United States District Court, Northern District of California;

5    WHEREAS, on January 11, 2009, defendant Michael Weiner aka Michael Savage

6    ("Savage") filed a Motion To Dismiss, Docket Number 24;

7    WHEREAS, the hearing on Savage's Motion To Dismiss is calendared for March

8    13, 2009;

9    WHEREAS, for efficiency, Brave New Films requested, and Savage agreed, to

10   continue the hearing on Savage's Motion until April 3, 2009, the date of the Summary Judgment

11   hearings and the Case Management Conference;

12   WHEREAS, the parties have not previously stipulated to continue the hearing.

13   NOW THEREFORE, it is STIPULATED, AGREED AND ORDERED as

14   follows:

15   The hearing on defendant Michael Weiner aka Michael Savage's Motion To

16   Dismiss will be continued to April 3, 2009 at a time to be determined by the Court.

17   9 a.m.

18   DATED:  February 19, 2009

19   Bingham McCutchen LLP

20

21

22   By: _____ /s/ William F. Abrams _____

William F. Abrams
23   Attorneys for Plaintiff
BRAVE NEW FILMS

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING

1    DATED:  February 19, 2009
2

3

4

5
                              By:_____/s/ Benjamin Aaron Shapiro_____
6                                      Benjamin Aaron Shapiro
                                       Attorneys for Defendant
7                              Michael Weiner aka Michael Savage and
                                   Original Talk Radio Network, Inc.
8

9

10
     PURSUANT TO STIPULATION, IT IS SO ORDERED.
11
12   DATED:_____        By:_____
                                     THE HONORABLE SUSAN ILLSTON
13                                   UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATION BY SHEILA M. PIERCE PURSUANT TO GENERAL ORDER NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1.      I am a lawyer licensed to practice law in the State of California, and am an associate in the law firm of Bingham McCutchen LLP, counsel for Plaintiff Brave New Films 501(c)(4). The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2.      The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct on February 19, 2009 in East Palo Alto, California.


                                              /s/ Sheila M. Pierce
                                              Sheila M. Pierce