1
2
3
4

Benjamin Aaron Shapiro (SBN 254456)
12330 Magnolia Blvd., #114
Valley Village, CA 91607
Telephone: (818)620-0137

Attorney for Defendant
THE ORIGINAL TALK RADIO NETWORK, INC.

5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

9
10
11
12
13
14
15

| | |
|---|---|
| BRAVE NEW FILMS 501(c)(4),<br><br>      Plaintiff,<br><br>vs.<br><br>MICHAEL WEINER aka MICHAEL SAVAGE and ORIGINAL TALK RADIO NETWORK, INC.,<br><br>      Defendants | Case No.: CV 08-4703 SI<br><br>**DEFENDANT THE ORIGINAL TALK RADIO NETWORK, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AND POINTS AND AUTHORITIES IN SUPPORT THEREOF** |

Date:      April 3rd, 2009
Time:     9:00 a.m.
Location:   Courtroom 10

16

[filed concurrently with proposed order]

17

Honorable Susan Illston

18
19
20
21
22
23
24
25
26
27
28

1

Dockets.Justia.com

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

   **PLEASE TAKE NOTICE** that, on April 3rd, 2009, at 9:00 a.m., in Courtroom 10 of the above-captioned court, located at 450 Golden Gate Avenue, San Francisco, California 94102, defendant THE ORIGINAL TALK RADIO NETWORK, INC., sued herein as Original Talk Radio Network, Inc. (**"Defendant"**) will, and hereby does, move this Court for an Order granting Summary Judgment in the above-captioned action (this **"Action"**) to OTRN against plaintiff BRAVE NEW FILMS 501(c)(4) (**"Plaintiff"**) on all of Plaintiff's claims.

   This Motion is made pursuant to Federal Rule of Civil Procedure 56 and Civil L.R. 7-2 and 7-3 on the basis that Plaintiff's complaint in this Action fails to establish any issue of material fact requiring trial for resolution, and that Defendant is entitled to judgment as a matter of law, as described with more particularity in the attached Memorandum of Points and Authorities.

   This Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, all pleadings and other records on file with the Court in this Action, any reply, and any additional argument or evidence which may be presented at or prior to the hearing on this Motion.

Dated: February 27, 2009

                          By _____/s/ Benjamin Aaron Shapiro_____

                          Attorney for Defendant THE ORIGINAL
                          TALK RADIO NETWORK, INC.

# **TABLE OF CONTENTS**

Introduction ................................................................................................ 5

I. Statement of Undisputed Facts ..................................................................... 5

II. Legal Standard for Summary Judgment ........................................................ 8

III. The Court Should Grant Summary Judgment As To Defendant Because There Is No

Genuine Issue of Material Fact and Defendant Is Entitled to Judgment as a Matter of Law ....... 10

    A. Controlling Precedent Permits the Issuance of Good Faith Takedown Notices Under

       the DMCA ......................................................................................... 10

    B. Cases Requiring Consideration of Fair Use Before Issuance of Takedown Notices

       Are Both Non-Binding and Inapplicable ................................................. 12

    C. Even If The *Lenz* Standard Is Extended To Cover Summary Judgment Motions, Good

       Faith Belief In The 9/29/08 Notice Existed ............................................. 13

    D. There Is No Ongoing Controversy ........................................................ 17

    E. All Possible Damages Are Speculative And Must Be Attributed to a Third Party .... 18

    F. The Complaint Is An Attempt to Target Savage and Defendant In Violation of the

       Anti-Slapp Statute ............................................................................ 17

IV. Conclusion ............................................................................................ 20

OTRN'S NOTICE OF MOTION
AND MOTION FOR SUMMARY JUDGMENT
Case No. CV 08-4703 SI

# **TABLE OF AUTHORITIES**

Cases                                                                Page

*Anderson v. Liberty Lobby, Inc.*
477 U.S. 242 (1986) ...................................................................10

*Campbell v. Acuff-Rose Music, Inc.*
510 U.S. 569 (1994) .................................................................. 15

*EBay Inc. v. Mercexchange, L.L.C.*
126 S.Ct. 1837 (2006) ........................................................... 17, 18

*Harper & Row Publishers, Inc. v. Nation Enter.*
417 U.S. 539 (1985) ..................................................................13

*Clark v. City of Lakewood*
259 F.3d 996 (9th Cir. 2001) ...................................................... 18

*Los Angeles News Service v. KCAL-TV Channel 9*
108 F.3d 1119 (9th Cir. 1997) .....................................................14

*Rossi v. Motion Picture Ass'n of America, Inc.*
391 F.3d 1000, 1004 (9th Cir. 2004) ......................................11, 12

*Roy Export Co. Estab. Of Vaduz v. Columbia Broadcasting Sys,, Inc.*
672 F.2d 1095 (2d. Cir. 1982) .....................................................15

*Lenz v. Universal Music Corp.*
572 F.Supp.2d 1150 (N.D. Cal 2008) ..............................12, 13, 14


Codes and Statutes                                                   Page

17 U.S.C. §107...........................................................................13

17 U.S.C. §512.............................................................................5

17 U.S.C. §512(f) .........................................................................5

17 U.S.C. §512(c)(3)(A)(v) .........................................................11

California Code of Civil Procedure Section 425.16 ........................5

# MEMORANDUM OF POINTS AND AUTHORITIES

Defendant THE ORIGINAL TALK RADIO NETWORK, INC., sued herein as Original Talk Radio Network, Inc. ("**OTRN**" or "**Defendant**"), hereby moves, in the above-captioned action (this "**Action**"), brought by plaintiff BRAVE NEW FILMS 501(C)(4) ("**Plaintiff**"), for an Order granting Summary Judgment in favor of Defendant (the "**Motion**"), pursuant to FRCP 56, on the grounds that the complaint in this Action (the "**Complaint**") fails to establish any issue of material fact requiring trial for resolution and that Defendant is entitled to judgment as a matter of law. All of the record evidence confirms that OTRN did not issue a "takedown notice" under 17 U.S.C. §512; that OTRN did not make any knowing misrepresentations under 17 U.S.C. §512(f); that there is no causation for which OTRN is responsible; that Plaintiff alleges no specific damages; that Plaintiff filed this Action in a clear attempt to target defendant MICHAEL WEINER, aka MICHAEL SAVAGE ("**Savage**"), thus violating the Anti-SLAPP Statute under CCP §425.16; and that no continuing controversy exists.

## I.      STATEMENT OF UNDISPUTED FACTS

OTRN is an Oregon corporation which maintains its principal place of business in Oregon. OTRN produces, syndicates and distributes talk radio content, including without limitation "The Michael Savage Show" (the "**Show**"), which is hosted by Savage. OTRN claims the copyright to every airing of the Show except for that certain individual daily program of the Show which aired on October 29, 2007 (the "**10/29/07 Program**").

On or before September 29, 2008, counsel for OTRN reviewed several hundred videos posted on YouTube concerning the Show and/or Savage for possible copyright infringement. After viewing several hundred such videos, counsel for OTRN delivered a letter addressed to YouTube's "DMCA Complaints" on September 29, 2008 (the "**09/29/08 Notice**", attached hereto as "**Exhibit A**"). The 09/29/08 Notice listed 259 videos posted at YouTube which constituted a virtual library of archived material from the Show. One of the listed videos was "Michael Savage Hates Muslims" (the "**Video**"), apparently produced by Plaintiff. As is clear

from the text of the 09/29/08 Notice itself, the 09/29/08 Notice was not directed toward one particular video, but toward the vast compendium of videos containing content from the Show posted at YouTube. The 09/29/08 Notice was not directed at either Plaintiff or any other YouTube user, and was in fact directed toward YouTube only, with respect to the maintenance of essentially a library of videos containing content from the Show. Defendant at no time challenged Plaintiff's posting of the Video at Plaintiff's website.

Plaintiff alleges that on October 2, 2008, YouTube disabled access to the Video and notified Plaintiff that the Video had been removed pursuant to the 09/29/08 Notice (Paragraph 24, line 3 of the Complaint). Plaintiff further alleges that it submitted a DMCA counter-notice to YouTube (Paragraph 25, line 1), although such a counter-notice was not attached to Plaintiff's complaint. Plaintiff delivered no such counter-notice to Defendant, and did not contact Defendant concerning either the Video or the 09/29/08 Notice. Instead, Plaintiff precipitously filed the Complaint, dated October 10, 2008, requesting declaratory and injunctive relief and damages.

The Complaint specifically and maliciously targeted Savage, who was not a party to the 09/29/08 Notice, naming him as a party in this Action and making allegations about Savage's purported "hateful views" (Paragraph 19, line 2) and "intolerance" (Paragraph 19, line 28), as well as a baseless and irrelevant allegation about "Savage's retaliatory lawsuit against CAIR" and "his attempts to censor CAIR by suing the group for copyright infringement" (Paragraph 19, lines 4-6). Plaintiff also demonstrated its animus for Savage in its website posting, attached as "**Exhibit B**" hereto, in which Plaintiff labeled Savage "a bully" who "derides, demeans, and distorts those who don't agree with his hate-filled, right-wing agenda, and when that fails, he files lawsuits." The words "he files lawsuits" link to a story about the case of *Savage v. CAIR* previously pending in this Court (the "**CAIR Case**" and/or "**Savage v. CAIR**").

Once YouTube notified Defendant that YouTube would re-post the Video, Defendant did not object to the re-posting.

Plaintiff further: (i) alleges that in addition to disabling access to the Video at YouTube, YouTube disabled access to Plaintiff's entire YouTube channel; and (ii) acknowledges that

OTRN'S NOTICE OF MOTION
AND MOTION FOR SUMMARY JUDGMENT
Case No. CV 08-4703 SI

YouTube restored access to Plaintiff's entire channel, apparently within less than 24 hours. At no time did Defendant request that YouTube remove Plaintiff's entire channel, nor did it have the power to make such a request. According to the *Los Angeles Times*, YouTube cited Plaintiff's repeated infringement of copyright for the removal of the entire channel (see "**Exhibit C**").

While Plaintiff seems to claim in the Complaint that the Video was the focus of the 09/28/08 Notice, and essentially alleges that inclusion of the Video in the 09/29/08 Notice was somehow an extension of the CAIR Case, and/or a pursuit of the same issues posed in the CAIR case by Savage. However, as the 09/29/08 Notice clearly reflects, the 09/29/08 Notice clearly dealt with the totality of 259 videos containing content from the Show posted on YouTube, without any special focus whatsoever on the Video, and wholly independent of, and separate from, either the CAIR Case or Savage.

Indeed, Plaintiff's fixation on the CAIR Case and resentment of Savage for the CAIR Case is both perplexing and troubling, as Plaintiff was not a party to the CAIR Case, and no party involved in the CAIR Case has anything to do with the issuance of the 09/29/08 Notice. The attorney for OTRN who performed the review of more than 300 videos posted on YouTube concerning either the Show or Savage, Benjamin Aaron Shapiro ("**Counsel**"), was, at the time, in the early stages of his representation of OTRN, and had no knowledge of the CAIR Case. Counsel also had no knowledge prior to the commencement of this Action that OTRN had assigned the copyright to the 10/29/07 Program to Savage (the "**Assignment**"), and that the 10/29/07 Program was the one program, of thousands of daily weekday broadcasts of the Show, to which OTRN did not claim the copyright.

In reviewing the more than 300 videos posted on YouTube which concerned Savage or the Show, Counsel excluded from the scope of the 09/29/08 Notice those videos which did not contain content understood by Counsel to be taken from the Show, and also excluded any videos which Counsel believed to constitute legitimate "fair use" of content from the Show. After doing so, Counsel then prepared a draft of the 09/29/08 Notice and an attachment to the 09/29/08 Notice (the "**Attachment**") identifying those 259 videos on YouTube which Counsel believed,

7

from his review of those 259 videos, constituted violations of OTRN's copyright interests with respect to the Show (the "**259 Videos**").

Counsel performed his review of the content of the various videos posted on YouTube that appeared on a You Tube listing for Savage (the "**You Tube Postings**") in cooperation with Severaid & Glahn PC, a California law firm which also represents OTRN as an outside law firm for OTRN. In this regard, Counsel communicated with Ronald H. Severaid ("**Severaid**"), who is a member of Severaid & Glahn, PC and is also an officer of OTRN who spends substantial time working in that capacity from OTRN's executive offices in Oregon, and Carter Glahn ("**Glahn**"), who is located at the Severaid & Glahn, PC offices in Sacramento, California.

The text of the 09/29/08 Notice was reviewed briefly by Severaid and forwarded to Glahn who made the final review and edits of the 09/29/08 Notice and issued the 09/29/08 Notice, with the Attachment, from the offices of Severaid & Glahn, PC. Severaid and Glahn both saw, but neither Severaid nor Glahn reviewed or edited, Counsel's itemization of the 259 Videos, nor did they duplicate the substantial time required to review each of the 259 Videos.

Severaid did have a very limited familiarity with the existence of the CAIR Case, and certain of the developments in it. However, this familiarity was quite limited, as OTRN was not a party to the CAIR Case, and the CAIR Case was conducted by Savage wholly independent of OTRN. Glahn did not have any knowledge of the CAIR Case prior to the commencement of this Action.

The 09/29/08 Notice was neither intended to be, nor issued as, a "takedown notice" under 17 U.S.C § 512. Regardless of how the 09/29/08 Notice was allegedly treated by third parties, the 09/29/08 Notice was intended to be, as was, simply a preliminary notice to YouTube that OTRN claimed a copyright in 259 videos posted on YouTube's website and a demand that YouTube cease and desist from posting material subject to OTRN's copyright claims on its site.

The 09/29/08 Notice had no relationship whatsoever to the CAIR Case. It was, in fact, issued as a result of the magnitude of the total number of videos containing content from the Show posted on YouTube's site.

8

Similarly, the 09/29/08 Notice was not issued on behalf of Savage, or as some form of extension of claims made by Savage, at any time, in the CAIR Case. To the contrary, there was no communication whatsoever to, from and/or between OTRN and Savage, or any representative of Savage, with respect to the issuance of the 09/29/08 Notice. Savage did not request that it be issued, and OTRN did not seek Savage's advice or authorization concerning the issuance of the 09/29/08 Notice, did not advise Savage or his representative of its intent to have the 09/29/08 Notice issued, and had not even sent an after-the-fact courtesy copy of the 09/29/08 Notice to Savage or any representative of Savage at the time this Action was filed. The 09/29/08 Notice also expressly declaimed any suggestion that any portion of the 09/29/08 Notice was sent on behalf of Savage.

Only after the filing of this Action and the delivery of copies of the Complaint by Plaintiff's counsel to Severaid & Glahn, PC were any of Plaintiff's contentions in this Action brought to the attention of OTRN. At that time, Severaid did review the one video placed in issue by this Action, out of the totality of the 259 Videos, and ascertained that the Video did appear to relate to the one daily program of the Show, out of thousands of such programs, that OTRN did not claim the copyright on, due to OTRN's prior assignment of the copyright for that one program alone to Savage.

From the moment OTRN learned that the Video related to the 10/29/07 Program, OTRN has made no further claims with respect to the Video. The Complaint asserted that the Video was being restored by YouTube, and, while OTRN was still in its initial review of the issues posed by the Complaint, OTRN learned that the Video was in fact restored by YouTube.

Although the Complaint appears to allege that the Video was challenged specifically for the purpose of revisiting some of the claims raised in the CAIR Case, the reality was that neither Counsel nor Glahn had any knowledge of either the CAIR Case or the assignment of the copyright to the 10/29/07 Program from OTRN to Savage, and, while Severaid knew of the Assignment, due to the lack of any bearing of the CAIR Case on OTRN's determinations giving rise to issuance of the 09/29/08 Notice, Severaid had not thought of either the CAIR Case or the assignment of the copyright for the 10/29/07 Program from OTRN to Savage while

9

communicating with either Counsel or Glahn concerning the subject matter of the 09/29/08 Notice, and thus had not thought to expressly alert either of them to exclude any content from the 10/29/07 Program from the 09/29/08 Notice, or otherwise advise either Counsel or Glahn of the Assignment.

As per the foregoing, it is clear that Defendant's inclusion of the Video in the 09/29/08 Notice was simply a good faith and honest mistake, and oversight, as to one out of 259 videos giving rise to the 09/29/08 Notice. Plaintiff's allegations that Defendant purposefully and willfully included the Video in the 9/29/08 Notice, knowing that Savage held the copyright to the material at issue in the Video, in order to draw attention to the *CAIR Case* (Paragraphs 15-22), or claims that OTRN knew of alleged similarities between the commentary at issue in *Savage v. CAIR* and the Video, are wholly devoid of any evidentiary support, for the simple reason that such allegations are wholly devoid of any factual basis, and are wholly untrue.

## II.    LEGAL STANDARD FOR SUMMARY JUDGMENT

Under Rule 56 of the Federal Rules of Civil Procedure, summary judgment is appropriate when "there is no genuine issue as to any material fact and the moving party is entitled to judgment as a matter of law." This does not mean that an alleged factual dispute can overcome a properly submitted motion for summary judgment. Instead, a responding party must demonstrate a genuine issue of material fact – if evidence "is merely colorable or is not significantly probative summary judgment may be granted." See Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 248-250 (1986).

## III.    THE COURT SHOULD GRANT SUMMARY JUDGMENT AS TO DEFENDANT BECAUSE THERE IS NO GENUINE ISSUE OF MATERIAL FACT AND DEFENDANT IS ENTITLED TO JUDGMENT AS A MATTER OF LAW

### A.    Controlling Precedent Permits the Issuance of Good Faith Takedown Notices Under the DMCA.

Although the 9/29/08 Notice issued by Defendant does not meet the technical requirements of a takedown notice under the DMCA, and was, indeed, merely a preliminary

10

notice/demand, Plaintiff makes its claim for damages and attorneys' fees based upon 17 U.S.C. §512(f). That section provides:

> **"Misrepresentations.** – Any person who knowingly materially misrepresents under this section –
>
> (1) that material or activity is infringing, or
> (2) that material or activity was removed or disabled by mistake or misidentification, shall be liable for any damages, including costs and attorneys' fees, incurred by the alleged infringer, by any copyright owner or copyright owner's authorized licensee, or by a service provider, who is injured by such misrepresentation, as the result of the service provider relying upon such misrepresentation in removing or disabling access to the material or activity claimed to be infringing, or in replacing the removed material or ceasing to disable access to it."

The standard is clearly knowing and material misrepresentation. The applicable standard for such misrepresentation is *subjective* bad faith. See Rossi v. Motion Picture Ass'n of America, Inc., 391 F.3d 1000, 1004 (9th Cir. 2004). In *Rossi*, the Motion Picture Association of America believed that Michael J. Rossi's website, "internetmovies.com," contained illegal infringement of copyrighted material. The MPAA followed the "notice and takedown" procedures of the DMCA and sent notices to both Rossi and Rossi's internet provider. After receiving notice from his ISP that his website would be shut down, Rossi found a new ISP to host internetmovies.com. According to Rossi, internetmovies.com was offline "[a]pproximately 1 second to 72 hours". Rossi filed action, claiming that the MPAA had not had a "good faith belief" of infringement. The Court found that "the 'good faith belief' requirement in §512(c)(3)(A)(v) encompasses a subjective, rather than objective, standard." See Rossi, 391 F.3d at 1004. More specifically, the Court stated, "A copyright owner cannot be liable simply because an unknowing mistake is made, even if the copyright owner acted unreasonably in making the mistake. Rather, there must be a demonstration of some actual knowledge of misrepresentation on the part of the copyright owner." See Rossi, 391 F.3d at 1005.

Under *Rossi*, there is no doubt that the 09/29/08 Notice did not constitute a knowing material misrepresentation. Defendant listed the Video among 258 other videos constituting a virtual library of copyrighted material. It did not single out the Video in any way. Defendant did not object to the re-posting of the Video, nor did it request the removal of Plaintiff's YouTube channel.

In particular, an error/oversight as to 1 of 259 videos in a notice dealing with 259 videos in their totality should not be deemed to be a material misrepresentation in any event. Similarly, whether Severaid ideally should have thought of the Assignment and specifically alerted Counsel and Glahn to check each of the Videos for the possibility it could involve the 10/29/07 Program, Severaid's lack of perfect foresight in this instance, and the fact that OTRN's copyright claim as to the Video, which was actually asserted by Glahn in the 09/29/08 Notice, was in fact in error, simply does not constitute a *knowing* misrepresentation. As such, under the standard enunciated in *Rossi*, OTRN simply cannot, as a matter of law, be held liable for the unknowing mistake made by its representatives with respect to including, in a list of 259 videos, one video that involved content taken from the one broadcast, out of eight years worth of daily weekday broadcasts, to which OTRN did not in fact claim the copyright (unknown at the time to the Counsel who reviewed the 259 Videos or the attorney who actually issued the 09/29/08 Notice and made the representations contained therein).

## B. Cases Requiring Consideration of Fair Use Before Issuance of Takedown Notices Are Both Non-Binding and Inapplicable.

In an attempt to circumvent the clear ruling of *Rossi*, Plaintiff may attempt to rely on *Lenz v. Universal Music Corp.*, 572 F.Supp.2d 1150 (N.D. Cal 2008). But that case is both non-binding on this Court and easily distinguishable from the present instance. In *Lenz*, Plaintiff Stephanie Lenz videotaped her young children dancing in her family's kitchen to Prince's "Let's Go Crazy." That video was twenty-nine seconds long, and the music was only barely audible for twenty of those seconds. Lenz uploaded that video to YouTube. Universal owned the copyright to "Let's Go Crazy", and issued a takedown notice pursuant to the DMCA. Lenz sent YouTube a DMCA counter-notification and asserted fair use. Lenz demanded that her video be reposted, and YouTube reposted the video approximately six weeks later. Lenz then sued, and Universal filed a motion to dismiss. The Court denied the motion to dismiss, stating that in order for the "good faith" standard of §512(f) to be met for purposes of a motion to dismiss, the owner must evaluate fair use claims. See Lenz, 572 F.Supp.2d 1150.

It is important to note, first, that *Lenz* denied a motion to dismiss. In *Lenz*, Judge Fogel expressly noted his "considerable doubt" that the plaintiff in *Lenz* could prove subjective bad faith as required by *Rossi*. In fact, Judge Fogel went even further, stating that the plaintiff's §512(f) claim and others like it "may be appropriate for summary judgment." In this case, this motion for summary judgment meets the standards expressed by Judge Fogel in *Lenz*, and should be granted. In addition, as is addressed further below, OTRN did in fact evaluate, through Counsel, potential fair use claims as to the 259 Videos, including without limitation the Video.

**C.    Even If The *Lenz* Standard Is Extended To Cover Summary Judgment Motions, Good Faith Belief In The 9/29/08 Notice Existed.**

Plaintiff asserts in the Complaint that the Video is "clearly fair use" (Paragraph 22, line 21) and thus beyond the possibility of any good faith claim. This is obviously erroneous.

Even were the Court to extend Judge Fogel's decision in *Lenz* to encompass motions for summary judgment – an extension even Judge Fogel questioned in *Lenz* – a reasonable good faith belief in the copyright violation of the Video still exists. The Video, which runs one minute and twenty-three seconds, contains nearly one minute of recorded copyrighted material, played over several images of Savage, capped by a simple listing of Savage's advertisers and a request to visit an anti-Savage website. As such, unlike the situation in *Lenz*, in which the copyrighted material was incidental background music (and even then probably not sufficient to withstand a summary judgment motion as the dicta in Lenz suggested) – in this Action, the predominance of copyrighted material (i.e. the quantity of copyrighted material exceeded the totality of all total commentary – such that the  commentary/message was in fact incidental to the copyrighted material, as opposed to incidental use of copyrighted material). This distinction caused Counsel to conclude, in good faith, that the nature and extent of the use of copyrighted material in relation to the totality of the Video did not meet the test of fair use. The content of the Video certainly sustains the veracity of good faith in the 9/29/08 Notice.

"Fair use is a mixed question of law and fact." See Harper & Row Publishers, Inc. v. Nation Enter., 417 U.S. 539, 560 (1985). The elements in determining fair use are listed in 17 U.S.C. §107:

13

(1) the purpose and character of the use, including whether such use is of a commercial nature or is for nonprofit educational purposes;
(2) the nature of the copyrighted work;
(3) the amount and substantiality of the portion used in relation to the copyrighted work as a whole; and
(4) the effect of the use upon the potential market for or value of the copyrighted work.

These elements demonstrate that even under the inapplicable *Lenz* standard, Defendant had a good faith belief in the copyright infringement of the Video. The Video was one of 259 videos posted at YouTube containing copyrighted material from the Show. While Plaintiff is a 501(c)4, the amount and substantiality of the portion used in relation to the copyrighted work as a whole is significant, particularly when the 259 Videos are taken together. The availability of hundreds of videos of copyrighted material creates a virtual library which dramatically reduces the value of the copyrighted material in its entirety.

Even leaving aside the 258 other videos, it is clear that the Video sustains a good faith belief that the Video violated copyright protections. The first factor listed by the Copyright Act – "the purpose and character of the use" -- cuts in Defendant's favor. In *Los Angeles News Service v. KCAL-TV Channel 9*, 108 F.3d 1119 (9th Cir. 1997), for example, a television station news broadcast used 30 seconds from a copyrighted videotape of the 1992 Los Angeles beating of Reginald Denny. The Court found that the television news station had violated copyright. The Court stated, quoting *Harper & Row*, 471 U.S. at 560, "[t]he crux of the profit/non-profit distinction is whether the user stands to profit from exploitation of the copyrighted material without paying the customary price." See Los Angeles News Service, 148 F.3d 994. The Video presents a similar issue – Plaintiff claims in this Action that Plaintiff was using the Video to raise money for itself. The Video opens by referring to Plaintiff. Plaintiff's website solicits donations. The Complaint acknowledges that Plaintiff uses YouTube as a way to raise money: "Brave New Films' entire YouTube channel is Brave New Films' main channel of distribution for its videos temporary disablement of Brave New Films' channel caused damages to Brave New Films, including the visibility Brave New Films had worked so hard to achieve" (Paragraph 26, lines 15-19).

14

The second factor determining fair use – the "nature of the copyrighted work" also cuts in favor of Defendant. Courts usually distinguish "informational" works from "creative" works, stating that creative works are "closer to the intended copyright protection." *Campbell v. Acuff-Rose Music, Inc.*, 510 U.S. 569, 586 (1994). The Show is a creative work; Savage's style and content are the main appeal of the Show. Plaintiff admits as much in the Complaint, acknowledging that "Defendant Michael Weiner is a nationally syndicated talk show host who *performs* under the name Michael Savage" (Paragraph 4, lines 6-7) (emphasis added). As a creative work, the Show is entitled to more stringent copyright protection.

The third factor weighed in "fair use" cases is the amount and substantiality of the portion used. Here, the length of the clip utilized is not dispositive. In *Roy Export Co. Estab. of Vaduz v. Columbia Broadcasting Sys., Inc.*, 672 F.2d 1095 (2d. Cir. 1982), for example, the Court found that a television news program could not use a one minute and fifteen second clip from a 72-minute Charlie Chaplin film in reporting about Chaplin's death, since the use was so qualitatively or quantitatively substantial that it constituted an infringement. In this case, Plaintiff asserts that Savage's monologue was evocative of his entire body of work in titling the Video "Michael Savage Hates Muslims" - the idea conveyed is that this clip represents Savage's entire worldview with regard to a particular religion as expressed on the Show.

The fourth factor weighed in "fair use" cases – the effect of the use upon the potential market – also weighs in Defendant's favor. This factor "requires courts to consider not only the extent of market harm caused by the particular actions of the alleged infringer, but also 'whether unrestricted and widespread conduct of the sort engaged in by the defendant would result in a substantially adverse impact on the potential market' for the original." See Campbell, 510 U.S. at 590 (citing Nimmer § 13.05 [A] [4], p. 13-102.61 (footnote omitted)). In this case, it is obvious that the type of infringement presented by the Video presents an enormous harm to Defendant if such conduct were unrestricted and widespread. In fact, such conduct *is* unrestricted and widespread – the 9/29/08 Notice dealt not with the Video, alone, but with the totality of 259 videos involving content from the Show on a host of subjects, such that someone desiring to go to archived content of the Show could spend hours listening to the copyrighted

15

content on YouTube rather than seek out such content through paying fees to OTRN to access its archived material for the Show.

Examination of the four elements of "fair use" claims demonstrates that the 09/29/08 Notice's copyright infringement claim has a good faith cognizable basis, both as to the totality of the 259 Videos and as to the Video itself. Even if the Court were to find that the Video was fair use (an inquiry which is moot/irrelevant now fact that OTRN makes no claims with respect to the Video), it is clear that Defendant had a good faith belief in the violation of its copyright (and the foregoing discussion is now advanced as a reflection of OTRN's fair use evaluation through Counsel – and not as a present challenge to the Video, since OTRN does not claim a copyright in the 10/29/07 Program).

Recognizing the debatable nature of the Video's "fair use" claim – and, by extension, Defendant's good faith belief in its 09/29/08 Notice -- Plaintiff alternatively alleges that Defendant knew the Video to be fair use already. In particular, Plaintiff alleges that Defendant knew that the material at issue in *Savage v. CAIR* was similar to the Video, and that Defendant knew the result in *Savage v. CAIR* and its ramifications for the Video's "fair use" claim. But, Plaintiff presents no evidence to support this allegation. Defendant was not a party to *Savage v. CAIR*, nor did Defendant's Counsel who performed the fair use analysis know about either the details of the case or its outcome (or, indeed, its existence) at the time of his fair use analysis of the Video, or prior to the filing of the Complaint. The "good faith" nature of the "fair use" claim of the Defendant must therefore be analyzed independent of *Savage v. CAIR*.

In fact, the material at issue in *Savage v. CAIR* is utterly unlike the material at issue in the Video. In *Savage v. CAIR*, according to Plaintiff's own complaint, CAIR "posted a detailed criticism of Savage on its website (www.cair.com) entitled 'National Radio Host Goes ON Anti-Muslim Tirade'" (Paragraph 15, lines 2-3). The detailed criticism, which tallies 669 words, was accompanied by four minutes of audio clips from the 10/29/07 Program. No such detailed criticism by Plaintiff appears in the Video, other than a general admonishment of Savage, a list of Savage advertisers, and a link to NoSavage.org. The use in the video is obviously not transformative in the manner of the CAIR criticism.

16

Further, in *Savage v. CAIR*, Savage did not claim damages based on aggregated use of copyrighted material. Defendant in this case claims that the unrestricted use of numerous segments of the Show, in the aggregate, constitutes a substantial harm to Defendant by flooding the market with copyrighted material from the Show.

In any event, Plaintiff's contentions to the effect that determinations as to the material at issue in *Savage v CAIR* are dispositive, binding or otherwise applicable to the Video are wholly without foundation, and indeed, frivolous. First and foremost, OTRN was not a party in *Savage v. CAIR*. Secondly, as noted above, the material at issue is different in the two cases and a determination as to one set of factual circumstances cannot be dispositive as to the proper determination with respect to different factual circumstances, regardless of whether the Court would agree with Plaintiff's legal contentions, or Counsel's legal analysis, should an actual fair use determination be deemed to be necessary at some point in time.

Finally, OTRN retained Counsel to review the YouTube Postings and determine which ones should be the subject of the 09/29/08 Notice. Plaintiff may disagree with the analysis by Counsel. However, Counsel nevertheless reached his conclusions based upon his review of the YouTube Postings, inclusive of the 259 Videos, and his interpretation of the applicable statutory provisions and legal precedents, in good faith. Whether or not any of his interpretations are considered to be erroneous, there was no knowing, material misrepresentation on his part, nor on the part of OTRN which relied upon his judgment, review and analysis as to what videos should be the subject of the 09/29/08 Notice.

**D.    There Is No Ongoing Controversy.**

Plaintiff's claim for injunctive and declaratory relief is barred if no continuing controversy exists with respect to Plaintiff's use of the Video. Under *EBay Inc. v. Mercexchange, L.L.C.*, 126 S.Ct. 1837, 1839 (2006), permanent injunctive relief must satisfy a four-factor test before a court may grant such relief. The plaintiff must demonstrate "(1) that it has suffered an irreparable injury; (2) that remedies available at law, such as monetary damages, are inadequate to compensate for that injury; (3) that, considering the balance of hardships between the plaintiff and defendant, a remedy in equity is warranted; and (4) that the public

17

interest would not be disserved by a permanent injunction." Similarly, under *Clark v. City of Lakewood*, 259 F.3d 996, 1011 (9th Cir. 2001) (citations omitted), a cause of action becomes moot "when the issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome."

In this case, OTRN has never challenged Plaintiff's use of the Video on its website, and OTRN has made no objection to any use of the Video on YouTube, once OTRN was in fact aware that it relates to the one broadcast of the Show which OTRN does not claim the copyright to. A reference to the Video was mistakenly included in the 9/29/08 Notice, which addressed 259 videos. Any content posted by Plaintiff on YouTube and removed as a result thereof was restored to YouTube within a short period of time without further objection by Defendant. No irreparable injury exists under the *EBay* standard, since (1) Plaintiff has in fact suffered no injury, as explained below, and (2) all possibility of continuing injury has already been foreclosed by Defendant. Because Defendant has made no objection to any use of the Video once OTRN was made aware that the Video relates to the 10/29/07 Program, the issue presented is "no longer 'live'" under *Clark*. Regardless of any prior circumstances, therefore, there is no legal basis for issuance of any injunction in this Action, as there is, and can be, no actual showing of ongoing or future actions by OTRN justifying any injunctive relief.

### E. All Possible Damages Are Speculative And Must Be Attributed to a Third Party.

In order for Plaintiff to establish damages attributable to Defendant, Plaintiff must first establish causation. Under 17 U.S.C. 512(f), damages can be attributed to a party only if "the service provider [relies] upon such misrepresentation in removing or disabling access to the *material or activity claimed to be infringing* . . . . The only possible damages for Plaintiff to claim against OTRN are those resulting from the removal of "material or activity claimed to be infringing." Defendant made no such claim with regard to Plaintiff's entire channel, only with regard to the Video. Plaintiff has demonstrated no loss of revenue as a result of the removal of the Video alone (independent of any damages attributable to the short removal of Plaintiff's

channel in an independent action by YouTube – if and to the extent Plaintiff could show any damages at all). All of its claimed damages are speculative and would result from YouTube's unrequested removal of its entire channel based upon Plaintiff's prior history with YouTube wholly unrelated to OTRN. The 09/29/08 Notice does not mention Plaintiff by name, nor does it request removal of any of Plaintiff's material other than the Video.

Moreover, the Video's period of removal from YouTube was short-lived in any event, and, as the Video related to a broadcast (and controversy) which was almost a year old at the time the 09/29/08 Notice was issued, the Video was rather stale besides. Any alleged damages resulting from the removal of Plaintiff's channel and/or the Video are therefore attributable to a third party and/or otherwise not recoverable from OTRN in any event.

### F. The Complaint Is An Attempt To Target Savage and Defendant In Violation of the Anti-SLAPP Statute.

This Action seeks declaratory and injunctive relief and damages for the issuance of the 09/29/08 Notice by Defendant. The Complaint was issued precipitously, without first contacting Defendant (which would have caused Defendant to revoke the 09/29/08 Notice with regard to the Video), and was designed to target Savage. The Complaint, without any evidence to support its contentions, and with all actual evidence to the contrary: (i) claims the involvement of Savage in Defendant's issuance of the 09/29/08 Notice; (ii) claims that Defendant had purported active knowledge that the claims in the 09/29/08 Notice as to the Video were barred by rulings in the *Savage v. CAIR* case; and (iii) expressly targets Savage by name for his beliefs and public statements, which have nothing to do with any legitimate issues posed by this Action.

In targeting Savage, Plaintiff makes allegations about Savage's purported "hateful views" (Paragraph 19, line 2) and "intolerance" (Paragraph 19, line 28), as well as baseless allegations about "Savage's retaliatory lawsuit against CAIR" and "his attempts to censor CAIR by suing the group for copyright infringement" (Paragraph 19, lines 4-6). Plaintiff also demonstrates its animus for Savage in its website posting, attached as **"Exhibit B"**, in which Plaintiff labeled Savage "a bully" and claimed that he "derides, demeans, and distorts those who don't agree with

his hate-filled, right-wing agenda, and when that fails, he files lawsuits." The words "he files lawsuits" link to a story about *Savage v. CAIR*, demonstrating Plaintiff's attempt to retaliate against Savage for his lawsuit against CAIR which is wholly unrelated to issues in this Action, and, quite frankly, are solely within the province of this Court in *Savage v. CAIR*, and not for Plaintiff to address outside of the *Savage v. CAIR* case.

## IV.    CONCLUSION

For the foregoing reasons, this Court should grant Defendant's motion for summary judgment and enter judgment for Defendant on all causes of action in the Complaint.

Respectfully submitted,

_____/s/ Benjamin Shapiro_____

Benjamin Shapiro
Benjamin Shapiro Legal Consulting
12330 Magnolia Blvd., #114
Valley Village, CA 91607
(818)620-0137
Bshapiro708@gmail.com

Attorney for Defendant THE ORIGINAL
TALK RADIO NETWORK, INC.

**PROOF OF SERVICE BY E-MAIL**

I am employed in the County of Sacramento, California. I am over the age of eighteen years and not a party to the within case. My business address is 1787 Tribute Rd., Suite D, Sacramento, California 95815. On February 27, 2009, I served the attached

**DEFENDANT THE ORIGINAL TALK RADIO NETWORK, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AND POINTS AND AUTHORITIES IN SUPPORT THEREOF**

on the interested parties in the above captioned action by E-mail as follows:

Anthony T. Falzone:
falzone@stanford.edu, asmith@law.stanford.edu

Christopher Kay Ridder:
cridder@stanford.edu

Julie Angela Aherns:
jaherns@law.stanford.edu

Sheila Marie Pierce:
Sheila.poerce@bingham.com,
ruth.difalco@bingham.com

William Frederick Abrams:
William.abrams@bungham.com

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on February 27, 2009 at Sacramento, California.

_____/s/_____.

Pam Sauter

# EXHIBIT A



SEVERAID
&GLAHN, PC

ATTORNEYS AT LAW

1787 TRIBUTE RD., SUITE D • SACRAMENTO, CA 95815

PH:(916)929-8383
FAX:(916)925-4763

September 29, 2008

**VIA E-MAIL, TELEFAX AND FEDERAL EXPRESS**

DMCA Complaints
YouTube, Inc.
901 Cherry Ave.
Second Floor
San Bruno, CA 94066
Fax: (650) 872-8513
Email: copyright@youtube.com

Re: The Original Talk Radio Network Inc. v. YouTube, Inc., et al.

Dear YouTube, Inc.:

The information in this notification is accurate, and, under penalty of perjury, I state that this office represents the owner of an exclusive right infringed by the specified material.
This office has been retained by The Original Talk Radio Network ("OTRN") to take such actions as may be appropriate, including without limitation initiation of legal action for all proper relief, with respect to your repeated and ongoing unlawful actions in posting numerous segments from OTRN's "The Michael Savage Show" ("OTRN Content") on your YouTube.com website, including without limitation those certain segments identified in the list of OTRN Content currently posted on your website as of 4 PM Pacific Time on September 26, 2008, which is set forth as Appendix A hereto.

By this letter, OTRN is hereby serving formal notice on you that such actions are in violation of OTRN's exclusive rights with respect to the OTRN Content, and formally demanding that you immediately remove all OTRN Content from your website, and cease and desist all further publications, broadcasts, and/or reproductions of any and all OTRN Content, *immediately*. OTRN further demands that you confirm in writing to OTRN, forthwith, that you have removed all OTRN Content from the YouTube.com website, and that no further OTRN Content will be posted to that website, or any other website under your control, in the future, except, if at all, as shall be expressly permitted under a written license agreement duly executed by an authorized officer of OTRN.

Please be advised that OTRN reserves all of its rights with respect to your wrongful conduct to date in posting OTRN Content without authorization. Please also be advised that OTRN does not, by this letter, disclaim, release or speak for the separate rights of Michael Savage, and/or the separate rights of any other parties,

with respect to any content appearing on your website, and/or their recourse with respect to your actions and conduct.

The nature and substance of the next communication from this office will be dependent, in part, on whether you take immediate actions to eliminate such unlawful actions on a going forward basis.

Respectfully,

*Carter Glahn*

Carter Glahn

cc: Benjamin Shapiro, Esq.
    Ian Boyd, Esq.
    The Original Talk Radio Network, Inc.

Michael Savage on libs (listen fully)
http://www.youtube.com/watch?v=f13Tp93c6aw

Michael Savage hates Muslims
http://www.youtube.com/watch?v=CtY-JWahHQs

Michael Savage Ridiculously Goes Off on Gay Marriage
http://www.youtube.com/watch?v=u7Ub6NfovCk

Michael Savage: Black on White Hate Crime
http://www.youtube.com/watch?v=DwoKQq3oHko

Michael Savage: Making the World Safe for Theocracy
http://www.youtube.com/watch?v=IU4UEegXJdo

Michael Savage – Sarah Palin Must Withdraw From VP Slot Immediately to Save McCain Campaign (September 2, 2008)
http://www.youtube.com/watch?v=PxMJVEewHuE

Michael Savage discusses Pastor Rod Parsley's comments
http://www.youtube.com/watch?v=dbJuHAB88dc

Michael Savage Takes On Racist NOI Supporter
http://www.youtube.com/watch?v=pi-HP_oHZFU

Michael Savage Attacks a Dumb Liberal Named Dan on Politics
http://www.youtube.com/watch?v=8x9sRIab05Y

Michael Savage on Mitt Romney as President
http://www.youtube.com/watch?v=QjfH5VT_Xcl

Michael Savage How to Get Girls
http://www.youtube.com/watch?v=Io0z4e09MXE

Michael Savage on Fascist Caller
http://www.youtube.com/watch?v=Kjog9dZLgqc

Michael Savage on California's Gay Marriage – Part 1
http://www.youtube.com/watch?v=CeY10oOSZIM

Americans Against Hate Calls Michael Savage
http://www.youtube.com/watch?v=nwrHnDwF6j4

Michael Savage on the death of Tim Russert
http://www.youtube.com/watch?v=zsTrgog-8e0

Michael Savage interviews Rev. James Manning Part 1
http://www.youtube.com/watch?v=I9qT4jLAjwQ

Michael Savage: Islamberg and Islam Part 1
http://www.youtube.com/watch?v=x7FUQCdc9ZA

Michael Savage on Bush, Israel and the US
http://www.youtube.com/watch?v=gHG7HxZGGWA

Michael Savage: Islamberg and Islam Part 2
http://www.youtube.com/watch?v=6KMVMOdRyS8

Michael Savage Gets Pissed Off About Islam and Terrorists
http://www.youtube.com/watch?v=BtpYJI06mcs

Michael Savage on the Threat of Liberal Fascists Democrats
http://www.youtube.com/watch?v=1mXoF_-w_Vg

Michael Savage – Gay Mafia Trying Gods Patience!
http://www.youtube.com/watch?v=eM70_hLaC94

Michael Savage – Designa Vagina
http://www.youtube.com/watch?v=g83404ewtCl

Michael Savage Tries to Wake Up a Liberal Jew about Muslims
http://www.youtube.com/watch?v=zmr_PBNtErk

Michael Savage: Kosovo's Independence "Immoral," Part 2 of 2
http://www.youtube.com/watch?v=1cV0_AawP7c

Michael Savage: The Perfect Storm Is Coming
http://www.youtube.com/watch?v=01SV4rrQK9o

Michael Savage – 2002 Classic!
http://www.youtube.com/watch?v=tNBpLXMXfSA

Michael Savage: The Historical Truth About the Serbs/Kosovo
http://www.youtube.com/watch?v=JfPKumQHts4

Michael Savage Monday 28
http://www.youtube.com/watch?v=B_AhCuqKAA0

Michael Savage Hate Speech Exposed
http://www.youtube.com/watch?v=rWGrgBKojXY

Michael Savage on Obama's Women Problems and Mother Issues
http://www.youtube.com/watch?v=ZtytCT08g-Q

Michael Savage Talks To an African American Man about James Watson
http://www.youtube.com/watch?v=S_R9Zly2Cc4

Michael Savage 9/11 2001 Broadcast
http://www.youtube.com/watch?v=3Jx9fgaZSxA

Michael Savage Rants on Ignorant Black Muslims
http://www.youtube.com/watch?v=DTjUZI53bFg

Michael Savage A Day In the Life of Johnny Jihad
http://www.youtube.com/watch?v=AP18VsZKFec

Michael Savage interviews Rev. James Manning Part 2
http://www.youtube.com/watch?v=Rb-U56UzMAI

Michael Savage Talks to a Muslim about Radical Jihadist
http://www.youtube.com/watch?v=xmTCk-ir3W4

Michael Savage – Alan Dershowitz Bashing God
http://www.youtube.com/watch?v=lZhyU0hoJfo

Michael Savage on Sulejman talovic's shooting spree
http://www.youtube.com/watch?v=jghiQ35BFGM

Michael Savage on Rap Music and its Negative Role on Society
http://www.youtube.com/watch?v=Xa1gsSHpdcI

Michael Savage on "Global Warming" Caller
http://www.youtube.com/watch?v=ddP2I97ypjw

Michael Savage 2000 Classic – Shameless Clinton
http://www.youtube.com/watch?v=kC1h9UJpY5Q

The Best Rants of Michael Savage 2
http://www.youtube.com/watch?v=_aduY3bpqMw

Michael Savage talks truth facts about the Serbian nation
http://www.youtube.com/watch?v=t3k3P96fKiQ

Michael Savage Explains the Mental Disorder of Liberalism
http://www.youtube.com/watch?v=t0HCiPIiiGw

Michael Savage – Lesbian Sex
http://www.youtube.com/watch?v=fB2Sw4bDFW4

Michael Savage – Liberal and Muslim Nuts
http://www.youtube.com/watch?v=_k24NTM2pU4

Michael Savage Akbar!  He is The Knight of True!
http://www.youtube.com/watch?v=rmz62T4KbEk

Michael Savage on Global Warming
http://www.youtube.com/watch?v=RLxlZqtrhac

Michael Savage: Freedom of Speech 1 of 7
http://www.youtube.com/watch?v=AdupCC9tN68

Michael Savage on a coming American Revolution
http://www.youtube.com/watch?v=QZ8E1xIxfcU

Michael Savage on Sean Penn and Hugo Chavez
http://www.youtube.com/watch?v=qfCFR6GIupA

Michael Savage talks with Selwyn Duke about CAIR

http://www.youtube.com/watch?v=FWv59IP4Pc4

Michael Savage: Radical Islam
http://www.youtube.com/watch?v=NfMSFjAoO3g

Michael Savage announces formation of the Nationalist Party
http://www.youtube.com/watch?v=EHU1NY6HYiA

Michael Savage on Keith Ellison
http://www.youtube.com/watch?v=eJOf9-u9nik

Michael Savage on Feminization and Gay Agendas in our Future
http://www.youtube.com/watch?v=IJI5ZD2kY_I

Michael Savage Interviews Pat Buchanan 2002 1 of 2
http://www.youtube.com/watch?v=8OFvnM4JACs

Michael Savage Goes Into Talk Radio RAGE
http://www.youtube.com/watch?v=2HiLrVSr-Jq

Michael Savage on Rosie O'Donnell
http://www.youtube.com/watch?v=SrTVjZxquOo

Michael Savage on Hedge Funds and Aspartame
http://www.youtube.com/watch?v=3GEcgJmwcyc

Michael Savage on Deportation of Immigrants
http://www.youtube.com/watch?v=GhgcdMmfPhI

Michael Savage on the Anti-War Movement – Part 1 of 2
http://www.youtube.com/watch?v=X5sZ1mvx4qg

Michael Savage ~ Hispanics, gays, and Jews
http://www.youtube.com/watch?v=TXwm2_29giM

Michael Savage on Problems with Immigrants
http://www.youtube.com/watch?v=L_eSr7yiZF0
Michael Savage discusses Hollywood Leftists – Part 1
http://www.youtube.com/watch?v=jweWdSaQUr8

Michael Savage Radio Interview on Future Recession or Depression
http://www.youtube.com/watch?v=7QoN_DFcK-c

Michael Savage Talking to His Son Russell Weiner on 9/11 2001 Day of the Attack on Twin Towers
http://www.youtube.com/watch?v=Y9gwCi-dIL8

Michael Savage on Current Events – Part 4 of 7
http://www.youtube.com/watch?v=7aHGIThiKpI

Michael Savage on Current Events – Part 7 of 7
http://www.youtube.com/watch?v=aAmnuiGnk_Q

Michael Savage vs. Media Matters
http://www.youtube.com/watch?v=V4g3P6LPFII

Michael Savage on the Defeat of the Fairness Doctrine
http://www.youtube.com/watch?v=siajFIQab3g

Michael Savage is my Hero!
http://www.youtube.com/watch?v=KZXZcr7vLl8

Michael Savage Comments on I 35 Bridge Collapse
http://www.youtube.com/watch?v=cRxBatJCBBU

Michael Savage – the Million Mom March
http://www.youtube.com/watch?v=bY4Y4XxKn4w

Michael Savage: White Kids Aping the Styles of the Ghetto
http://www.youtube.com/watch?v=NnDrBo0hdEo

Michael Savage on Sushi Mercury Marijuana and Liberals
http://www.youtube.com/watch?v=6y4wp2sErn4

Michael Savage on Gay Mafia
http://www.youtube.com/watch?v=xuyWvjHEbf8

Michael Savage gets pranked by a fake muslim
http://www.youtube.com/watch?v=3dEJcNhLwhA

Michael Savage Discusses Immorality of Marijuana Use Today
http://www.youtube.com/watch?v=i7oB8N-HBkQ

Michael Savage on God and America
http://www.youtube.com/watch?v=VrGx5Nhcwhw

Michael Savage Talks to a Liberal Woman about the Gay Agenda
http://www.youtube.com/watch?v=zGk8fCi39Qs

Michael Savage Rejects Dennis Miller
http://www.youtube.com/watch?v=qQn6kLzpMIE

Michael Savage Condoms on Cucumbers Early Sex Ed and Females
http://www.youtube.com/watch?v=YM5Y6BK3TbE

Michael Savage: Making the World Safe for Theocracy
http://www.youtube.com/watch?v=lU4UEegXJdo

Michael Savage talks to Iranian Man about Hitler of Iran
http://www.youtube.com/watch?v=R930MIi_m4o

Michael Savage on Evil Liberals
http://www.youtube.com/watch?v=SMWBX3b8TIk

Michael Savage: US media MANIPULATION regarding KOSOVO Part 1

http://www.youtube.com/watch?v=37HgEe8gH3Q

Michael Savage: Interview with Sylvester Stallone (1 of 2)
http://www.youtube.com/watch?v=-idL9WUaQw0

Michael Savage August 13, 2007
http://www.youtube.com/watch?v=23Pzbg5Y9hI

Michael Savage discusses John Edwards – Part 3 of 3
http://www.youtube.com/watch?v=lbwypCuMn1U

Michael Savage: The Threat of Islam
http://www.youtube.com/watch?v=VR69ngd6vrw

Michael Savage on Masturbation and Prostate Cancer
http://www.youtube.com/watch?v=5k1RruyKjgU

Michael Savage on Left Wing Nuts
http://www.youtube.com/watch?v=btaFApQcLbU

Michael Savage on Marijuana 2-7-07
http://www.youtube.com/watch?v=ej5DVTi2HTc

Michael Savage goofs on Paul Newman
http://www.youtube.com/watch?v=9fjQiRF8bNY

Live Audio: What Michael Savage Said about Autism
http://www.youtube.com/watch?v=8gofSjzTfJk

Michael Savage slams Muslim caller for his lies
http://www.youtube.com/watch?v=6AUbPB0NAIw

Michael Savage and his views on Islam
http://www.youtube.com/watch?v=TLWLVYVeWhM

Michael Savage rants on illegals
http://www.youtube.com/watch?v=05nBE3WQi1U

Michael Savage August 21, 2007
http://www.youtube.com/watch?v=GZjZccrAbAQ

Michael Savage: Benazir Bhutto Assassination
http://www.youtube.com/watch?v=MHoMoEjZXj0

Michael Savage Rips Freaks @ White House dinner
http://www.youtube.com/watch?v=ERc13IWsdNo

Michael Savage on James Watson and Internet Pornography
http://www.youtube.com/watch?v=VRv79FVtyZw

Michael Savage Ripping Holocaust Myth Believer
http://www.youtube.com/watch?v=oQIA_I4X3hM

Michael Savage – Barack Hussein Obama Admits Being a Muslim Plus George Bush as a Fiscal Socialist FannieMae Bail Outs – Aired on September 8, 2008
http://www.youtube.com/watch?v=tG9-MHFctZU

Michael Savage – Orthodox Jews & Guns
http://www.youtube.com/watch?v=Ntov9g1vK00

Michael Savage on the Muslim Airport Controversy
http://www.youtube.com/watch?v=6jqczneWu9s

Listen to Michael Savage Online for Free
http://www.youtube.com/watch?v=eVBujmFRaog

Michael Savage: Brain-Dead Sluts and Weak Western Men
http://www.youtube.com/watch?v=WOLTtuaBLMo

Michael Savage mimmicks Rush Limbaugh
http://www.youtube.com/watch?v=jhYyLEpEZnk

Michael Savage on Haditha Caller
http://www.youtube.com/watch?v=F1Vb47036nY

Michael Savage on Heath Ledger and the Brainless Liberals
http://www.youtube.com/watch?v=Iu7YX6igxk4

Michael Savage; Barack Obama lets call it quits talk it out
http://www.youtube.com/watch?v=yA1UE43vFew

Michael Savage on Cho Murderer School Shootings
http://www.youtube.com/watch?v=ggzMSHFK8XY

Michael Savage on Dennis Kucinich, Cars and Hybrids
http://www.youtube.com/watch?v=LNWNfc2Jjg8

Michael Savage on California's Gay Marriage – Part 2
http://www.youtube.com/watch?v=cJ0F6sC90Yc

Michael Savage Rejects Larry King and MSNBC
http://www.youtube.com/watch?v=poBeWx60V3E

Michael Savage Has a Frank Conversation About Women
http://www.youtube.com/watch?v=k16N-Zt2QcE

Savage Nation: Michael Savage, the best radio personality
http://www.youtube.com/watch?v=JtjrrjHBPXA

Michael Savage – Biggest Pimp Rap
http://www.youtube.com/watch?v=nA4Nt4h4EQc

Michael Savage on the day of September 11, 2001
http://www.youtube.com/watch?v=7PXNInx7f0c

Michael Savage Interviews Dr. Peter Breggin on Autism
http://www.youtube.com/watch?v=eocYUcoWoxM

Michael Savage is Running for President?
http://www.youtube.com/watch?v=XhKns42pcoc

Michael Savage chats about Great Neck and Nymphomaniacs
http://www.youtube.com/watch?v=zhDAbofhlDI

Michael Savage – Financial Crisis (September 15, 2008)
http://www.youtube.com/watch?v=N6GXdgT7YCg

Michael Savage Rails the Sopranos
http://www.youtube.com/watch?v=Qh2w1sl0d6c

Michael Savage on the Danger of Progressive Liberalism
http://www.youtube.com/watch?v=fkTRUjjSmow

Michael Savage on Religion and Loss of Culture
http://www.youtube.com/watch?v=3lwvMEq06s0

Michael Savage on Conservatives and Government Policies
http://www.youtube.com/watch?v=lzEN_IA7mt8

Michael Savage on Elliot Spitzer, George Bush, Bail Outs, Financial Crisis, Depression Economic
Decline – Aired on September 18, 2008
http://www.youtube.com/watch?v=CRXODPEhLf8

Michael Savage on Veiled Women
http://www.youtube.com/watch?v=x7RwmctGdsE

Dr. Chesler on Michael Savage
http://www.youtube.com/watch?v=DA-wIHaPvK4

Michael Savage February 1 Show
http://www.youtube.com/watch?v=LSabsmBm3Fo

Michael Savage on Current Events – Part 7 of 7
http://www.youtube.com/watch?v=WOJbY8m9n7U

Michael Savage on Censorship of His Show and Communism
http://www.youtube.com/watch?v=dPXW4oWIym4

Michael Savage on Gay Caller
http://www.youtube.com/watch?v=XfJQnNQAp5M

Michael Savage on Bush Aids and Africa
http://www.youtube.com/watch?v=YVQfzoX4xck

Michael Savage on Current Events – Part 6 of 7

http://www.youtube.com/watch?v=iXcxvr5lWwM

Michael Savage – War with Iran Radical Islam Jihadist – Aired on July 10, 2008
http://www.youtube.com/watch?v=29sgUCOvHP4

Michael Savage Monologue 9-12-08
http://www.youtube.com/watch?v=2Pjz4T7cNqA

Michael Savage – A New American Revolution
http://www.youtube.com/watch?v=gkcJNBtolXw

Michael Savage Autism Remix
http://www.youtube.com/watch?v=AsPGQNZsPdE

Michael Savage on Cancer
http://www.youtube.com/watch?v=WAPLedgnSxA

Michael Savage on Ultra Tolerance and its Effect on Society
http://www.youtube.com/watch?v=27gJivQICQQ

Michael Savage Owns Black Muslim
http://www.youtube.com/watch?v=T0zbcjWXvDg

Michael Savage – Psychological Nudity
http://www.youtube.com/watch?v=s-6cz4mayEU

Michael Savage Talking to a Conservative on How to Pick Up Liberal Women in New York City
http://www.youtube.com/watch?v=EKyRB2cL0RU

Michael Savage: Only anger and hatred can save America
http://www.youtube.com/watch?v=yvsjwtF2hmk

Michael Savage discusses Hollywood Leftists – Part 2
http://www.youtube.com/watch?v=iql2bmxqPZc

Michael Savage Monday 19, 2008
http://www.youtube.com/watch?v=gYlr-w2eyJE

Michael Savage on Current Events – Part 5 of 7
http://www.youtube.com/watch?v=s7q9GheEOXU

Michael Savage – Mein Kampf and its Relativity to The Quran
http://www.youtube.com/watch?v=McQWM-TAZBI

Michael Savage – Immorality of Pornography Explicit Sex Kids
http://www.youtube.com/watch?v=mpFkI3dLIL0

Michael Savage On Lesbians
http://www.youtube.com/watch?v=wd-l9bYly3E

Michael Savage – Swearing on the Koran

http://www.youtube.com/watch?v=Scq61iw30Oc

Trying to silence Michael Savage
http://www.youtube.com/watch?v=rWFOnT9oH7U

Michael Savage on Irrational Confusion About Homosexuals
http://www.youtube.com/watch?v=OH4gLjSXX-E

Michael Savage Talks About the Threat of Iran and Islam
http://www.youtube.com/watch?v=oO_BXJNP4u8

Illegal Alien Murders Family: Michael Savage Interviews Danielle Bologna
http://www.youtube.com/watch?v=dguIwbSkEg8

Ultravan #299, First Bath While Listening to Michael Savage
http://www.youtube.com/watch?v=CczCGWdGHKo

Michael Savage on Kosovo independence
http://www.youtube.com/watch?v=hUJXPXs_iP8

Michael Savage – Danielle Bologna and Family Tragedy Due to Corruption of Law and Illegals
http://www.youtube.com/watch?v=Q7uzEkKqAg0

Michael Savage: "Bring in 10 million more from Africa."
http://www.youtube.com/watch?v=jI4cBBLeRqM

Michael Savage discusses America's collapse of it's morals and values
http://www.youtube.com/watch?v=gbfnI8kQnZ4

Michael Savage on Why Hollywood is Failing – Part 1 of 4
http://www.youtube.com/watch?v=Mfj7MtDUcFI

Michael Savage Argues With a Caller About Obama and His Credentials to be President
http://www.youtube.com/watch?v=0M44MkHnJBs

Michael Savage Nation Radio Spots Commercials Part 2
http://www.youtube.com/watch?v=ZIrjqffVhJs

Michael Savage on Hitler of Iran and Columbia University
http://www.youtube.com/watch?v=5xQ6hxlrYHE

Michael Savage on gay marriage caller
http://www.youtube.com/watch?v=R7v7OCTMVAA

Michael Savage predicts the destruction of Israel
http://www.youtube.com/watch?v=oRHz28YWXu4

Michael Savage on the JFK Terror Plot
http://www.youtube.com/watch?v=_Ovi11r-D20

Michael Savage on Bible Passages and More

http://www.youtube.com/watch?v=Aia8T2wirk0

Michael Savage Classic Caller on Health Plus Report on Abortion and Cancer
http://www.youtube.com/watch?v=my8Cjs6mATs

Michael Savage goes off on Islamo-Fascists
http://www.youtube.com/watch?v=nkWgSeSc8cA

Michael Savage discusses the end of America's Liberal Arc
http://www.youtube.com/watch?v=Enwt4-Pw4ag

Michael Savage – Generation of Weaklings
http://www.youtube.com/watch?v=G5WdMHjjJ5E

Michael Savage – Sixty Year Old Woman has Twins
http://www.youtube.com/watch?v=3-CRP1qxD78

Michael Savage Admits to Taking Lipitor (then quits on 10/29)
http://www.youtube.com/watch?v=T-7Dgd-zIEs

Michael Savage on The Homosexual Mafia
http://www.youtube.com/watch?v=kBPGO9D8B-Y

Michael Savage Here Comes The Judge
http://www.youtube.com/watch?v=zJNzfRWbUug

Michael Savage on bill clintons propaganda against serbs
http://www.youtube.com/watch?v=wJKtQufrnds

Michael Savage on Fear of Marriage in Society Today
http://www.youtube.com/watch?v=JFCzLfsEddQ

Michael Savage slams a Nancy Pelosi supporter
http://www.youtube.com/watch?v=X4w39SHqTVA

Michael Savage on the state of Israel in 2006
http://www.youtube.com/watch?v=YYxtZ0bQC8o

Michael Savage discusses today's bizarre political climate
http://www.youtube.com/watch?v=Xz2FKdi9ktE

Michael Savage translates liberal Headline
http://www.youtube.com/watch?v=VjxARbHr6TE

Michael Savage OWNS pro-Muslim liberal – Liberals SUCK!
http://www.youtube.com/watch?v=BuOmtQhNwm0

Duncan Hunter with Michael Savage
http://www.youtube.com/watch?v=D0qKFEQdJ-E

Michael Savage KSFO Classic – Savage Matchmaker

http://www.youtube.com/watch?v=lSVqINUXKU0

Michael Savage on Radical Muslims CAIR Future Expectations
http://www.youtube.com/watch?v=iejM8emTJW4

Michael savage on bill clintons war against serbs
http://www.youtube.com/watch?v=2sURLF83V9A

Censure Carter Michael Savage
http://www.youtube.com/watch?v=HvgFih8p25w

Michael Savage on Iran, weakness, and liberal attack dogs
http://www.youtube.com/watch?v=yJ40KgkOt8M

Michael Savage on Barack Hussein Obama as President
http://www.youtube.com/watch?v=Qnj_7t_9adM

Michael Savage: Vinnie Calls Part 1
http://www.youtube.com/watch?v=xdZYe0Z9TSM

Michael Savage on Sharing Bedrooms Couples Husband and Wife
http://www.youtube.com/watch?v=a0UQHs6o5bw

Michael Savage takes a call from Todd in New Hampshire
http://www.youtube.com/watch?v=ZdJK6varWQE

Michael Savage on the Power of Man in Good and Evil
http://www.youtube.com/watch?v=JkJy1H7B_vY

Michael Savage hates gays
http://www.youtube.com/watch?v=8GOEnXp9VnQ

Michael Savage: A balanced immigration solution (Part 2)
http://www.youtube.com/watch?v=20U905Z4wIw

Michael Savage On Obama and What He Wants for America
http://www.youtube.com/watch?v=x871n28-xNE

Michael Savage Rants on Illegals
http://www.youtube.com/watch?v=D0jk1qSNVbA

Michael Savage on Financial Schemes and Intuitive Intelligence (9/23/08)
http://www.youtube.com/watch?v=5G_MBrkIhmQ

Michael Savage: Liberals Want an Illiterate America
http://www.youtube.com/watch?v=5YDhHh2yoXE

Michael Savage – Discussion about Lawyers and Doctors in Society Today – Part 1 of 2
http://www.youtube.com/watch?v=rCjSOAAazW0

Michael Savage – What Not To Say On The Savage Nation

http://www.youtube.com/watch?v=Vxs_bNcAY4o

Michael Savage Talks About Fahrenheit 451 and Fascism
http://www.youtube.com/watch?v=sADM1YHej04

Michael Savage on Shameless Liberals and His Boosted Ratings
http://www.youtube.com/watch?v=EzBkCPExnD0

Michael Savage on Nancy Pelosi
http://www.youtube.com/watch?v=9lbXygLG-4M

Michael Savage: Vinne Calls Part 2
http://www.youtube.com/watch?v=_ir4T5glxsg

Michael Savage – Brainwashing of Global Warming and More
http://www.youtube.com/watch?v=iwXhmnqtjLE

Michael Savage – "The Most Important Thing I've Ever Said"
http://www.youtube.com/watch?v=9G2NfVJipll

Michael Savage on Lucky Louie
http://www.youtube.com/watch?v=soSur400DN4

Michael Savage Explains Clipped Hair Type's
http://www.youtube.com/watch?v=3YLYPfzY88c

St. Michael: Liberal Slayer – Prepare 4 War!
http://www.youtube.com/watch?v=yi5CLIO6SZ0

Michael Savage on Celebrating Purim
http://www.youtube.com/watch?v=N5uYb4viBCU

Michael Savage Welcome To the Sheocracy
http://www.youtube.com/watch?v=pXWl0goYbpk

Michael Savage on the new leadership of the Democrats
http://www.youtube.com/watch?v=kpoES0aZtL8

Michael Savage on How Drugs Spoil Our Spiritual Strengths
http://www.youtube.com/watch?v=agDRflQ8PnQ

Michael Savage Update on Health and Return to Show (September 17, 2008)
http://www.youtube.com/watch?v=JCf8cuDCthY

Michael Savage – Freakshows
http://www.youtube.com/watch?v=xE0uydrjVzM

Michael Savage on Why He's Famous – Immigrants and Epidemics
http://www.youtube.com/watch?v=mkaquljlwDY

Michael Savage to Question Barack Hussein Obama and his Credentials for Presidency

http://www.youtube.com/watch?v=mNRbi2RUxOI

Michael Savage discusses the 2nd Amendment ruling by high court
http://www.youtube.com/watch?v=6UqdK9gvD84

Michael Savage talks about the 50's versus today
http://www.youtube.com/watch?v=uKUAZ0NoSts

Michael Savage Nation Radio Spots Commercials Part 4
http://www.youtube.com/watch?v=E6R57DrteeQ

Michael Savage listening to Kansas City
http://www.youtube.com/watch?v=501mwwIUd-c

Michael Savage Censored
http://www.youtube.com/watch?v=esKn8GajDM0

Michael Savage on San Francisco and NutJob Liberals
http://www.youtube.com/watch?v=BKRPbgGw_cg

Michael Savage Marry a Liberal??
http://www.youtube.com/watch?v=wWc50gaiucs

Michael Savage Gets Pissed off at John McCain (9/24/08)
http://www.youtube.com/watch?v=250ocbm2g1c

Michael Savage on Children and Parenting
http://www.youtube.com/watch?v=QcW8lyZkg88

Michael Savage on CNN, Wolf Blitzer & Larry King
http://www.youtube.com/watch?v=sE6OaI924HQ

Michael Savage on the insanity of current political trends
http://www.youtube.com/watch?v=-Pgj-bsvbog

Michael Savage discusses Tim Russert
http://www.youtube.com/watch?v=GCU4WuOqG-A

Michael Savage on just leaving it all one day to live on an island
http://www.youtube.com/watch?v=mLxFI8ueaoA

Michael Savage On Lack of Outrage in Financial Crisis (9/23/08)
http://www.youtube.com/watch?v=ERAP2Jc2h8g

Michael Savage Endorses TrustedID Identity Theft Protection
http://www.youtube.com/watch?v=QDnIsOH1kq4

Michael Savage on corporate corruption and labor practices
http://www.youtube.com/watch?v=HIGFmRxAsVk

Dr. Savage on Coronary Artery Disease

http://www.youtube.com/watch?v=VU0b8NE5_NQ

Michael Savage on how the US National Anthem is treated
http://www.youtube.com/watch?v=QYW3Pfr2aN4

Savage News Reel
http://www.youtube.com/watch?v=zhPeJD8zLUU

Intelligent, Moderate Muslim Calls The Savage Nation
http://www.youtube.com/watch?v=5BWRAYjBpk4

Michael Savage on Bosnian muslim shooter
http://www.youtube.com/watch?v=k_0b3KTazu4

Michael Savage on Matt Damon and Sarah Palin
http://www.youtube.com/watch?v=6ybBqhE3oZ4

Michael Savage Freaking Out (During my Video Diary)
http://www.youtube.com/watch?v=7aDisa2m7y8

Moronic Caller on The Savage Nation 8-9-06
http://www.youtube.com/watch?v=9fgTAQDyqAg

Michael Savage: Benazir Bhutto Assassination (Part 2)
http://www.youtube.com/watch?v=AEVsXII1wWM

Michael Savage straight talk on Autism
http://www.youtube.com/watch?v=g0U7HjzUe54

Michael Savage – Radical Islam divine punishment on West
http://www.youtube.com/watch?v=0tj3L4u1lPM

Texas Polygamy, Durham Dirtbag, Rocky Mountain White Trash
http://www.youtube.com/watch?v=vhNWMZJxHuU

Michael Savage Explains the Fraud of Autism
http://www.youtube.com/watch?v=WiZBC8llOlk

Michael Savage on How to Lower Gas Prices LMFAO!
http://www.youtube.com/watch?v=bloU9C3EOdM

Savage Nation – Sonny Barger Interview
http://www.youtube.com/watch?v=bfSBGi88SAE

Jewish Radio Host Michael Savage On Autism
http://www.youtube.com/watch?v=GWYQqGDaYfY

Internment Camps In America ? Savage Nation May 30, 2007
http://www.youtube.com/watch?v=kyzSn2ALZj0

Obama coddles San Francisco sponsors; drops middle America

http://www.youtube.com/watch?v=NrZA1oTjme4

# EXHIBIT B

# NO SAVAGE

## CENSORED



**Michael Savage Hates Muslims**
Also on Blip and Quicktime.
Listen to clip: MP3

## THE SAVAGE HISTORY:

Brave New Films Sues Shock Jock Michael Savage, Press Release
Michael Savage's long, strange trip, David Gilson, Salon.com

## JUST SOME OF SAVAGE'S HATE:

"90 percent of the people on the Nobel Committee are into child
pornography and molestation, according to the latest scientific
studies" — Listen

Savage advocating "kill[ing] 100 million" Muslims — Listen

Savage on immigrant students' hunger strike: "[L]et them fast
until they starve to death. ... Go make a bomb where you came
from" — Listen

Citing more sex-change operations, increased lesbian fertility
clinics, Savage said of 9-11: "That was God speaking" — Listen

On MLK Day, Savage called civil rights a "racket" designed to
steal "white males' birthright" — Listen

To "save the United States," lawmakers should institute "outright
ban on Muslim immigration" and on "the construction of
mosques" — Listen

U.S. Senate "more vicious and more histrionic than ever,
specifically because women have been injected into" it — Listen

"Jimmy Carter is like Hitler" — Listen

"Burn the Mexican Flag!" — Listen

Savage on the tsunami: "I wouldn't call it a tragedy. ... We
shouldn't be spending a nickel on this" — Listen

Check out our previous campaign against Savage →

# MICHAEL SAVAGE TRIES TO CENSOR BRAVE NEW FILMS

Help spread the word about Michael Savage's hate speech:

153
diggs

1. Send the video Savage tried to censor to your friends and encourage them to pass it on.
2. Click the "digg it" button the right. Be sure you're logged in to digg so your vote counts.

digg it

3. **Become a Savage Watcher:**

   Email: your email address

   Zip Code (optional):           Sign up

   We'll never sell, share or spam you.

4. Add the video to your Facebook or MySpace page.

Shock jock Michael Savage is a bully. He derides, demeans, and distorts
those who don't agree with his hate-filled, right-wing agenda, and when
that fails, he files lawsuits. Now, Savage has tried to silence Brave New
Films -- this bully has pushed us too far.

**Here's what happened:** Last Thursday night, YouTube removed over
300 of our videos from their site and disabled our account, including our
highly popular Real McCain and FOX Attacks series. They didn't restore
the account until Friday afternoon. We were furious to discover that our
entire account was disabled over one unjust copyright complaint from
Michael Savage and the Original Talk Radio Network, Inc., regarding a
video we made eight months ago titled "Michael Savage Hates Muslims"
-- a video that fell well within the terms of fair use of the material.

**Here's what we're doing:** On Friday, Brave New Films filed a lawsuit
against Savage for his effort to suppress and silence us. Thanks to help
from the Stanford Law School's Fair Use Project, we will take the fight
right back to Savage and the Original Talk Radio Network, Inc.

**Here's how you can help:** Sign up to become a Savage Watcher. Help
us be on the lookout for more of Savage's harmful behavior that you can
report back to us, and get the latest on our No Savage campaign as we
escalate this battle. Then, take the video Savage tried to censor and
spread it far and wide; if we can't get it back on YouTube, then we can
post it on blogs and networking sites like Digg to makes sure people
continue to see it. Let's stop the savage behavior once and for all!

Instead of letting Savage continue to step all over our rights, values,
and the U.S. Constitution, let's stand up to this savage behavior once
and for all!

**Got Some Savage Behavior to Report? Leave a comment:**

close*Reblog this comment*
Powered by Disqus · Learn more

DISQUS COMMENTS

## Add New Comment

Type your comment here.

○ Unclaimed  ○ Register  ○ D Login  [?]

**Name**
☐ Record video comment

**Showing 4 of 4 Comments.**



**The Doctor Is In** 4 months ago

YOU are the haters. Go back to the Communist hole you crawled from.

reply



*SKG* 4 months ago

At least Savage is not afraid of speaking his mind! So many of us are to afraid to speek up, traped in this politicaly correct society where any act of American Pride is sqashed for fear of offending someone. I find it Ironic that you are fighting for your cause of "Free Speech" by trying to censor someone. God I love the logic of the extreem left!!!

reply



*andrew pegalis* 4 months ago

Brave New Films and Michael Savage have one thing in common... the constitutionally protected right to voice an opinion. Of all the forms of speech, political speech must receive the greatest protection of all. Hence what constitutes "Fair Use" under copyright law must be interpreted as broadly as possible when it comes to political speech. Keep it up Robert Greenwald.

reply

*jtt* 4 months ago

ironically michael savage denies any involvement in asking for the video to be removed. it probably helps his campaign to protect our language culture and borders to have the audio of this clip played to anyone who cares enough to listen. thanks for promoting the american values that savage so gallantly upholds but please leave out the senseless spin.

reply

Anyone is allowed to post content on this site, but Brave New Films 501(c)(4) is not responsible for that content. We will, however, remove anything unlawful, threatening, libelous, defamatory, obscene, racist, or that contain other material that would violate the law. By posting, you agree to this.
Brave New Films / 10510 Culver Blvd., Culver City, CA 90232 / info@bravenewfilms.org / 310-204-0448

close — *andrew pegalis(ca6333558db89ab1...)*
unclaimed profile

**recent comments**

Brave New Films and Michael Savage have one thing in common... the constitutionally protected right to voice an opinion. Of all the forms of speech, political speech must receive the greatest protection of all. Hence what constitutes "Fair Use" under copyright law must be interpreted as broadly as possible when it comes to political speech. Keep it up Robert Greenwald.

4 months ago · Michael Savage hates Muslims · No Savage

View Profile »
Powered by Disqus · Learn more

# EXHIBIT C

The Acura TSX
WITH REAL-TIME TRAFFIC AND WEATHER
ACURA
ADVANCE
BUILD & PRICE

LAT Home | Print Edition | All Sections          Jobs  |  Cars.com  |  Real Estate  |  More Classifieds

## Los Angeles Times  Entertainment

SEARCH

**Movies   TV   Music   Interactive   The Biz   Celebrity   Awards   Photos   Hollywood A-Z   Reviews   Charts**

You are here: LAT Home > Blogs > Web Scout

# Web Scout: Spinning through online entertainment and connected culture.

« Rick Astley rocks MTV's vote, leads poll by 20 million | Main | LisaNova gives Tina Fey and SNL some competition »

## Brave New Films sues Michael Savage over YouTube takedown
04:42 PM PT, Oct 10 2008

Brave New Films, the Web video production company run by liberal filmmaker Robert Greenwald ("Outfoxed," Walmart: The High Cost of Low Price"), is suing conservative talk-show host Michael Savage in a copyright dispute that hinges on the takedown of a one-minute-long YouTube video.

The video called "Michael Savage Hates Muslims" (and still available here) features a photo of Savage, along with a short audio excerpt from the "Savage Nation" program, in which Savage makes clear his disdain for Muslims and Islam. "You can take your religion and shove it up your behind," he yells at one point. "I'm sick of you."



ADVERTISEMENT

Southern California | Foreclosed Home Auction

Saturday

Click Here
To See Our Homes

zetabid

## About the Blogger

David Sarno is the Times' Internet culture and online entertainment writer. His Web Scout print column runs in the L.A. Times Calendar section on Wednesdays.
— Follow David on Twitter.

Subscribe to Blog:   MyLATimes    More RSS Readers

Brave New Films has an adversarial history with Savage. The company maintains a site called NoSavage.org, which features the "Michael Savage Hates Muslims" video along with links to other inflammatory remarks by the host.

The complaint holds that Talk Radio Network Inc., the Oregon company that syndicates Savage's show, sent a takedown request to YouTube for the video on Oct. 2 -- the night of the vice presidential debate, and a moment of intense interest in online political news. As a result of the network's request, YouTube not only removed the offending video but disabled Brave New Films' YouTube channel completely. Because Brave New Films uses the YouTube player to embed its videos on its own public website, that site suffered as well.

According to YouTube, copyright law requires the company to terminate accounts that repeatedly infringe, and Brave New Films had problems with Viacom last year when they used material from the "Colbert Report." Suspensions can be lifted if one or more of the claims are retracted.

Reached for a comment before the suit was officially filed, Phil Newmark, a producer at Talk Radio Network, said on behalf of Savage, "Michael never sent a complaint to YouTube about anything. This did not come from him in any way, shape or form." Newmark said he had no information about where the complaint originated, but said he would contact TRN's chief executive, Mark Masters, to inquire. TRN is also named in the suit.

Brave New Films' channel is No. 71 of all time among YouTube directors -- a highly competitive category. The company's 300 separate videos have collectively earned 36 million views. Greenwald was able to get his channel reactivated by midmorning on Friday, but by then it had missed the big wave of debate-related traffic. Adding to the trouble was that Brave New Films had taken out a full-page ad in the New York Times that morning, while its site was still incapacitated.

Greenwald called the situation, which left most of his company's content "dead" during a time of peak political interest, "incredibly scary and troubling."

"On some level, no matter what the damages are, we can't get back the views of Thursday and the views and impact of Friday, when the New York Times ad came out," he said in a phone interview.

## Categories

Appsfuse  Blogs  cool new thing  Current Affairs  cvstw  digg dig  Entertainment  events  Facebook  applications  Games  hoaxes  Interviews  memology  Music  Online video  Politics  PrintColumns  race to the bottom  Reddit  Religion  Science  scientology  security / lackteneeof  self explanatory  snark  Social Status  Sports  SXSW  telocracy  Television  Travel  trends watch  twitter twaddle  twitter twaddler  user generated  Web/Tech  webisodes  Weblogs  worth watching  YouTube

## Recent Comments

RE: Fred's YouTube channel is programming for kids by kids
comment by jelly

RE: Fred's YouTube channel is programming for kids by kids
comment by Madison Vargo

RE: Fred's YouTube channel is programming for kids by kids
comment by ErniePF

RE: Prop. 8 wars rage on Facebook
comment by Ed Griffin

RE: Fred's YouTube channel is programming for kids by kids
comment by Hmi