Benjamin Aaron Shapiro (SBN 254456)
12330 Magnolia Blvd., #114
Valley Village, CA 91607
Telephone: (818)620-0137

Attorney for Defendant
THE ORIGINAL TALK RADIO NETWORK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAVE NEW FILMS 501(c)(4),<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL WEINER aka MICHAEL SAVAGE and ORIGINAL TALK RADIO NETWORK, INC.,<br><br>Defendants | Case No.: CV 08-4703 SI<br><br>**DECLARATION OF BENJAMIN AARON SHAPIRO IN SUPPORT OF DEFENDANT THE ORIGINAL TALK RADIO NETWORK, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:      April 3rd, 2009<br>Time:     9:00 a.m.<br>Location: Courtroom<br><br>Honorable Susan Illston |

I, BENJAMIN AARON SHAPIRO, hereby declare that:

1. I am an attorney at law duly licensed to practice before all courts of the State of California, and before the Northern District of California.

2. I am one of the California attorneys for defendant THE ORIGINAL TALK RADIO NETWORK, INC. ("**OTRN**" or "**Defendant**"), and I am the attorney of record for OTRN in this Action.

3. I have personal knowledge of all matters addressed in this declaration, and could testify competently thereto if called upon to do so.

4. On or before September 29, 2008, on behalf of OTRN, I reviewed several hundred videos posted on YouTube concerning The Michael Savage Show (the "**Show**") and/or

MICHAEL WEINER, aka MICHAEL SAVAGE ("**Savage**") for possible copyright infringement, with respect to OTRN's copyright claims with respect to the Show.

5. In reviewing the videos, I did not pursue videos which did not involve use of content from the Show in which OTRN claims the copyright.

6. I also reviewed those videos which involved use of content from the Show to evaluate whether, in my opinion, they involved legitimate fair use of OTRN's content from the Show, under the applicable fair use statutory provisions and precedents, as I understand them. Although the number of videos was voluminous and the task was time consuming, I did review each video, and did not pursue any demand as to those videos which, in my good faith opinion, constituted legitimate fair use of OTRN content from the Show.

7. I then drafted a proposed letter to YouTube's "DMCA Complaints" demanding removal of content from the Show which I believed was posted on YouTube in violation of OTRN's copyright claim to the Show (the "**09/29/08 Notice**") and prepared an attachment which listed the 259 videos which I had personally reviewed and concluded constituted copyright violations which did not involve legitimate fair use of content taken from the Show (the "**Attachment**").

8. I drafted the 09/29/08 Notice to serve as an initial demand to YouTube to remove videos which I believed to be in violation of OTRN's copyright with respect to the Show. It was not designed or represented to be a formal "takedown notice" under 17 U.S.C. §512(f), and did not include certain specific information which would be included in any such formal "takedown notice".

9. The document attached as "**Exhibit A**" to OTRN's motion for summary judgment and supporting documents (the "**Motion**") is a revised version of the text of the 09/29/08 Notice, with a true and correct copy of the Addendum, as drafted by me, attached.

10. At the time I caused the 09/29/08 Notice to be issued, I had no knowledge of either: (i) the case of *Savage v. CAIR* previously pending in the above-captioned court (the "**CAIR Case**"); or (ii) an assignment by OTRN of the copyright of the October 29, 2007

2

OTRN'S NOTICE OF MOTION
AND MOTION FOR SUMMARY JUDGMENT
Case No. CV 08-4703 SI

broadcast of "The Michael Savage Show" to MICHAEL WEINER, aka MICHAEL SAVAGE (the "**Assignment**").

11. I did not learn of either the CAIR Case or the Assignment until after the complaint and related initial documents with respect to the above-captioned action (this "**Action**") were served/delivered to the defendants in this Action through the offices of Severaid & Glahn.

12. I drafted the 09/29/08 Notice on behalf of OTRN alone. I did not speak or otherwise communicate in any way with defendant MICHAEL WEINER aka MICHAEL SAVAGE ("**Savage**"), or any representative of Savage, concerning the 09/29/08 Notice, prior to the commencement of this Action.

13. The document attached as "**Exhibit B**" to the Motion is a true and correct copy of the website posting which I printed from Plaintiff's website concerning Savage.

14. The document attached as "**Exhibit C**" to the Motion is a true and correct copy of an article which I obtained from the *Los Angeles Times* concerning YouTube's removal of the Plaintiff's YouTube channel.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on the 27th day of February, 2009, at Los Angeles, California.

/s/
BENJAMIN AARON SHAPIRO

# PROOF OF SERVICE BY E-MAIL

I am employed in the County of Sacramento, California. I am over the age of eighteen years and not a party to the within case. My business address is 1787 Tribute Rd., Suite D, Sacramento, California 95815. On February 27, 2009, I served the attached

**DECLARATION OF BENJAMIN AARON SHAPIRO IN SUPPPORT OF DEFENDANT THE ORIGINAL TALK RADIO NETWORK, INC.'S MOTION FOR SUMMARY JUDGMENT**

on the interested parties in the above captioned action by E-mail as follows:

| | |
|---|---|
| Anthony T. Falzone:<br>falzone@stanford.edu, asmith@law.stanford.edu | Christopher Kay Ridder:<br>cridder@stanford.edu |
| Julie Angela Aherns:<br>jaherns@law.stanford.edu | Sheila Marie Pierce:<br>Sheila.poerce@bingham.com,<br>ruth.difalco@bingham.com |
| William Frederick Abrams:<br>William.abrams@bungham.com | |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on February 27, 2009 at Sacramento, California.

/s/
Pam Sauter