Benjamin Aaron Shapiro (SBN 254456)
12330 Magnolia Blvd., #114
Valley Village, CA 91607
Telephone: (818)620-0137

Attorney for Defendant
THE ORIGINAL TALK RADIO NETWORK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAVE NEW FILMS 501(c)(4), | ) Case No.: CV 08-4703 SI |
| Plaintiff, | ) **DECLARATION OF CARTER GLAHN IN** |
| | ) **SUPPORT OF DEFENDANT THE** |
| vs. | ) **ORIGINAL TALK RADIO NETWORK,** |
| | ) **INC.'S MOTION FOR SUMMARY** |
| MICHAEL WEINER aka MICHAEL | ) **JUDGMENT** |
| SAVAGE and ORIGINAL TALK RADIO | ) |
| NETWORK, INC., | ) Date:        April 3rd, 2009 |
| | ) Time:        9:00 a.m. |
| Defendants | Location:    Courtroom |

Honorable Susan Illston

I, CARTER GLAHN, hereby declare that:

    1.    I am an attorney at law duly licensed to practice before all courts of the State of California, and I am one of the California attorneys for defendant THE ORIGINAL TALK RADIO NETWORK, INC. ("**OTRN**" or "**Defendant**").

    2.    I have personal knowledge of all matters addressed in this declaration, and could testify competently thereto if called upon to do so.

    3.    I am a member of the law firm of Severaid & Glahn, PC, and maintain my offices at the firm's offices in Sacramento, California.

    4.    On or about September 29, 2008, I received a draft of a proposed letter addressed to YouTube's "DMCA Complaints" (the "**09/29/08 Notice**").

Dockets.Justia.com

5.   The draft of the 09/29/08 Notice had an attachment which listed 259 videos as being the specific identified items which were being addressed by the 09/29/08 Notice (the "**Attachment**").

6.   I reviewed the text of the draft of the 09/29/08 Notice, made final edits and caused the 09/29/08 Notice to be issued on September 29, 2008.

7.   I did not personally review or verify the specifics of the 259 videos listed in the Attachment, as it had been prepared by Benjamin A. Shapiro ("**Shapiro**"), another California attorney who was working with both OTRN and Severaid & Glahn, PC with respect to this matter.

8.   Shortly thereafter, I learned from the party the 09/29/08 Notice was addressed to that there was some confusion as to issuance or receipt of the Attachment, and, promptly upon being advised of this, I arranged for a duplicate copy of the Attachment to be sent out.

9.   The document attached as Exhibit "A" hereto is a true and correct copy of the 09/29/08 Notice, inclusive of the Attachment.

10.   At the time I caused the 09/29/08 Notice to be issued, I had no knowledge of either: (i) the case of *Savage v. CAIR* previously pending in the above-captioned court (the "**CAIR Case**"); or (ii) an assignment by OTRN of the copyright of the October 29, 2007 broadcast of "The Michael Savage Show" to MICHAEL WEINER, aka MICHAEL SAVAGE (the "**Assignment**").

11.   I did not learn of either the CAIR Case or the Assignment until after the complaint and related initial documents with respect to the above-captioned action (this "**Action**") were served/delivered to the defendants in this Action through the offices of Severaid & Glahn.

12.   I issued the 09/29/08 Notice on behalf of OTRN alone.  I did not speak or otherwise communicate in any way with defendant MICHAEL WEINER aka MICHAEL SAVAGE ("**Savage**"), or any representative of Savage, concerning the 09/29/08 Notice, whether prior to issuance of the 09/29/08 Notice, or thereafter.

2

13. The 09/29/08 Notice was designed to serve as an initial demand to YouTube to remove videos which I believed, in reliance on Shapiro's review and analysis, to be in violation of OTRN's copyright with respect to the Show. It was not designed or represented to be a formal "takedown notice" under 17 U.S.C. §512(f).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on the 27th day of February, 2009, at Sacramento, California.


_____/s/_____.
CARTER GLAHN

## PROOF OF SERVICE BY E-MAIL

I am employed in the County of Sacramento, California. I am over the age of eighteen years and not a party to the within case. My business address is 1787 Tribute Rd., Suite D, Sacramento, California 95815. On February 27, 2009, I served the attached

**DECLARATION OF CARTER GLAHN IN SUPPPORT OF DEFENDANT THE ORIGINAL TALK RADIO NETWORK, INC.'S MOTION FOR SUMMARY JUDGMENT**

on the interested parties in the above captioned action by E-mail as follows:

| Anthony T. Falzone: | Christopher Kay Ridder: |
|---|---|
| falzone@stanford.edu, asmith@law.stanford.edu | cridder@stanford.edu |
| Julie Angela Aherns: | Sheila Marie Pierce: |
| jaherns@law.stanford.edu | Sheila.poerce@bingham.com, ruth.difalco@bingham.com |
| William Frederick Abrams: | |
| William.abrams@bungham.com | |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on February 27, 2009 at Sacramento, California.

_____ /s/ _____.

Pam Sauter

# EXHIBIT A



SEVERAID
& GLAHN, PC

ATTORNEYS AT LAW

1787 TRIBUTE RD., SUITE D • SACRAMENTO, CA 95815

PH:(916)929-8383
FAX:(916)925-4763

September 29, 2008

**VIA E-MAIL, TELEFAX AND FEDERAL EXPRESS**

DMCA Complaints
YouTube, Inc.
901 Cherry Ave.
Second Floor
San Bruno, CA 94066
Fax: (650) 872-8513
Email: copyright@youtube.com

Re: The Original Talk Radio Network Inc. v. YouTube, Inc., et al.

Dear YouTube, Inc.:

The information in this notification is accurate, and, under penalty of perjury, I state that this office represents the owner of an exclusive right infringed by the specified material.
This office has been retained by The Original Talk Radio Network ("OTRN") to take such actions as may be appropriate, including without limitation initiation of legal action for all proper relief, with respect to your repeated and ongoing unlawful actions in posting numerous segments from OTRN's "The Michael Savage Show" ("OTRN Content") on your YouTube.com website, including without limitation those certain segments identified in the list of OTRN Content currently posted on your website as of 4 PM Pacific Time on September 26, 2008, which is set forth as Appendix A hereto.

By this letter, OTRN is hereby serving formal notice on you that such actions are in violation of OTRN's exclusive rights with respect to the OTRN Content, and formally demanding that you immediately remove all OTRN Content from your website, and cease and desist all further publications, broadcasts, and/or reproductions of any and all OTRN Content, *immediately. OT*RN further demands that you confirm in writing to OTRN, forthwith, that you have removed all OTRN Content from the YouTube.com website, and that no further OTRN Content will be posted to that website, or any other website under your control, in the future, except, if at all, as shall be expressly permitted under a written license agreement duly executed by an authorized officer of OTRN.

Please be advised that OTRN reserves all of its rights with respect to your wrongful conduct to date in posting OTRN Content without authorization. Please also be advised that OTRN does not, by this letter, disclaim, release or speak for the separate rights of Michael Savage, and/or the separate rights of any other parties,

with respect to any content appearing on your website, and/or their recourse with respect to your actions and conduct.

The nature and substance of the next communication from this office will be dependent, in part, on whether you take immediate actions to eliminate such unlawful actions on a going forward basis.

Respectfully,

*Carter Glahn*

Carter Glahn

cc: Benjamin Shapiro, Esq.
    Ian Boyd, Esq.
    The Original Talk Radio Network, Inc.

Michael Savage on libs (listen fully)
http://www.youtube.com/watch?v=f13Tp93c6aw

Michael Savage hates Muslims
http://www.youtube.com/watch?v=CtY-JWahHQs

Michael Savage Ridiculously Goes Off on Gay Marriage
http://www.youtube.com/watch?v=u7Ub6NfovCk

Michael Savage: Black on White Hate Crime
http://www.youtube.com/watch?v=DwoKQg3oHko

Michael Savage: Making the World Safe for Theocracy
http://www.youtube.com/watch?v=IU4UEegXJdo

Michael Savage – Sarah Palin Must Withdraw From VP Slot Immediately to Save McCain Campaign (September 2, 2008)
http://www.youtube.com/watch?v=PxMJVEewHuE

Michael Savage discusses Pastor Rod Parsley's comments
http://www.youtube.com/watch?v=dbJuHAB88dc

Michael Savage Takes On Racist NOI Supporter
http://www.youtube.com/watch?v=pi-HP_oHZFU

Michael Savage Attacks a Dumb Liberal Named Dan on Politics
http://www.youtube.com/watch?v=8x9sRlab05Y

Michael Savage on Mitt Romney as President
http://www.youtube.com/watch?v=QjfH5VT_Xcl

Michael Savage How to Get Girls
http://www.youtube.com/watch?v=Io0z4e09MXE

Michael Savage on Fascist Caller
http://www.youtube.com/watch?v=Kjoq9dZLgqc

Michael Savage on California's Gay Marriage – Part 1
http://www.youtube.com/watch?v=CeY10oOSZIM

Americans Against Hate Calls Michael Savage
http://www.youtube.com/watch?v=nwrHnDwF6j4

Michael Savage on the death of Tim Russert
http://www.youtube.com/watch?v=zsTrgoq-8e0

Michael Savage interviews Rev. James Manning Part 1
http://www.youtube.com/watch?v=I9qT4jLAjwQ

Michael Savage: Islamberg and Islam Part 1
http://www.youtube.com/watch?v=x7FUQCdc9ZA

Michael Savage on Bush, Israel and the US
http://www.youtube.com/watch?v=gHG7HxZGGWA

Michael Savage: Islamberg and Islam Part 2
http://www.youtube.com/watch?v=6KMVMOdRyS8

Michael Savage Gets Pissed Off About Islam and Terrorists
http://www.youtube.com/watch?v=BtpYJI06mcs

Michael Savage on the Threat of Liberal Fascists Democrats
http://www.youtube.com/watch?v=1mXoF_-w_Vg

Michael Savage – Gay Mafia Trying Gods Patience!
http://www.youtube.com/watch?v=eM70_hLaC94

Michael Savage – Designa Vagina
http://www.youtube.com/watch?v=g83404ewtCl

Michael Savage Tries to Wake Up a Liberal Jew about Muslims
http://www.youtube.com/watch?v=zmr_PBNtErk

Michael Savage: Kosovo's Independence "Immoral," Part 2 of 2
http://www.youtube.com/watch?v=1cV0_AawP7c

Michael Savage: The Perfect Storm Is Coming
http://www.youtube.com/watch?v=01SV4rrQK9o

Michael Savage – 2002 Classic!
http://www.youtube.com/watch?v=tNBpLXMXfSA

Michael Savage: The Historical Truth About the Serbs/Kosovo
http://www.youtube.com/watch?v=JfPKumQHts4

Michael Savage Monday 28
http://www.youtube.com/watch?v=B_AhCuqKAA0

Michael Savage Hate Speech Exposed
http://www.youtube.com/watch?v=rWGrqBKojXY

Michael Savage on Obama's Women Problems and Mother Issues
http://www.youtube.com/watch?v=ZtytCT08g-Q

Michael Savage Talks To an African American Man about James Watson
http://www.youtube.com/watch?v=S_R9Zly2Cc4

Michael Savage 9/11 2001 Broadcast
http://www.youtube.com/watch?v=3Jx9fgaZSxA

Michael Savage Rants on Ignorant Black Muslims
http://www.youtube.com/watch?v=DTjUZI53bFg

Michael Savage A Day In the Life of Johnny Jihad
http://www.youtube.com/watch?v=AP18VsZKFec

Michael Savage interviews Rev. James Manning Part 2
http://www.youtube.com/watch?v=Rb-U56UzMAI

Michael Savage Talks to a Muslim about Radical Jihadist
http://www.youtube.com/watch?v=xmTCk-ir3W4

Michael Savage – Alan Dershowitz Bashing God
http://www.youtube.com/watch?v=lZhyU0hoJfo

Michael Savage on Sulejman talovic's shooting spree
http://www.youtube.com/watch?v=jghiQ35BFGM

Michael Savage on Rap Music and its Negative Role on Society
http://www.youtube.com/watch?v=Xa1gsSHpdcl

Michael Savage on "Global Warming" Caller
http://www.youtube.com/watch?v=ddP2I97ypjw

Michael Savage 2000 Classic – Shameless Clinton
http://www.youtube.com/watch?v=kC1h9UJpY5Q

The Best Rants of Michael Savage 2
http://www.youtube.com/watch?v=_aduY3bpgMw

Michael Savage talks truth facts about the Serbian nation
http://www.youtube.com/watch?v=t3k3P96fKiQ

Michael Savage Explains the Mental Disorder of Liberalism
http://www.youtube.com/watch?v=t0HCiPliiGw

Michael Savage – Lesbian Sex
http://www.youtube.com/watch?v=fB2Sw4bDFW4

Michael Savage – Liberal and Muslim Nuts
http://www.youtube.com/watch?v=_k24NTM2pU4

Michael Savage Akbar!  He is The Knight of True!
http://www.youtube.com/watch?v=rmz62T4KbEk

Michael Savage on Global Warming
http://www.youtube.com/watch?v=RLxlZgtrhac

Michael Savage: Freedom of Speech 1 of 7
http://www.youtube.com/watch?v=AdupCC9tN68

Michael Savage on a coming American Revolution
http://www.youtube.com/watch?v=QZ8E1xIxfcU

Michael Savage on Sean Penn and Hugo Chavez
http://www.youtube.com/watch?v=qfCFR6GlupA

Michael Savage talks with Selwyn Duke about CAIR

http://www.youtube.com/watch?v=FWv59IP4Pc4

Michael Savage: Radical Islam
http://www.youtube.com/watch?v=NfMSFjAoO3g

Michael Savage announces formation of the Nationalist Party
http://www.youtube.com/watch?v=EHU1NY6HYiA

Michael Savage on Keith Ellison
http://www.youtube.com/watch?v=eJOf9-u9nik

Michael Savage on Feminization and Gay Agendas in our Future
http://www.youtube.com/watch?v=IJI5ZD2kY_I

Michael Savage Interviews Pat Buchanan 2002 1 of 2
http://www.youtube.com/watch?v=8OFvnM4JACs

Michael Savage Goes Into Talk Radio RAGE
http://www.youtube.com/watch?v=2HiLrVSr-Jg

Michael Savage on Rosie O'Donnell
http://www.youtube.com/watch?v=SrTVjZxquOo

Michael Savage on Hedge Funds and Aspartame
http://www.youtube.com/watch?v=3GEcgJmwcyc

Michael Savage on Deportation of Immigrants
http://www.youtube.com/watch?v=GhgcdMmfPhI

Michael Savage on the Anti-War Movement – Part 1 of 2
http://www.youtube.com/watch?v=X5sZ1mvx4gg

Michael Savage ~ Hispanics, gays, and Jews
http://www.youtube.com/watch?v=TXwm2_29giM

Michael Savage on Problems with Immigrants
http://www.youtube.com/watch?v=L_eSr7yiZF0
Michael Savage discusses Hollywood Leftists – Part 1
http://www.youtube.com/watch?v=jweWdSaQUr8

Michael Savage Radio Interview on Future Recession or Depression
http://www.youtube.com/watch?v=7QoN_DFcK-c

Michael Savage Talking to His Son Russell Weiner on 9/11 2001 Day of the Attack on Twin Towers
http://www.youtube.com/watch?v=Y9gwCi-dIL8

Michael Savage on Current Events – Part 4 of 7
http://www.youtube.com/watch?v=7aHGIThiKpI

Michael Savage on Current Events – Part 7 of 7
http://www.youtube.com/watch?v=aAmnuiGnk_Q

Michael Savage vs. Media Matters
http://www.youtube.com/watch?v=V4q3P6LPFII

Michael Savage on the Defeat of the Fairness Doctrine
http://www.youtube.com/watch?v=siajFlQab3g

Michael Savage is my Hero!
http://www.youtube.com/watch?v=KZXZcr7vLI8

Michael Savage Comments on I 35 Bridge Collapse
http://www.youtube.com/watch?v=cRxBatJCBBU

Michael Savage – the Million Mom March
http://www.youtube.com/watch?v=bY4Y4XxKn4w

Michael Savage: White Kids Aping the Styles of the Ghetto
http://www.youtube.com/watch?v=NnDrBo0hdEo

Michael Savage on Sushi Mercury Marijuana and Liberals
http://www.youtube.com/watch?v=6y4wp2sErn4

Michael Savage on Gay Mafia
http://www.youtube.com/watch?v=xuyWvjHEbf8

Michael Savage gets pranked by a fake muslim
http://www.youtube.com/watch?v=3dEJcNhLwhA

Michael Savage Discusses Immorality of Marijuana Use Today
http://www.youtube.com/watch?v=i7oB8N-HBkQ

Michael Savage on God and America
http://www.youtube.com/watch?v=VrGx5Nhcwhw

Michael Savage Talks to a Liberal Woman about the Gay Agenda
http://www.youtube.com/watch?v=zGk8fCi39Qs

Michael Savage Rejects Dennis Miller
http://www.youtube.com/watch?v=gQn6kLzpMlE

Michael Savage Condoms on Cucumbers Early Sex Ed and Females
http://www.youtube.com/watch?v=YM5Y6BK3TbE

Michael Savage: Making the World Safe for Theocracy
http://www.youtube.com/watch?v=IU4UEegXJdo

Michael Savage talks to Iranian Man about Hitler of Iran
http://www.youtube.com/watch?v=R930Mli_m4o

Michael Savage on Evil Liberals
http://www.youtube.com/watch?v=SMWBX3b8Tlk

Michael Savage: US media MANIPULATION regarding KOSOVO Part 1

http://www.youtube.com/watch?v=37HqEe8qH3Q

Michael Savage: Interview with Sylvester Stallone (1 of 2)
http://www.youtube.com/watch?v=-idL9WUaQw0

Michael Savage August 13, 2007
http://www.youtube.com/watch?v=23Pzbg5Y9hI

Michael Savage discusses John Edwards – Part 3 of 3
http://www.youtube.com/watch?v=lbwypCuMn1U

Michael Savage: The Threat of Islam
http://www.youtube.com/watch?v=VR69ngd6vrw

Michael Savage on Masturbation and Prostate Cancer
http://www.youtube.com/watch?v=5k1RruyKjgU

Michael Savage on Left Wing Nuts
http://www.youtube.com/watch?v=btaFApQcLbU

Michael Savage on Marijuana 2-7-07
http://www.youtube.com/watch?v=ej5DVTi2HTc

Michael Savage goofs on Paul Newman
http://www.youtube.com/watch?v=9fjQiRF8bNY

Live Audio: What Michael Savage Said about Autism
http://www.youtube.com/watch?v=8qofSjzTfJk

Michael Savage slams Muslim caller for his lies
http://www.youtube.com/watch?v=6AUbPB0NAIw

Michael Savage and his views on Islam
http://www.youtube.com/watch?v=TLWLVYVeWhM

Michael Savage rants on illegals
http://www.youtube.com/watch?v=05nBE3WQi1U

Michael Savage August 21, 2007
http://www.youtube.com/watch?v=GZjZccrAbAQ

Michael Savage: Benazir Bhutto Assassination
http://www.youtube.com/watch?v=MHoMoEjZXj0

Michael Savage Rips Freaks @ White House dinner
http://www.youtube.com/watch?v=ERc13IWsdNo

Michael Savage on James Watson and Internet Pornography
http://www.youtube.com/watch?v=VRv79FVtyZw

Michael Savage Ripping Holocaust Myth Believer
http://www.youtube.com/watch?v=oQIA_l4X3hM

Michael Savage – Barack Hussein Obama Admits Being a Muslim Plus George Bush as a Fiscal
Socialist FannieMae Bail Outs – Aired on September 8, 2008
http://www.youtube.com/watch?v=tG9-MHFctZU

Michael Savage – Orthodox Jews & Guns
http://www.youtube.com/watch?v=Ntov9g1vK00

Michael Savage on the Muslim Airport Controversy
http://www.youtube.com/watch?v=6jgczneWu9s

Listen to Michael Savage Online for Free
http://www.youtube.com/watch?v=eVBujmFRaog

Michael Savage: Brain-Dead Sluts and Weak Western Men
http://www.youtube.com/watch?v=WOLTtuaBLMo

Michael Savage mimmicks Rush Limbaugh
http://www.youtube.com/watch?v=jhYyLEpEZnk

Michael Savage on Haditha Caller
http://www.youtube.com/watch?v=F1Vb47036nY

Michael Savage on Heath Ledger and the Brainless Liberals
http://www.youtube.com/watch?v=Iu7YX6igxk4

Michael Savage; Barack Obama lets call it quits talk it out
http://www.youtube.com/watch?v=yA1UE43vFew

Michael Savage on Cho Murderer School Shootings
http://www.youtube.com/watch?v=ggzMSHFK8XY

Michael Savage on Dennis Kucinich, Cars and Hybrids
http://www.youtube.com/watch?v=LNWNfc2Jjg8

Michael Savage on California's Gay Marriage – Part 2
http://www.youtube.com/watch?v=cJ0F6sC90Yc

Michael Savage Rejects Larry King and MSNBC
http://www.youtube.com/watch?v=poBeWx60V3E

Michael Savage Has a Frank Conversation About Women
http://www.youtube.com/watch?v=k16N-Zt2QcE

Savage Nation: Michael Savage, the best radio personality
http://www.youtube.com/watch?v=JtjrrjHBPXA

Michael Savage – Biggest Pimp Rap
http://www.youtube.com/watch?v=nA4Nt4h4EQc

Michael Savage on the day of September 11, 2001
http://www.youtube.com/watch?v=7PXNInx7f0c

Michael Savage Interviews Dr. Peter Breggin on Autism
http://www.youtube.com/watch?v=eocYUcoWoxM

Michael Savage is Running for President?
http://www.youtube.com/watch?v=XhKns42pcoc

Michael Savage chats about Great Neck and Nymphomaniacs
http://www.youtube.com/watch?v=zhDAbofhIDI

Michael Savage – Financial Crisis (September 15, 2008)
http://www.youtube.com/watch?v=N6GXdgT7YCg

Michael Savage Rails the Sopranos
http://www.youtube.com/watch?v=Qh2w1sI0d6c

Michael Savage on the Danger of Progressive Liberalism
http://www.youtube.com/watch?v=fkTRUjjSmow

Michael Savage on Religion and Loss of Culture
http://www.youtube.com/watch?v=3lwvMEq06s0

Michael Savage on Conservatives and Government Policies
http://www.youtube.com/watch?v=lzEN_IA7mt8

Michael Savage on Elliot Spitzer, George Bush, Bail Outs, Financial Crisis, Depression Economic
Decline – Aired on September 18, 2008
http://www.youtube.com/watch?v=CRXODPEhLf8

Michael Savage on Veiled Women
http://www.youtube.com/watch?v=x7RwmctGdsE

Dr. Chesler on Michael Savage
http://www.youtube.com/watch?v=DA-wIHaPvK4

Michael Savage February 1 Show
http://www.youtube.com/watch?v=LSabsmBm3Fo

Michael Savage on Current Events – Part 7 of 7
http://www.youtube.com/watch?v=WOJbY8m9n7U

Michael Savage on Censorship of His Show and Communism
http://www.youtube.com/watch?v=dPXW4oWIym4

Michael Savage on Gay Caller
http://www.youtube.com/watch?v=XfJQnNQAp5M

Michael Savage on Bush Aids and Africa
http://www.youtube.com/watch?v=YVQfzoX4xck

Michael Savage on Current Events – Part 6 of 7

http://www.youtube.com/watch?v=iXcxvr5IWwM

Michael Savage – War with Iran Radical Islam Jihadist – Aired on July 10, 2008
http://www.youtube.com/watch?v=29sgUCOvHP4

Michael Savage Monologue 9-12-08
http://www.youtube.com/watch?v=2Pjz4T7cNqA

Michael Savage – A New American Revolution
http://www.youtube.com/watch?v=gkcJNBtoIXw

Michael Savage Autism Remix
http://www.youtube.com/watch?v=AsPGQNZsPdE

Michael Savage on Cancer
http://www.youtube.com/watch?v=WAPLedgnSxA

Michael Savage on Ultra Tolerance and its Effect on Society
http://www.youtube.com/watch?v=27gJjvQICQQ

Michael Savage Owns Black Muslim
http://www.youtube.com/watch?v=T0zbcjWXvDq

Michael Savage – Psychological Nudity
http://www.youtube.com/watch?v=s-6cz4mayEU

Michael Savage Talking to a Conservative on How to Pick Up Liberal Women in New York City
http://www.youtube.com/watch?v=EKyRB2cL0RU

Michael Savage: Only anger and hatred can save America
http://www.youtube.com/watch?v=yvsjwtF2hmk

Michael Savage discusses Hollywood Leftists – Part 2
http://www.youtube.com/watch?v=igl2bmxqPZc

Michael Savage Monday 19, 2008
http://www.youtube.com/watch?v=gYlr-w2eyJE

Michael Savage on Current Events – Part 5 of 7
http://www.youtube.com/watch?v=s7q9GheEOXU

Michael Savage – Mein Kampf and its Relativity to The Quran
http://www.youtube.com/watch?v=McQWM-TAZBI

Michael Savage – Immorality of Pornography Explicit Sex Kids
http://www.youtube.com/watch?v=mpFkI3dLIL0

Michael Savage On Lesbians
http://www.youtube.com/watch?v=wd-I9bYIy3E

Michael Savage – Swearing on the Koran

http://www.youtube.com/watch?v=Scq61iw30Oc

Trying to silence Michael Savage
http://www.youtube.com/watch?v=rWFOnT9oH7U

Michael Savage on Irrational Confusion About Homosexuals
http://www.youtube.com/watch?v=OH4gLjSXX-E

Michael Savage Talks About the Threat of Iran and Islam
http://www.youtube.com/watch?v=oO_BXJNP4u8

Illegal Alien Murders Family: Michael Savage Interviews Danielle Bologna
http://www.youtube.com/watch?v=dguIwbSkEg8

Ultravan #299, First Bath While Listening to Michael Savage
http://www.youtube.com/watch?v=CczCGWdGHKo

Michael Savage on Kosovo independence
http://www.youtube.com/watch?v=hUJXPXs_iP8

Michael Savage – Danielle Bologna and Family Tragedy Due to Corruption of Law and Illegals
http://www.youtube.com/watch?v=O7uzEkKqAg0

Michael Savage: "Bring in 10 million more from Africa."
http://www.youtube.com/watch?v=jI4cBBLeRqM

Michael Savage discusses America's collapse of it's morals and values
http://www.youtube.com/watch?v=gbfnI8kQnZ4

Michael Savage on Why Hollywood is Failing – Part 1 of 4
http://www.youtube.com/watch?v=Mfj7MtDUcFI

Michael Savage Argues With a Caller About Obama and His Credentials to be President
http://www.youtube.com/watch?v=0M44MkHnJBs

Michael Savage Nation Radio Spots Commercials Part 2
http://www.youtube.com/watch?v=ZlrjqffVhJs

Michael Savage on Hitler of Iran and Columbia University
http://www.youtube.com/watch?v=5xQ6hxlrYHE

Michael Savage on gay marriage caller
http://www.youtube.com/watch?v=R7v7OCTMVAA

Michael Savage predicts the destruction of Israel
http://www.youtube.com/watch?v=oRHz28YWXu4

Michael Savage on the JFK Terror Plot
http://www.youtube.com/watch?v=_Ovi11r-D20

Michael Savage on Bible Passages and More

http://www.youtube.com/watch?v=Aia8T2wirk0

Michael Savage Classic Caller on Health Plus Report on Abortion and Cancer
http://www.youtube.com/watch?v=my8Cjs6mATs

Michael Savage goes off on Islamo-Fascists
http://www.youtube.com/watch?v=nkWgSeSc8cA

Michael Savage discusses the end of America's Liberal Arc
http://www.youtube.com/watch?v=Enwt4-Pw4ag

Michael Savage – Generation of Weaklings
http://www.youtube.com/watch?v=G5WdMHjjJ5E

Michael Savage – Sixty Year Old Woman has Twins
http://www.youtube.com/watch?v=3-CRP1qxD78

Michael Savage Admits to Taking Lipitor (then quits on 10/29)
http://www.youtube.com/watch?v=T-7Dqd-zIEs

Michael Savage on The Homosexual Mafia
http://www.youtube.com/watch?v=kBPGO9D8B-Y

Michael Savage Here Comes The Judge
http://www.youtube.com/watch?v=zJNzfRWbUuq

Michael Savage on bill clintons propaganda against serbs
http://www.youtube.com/watch?v=wJKtQufrnds

Michael Savage on Fear of Marriage in Society Today
http://www.youtube.com/watch?v=JFCzLfsEddQ

Michael Savage slams a Nancy Pelosi supporter
http://www.youtube.com/watch?v=X4w39SHqTVA

Michael Savage on the state of Israel in 2006
http://www.youtube.com/watch?v=YYxtZ0bQC8o

Michael Savage discusses today's bizarre political climate
http://www.youtube.com/watch?v=Xz2FKdi9ktE

Michael Savage translates liberal Headline
http://www.youtube.com/watch?v=VjxARbHr6TE

Michael Savage OWNS pro-Muslim liberal – Liberals SUCK!
http://www.youtube.com/watch?v=BuOmtQhNwm0

Duncan Hunter with Michael Savage
http://www.youtube.com/watch?v=D0qKFEQdJ-E

Michael Savage KSFO Classic – Savage Matchmaker

http://www.youtube.com/watch?v=ISVqINUXKU0

Michael Savage on Radical Muslims CAIR Future Expectations
http://www.youtube.com/watch?v=iejM8emTJW4

Michael savage on bill clintons war against serbs
http://www.youtube.com/watch?v=2sURLF83V9A

Censure Carter Michael Savage
http://www.youtube.com/watch?v=HvqFih8p25w

Michael Savage on Iran, weakness, and liberal attack dogs
http://www.youtube.com/watch?v=yJ40KgkOt8M

Michael Savage on Barack Hussein Obama as President
http://www.youtube.com/watch?v=Qnj_7t_9adM

Michael Savage: Vinnie Calls Part 1
http://www.youtube.com/watch?v=xdZYe0Z9TSM

Michael Savage on Sharing Bedrooms Couples Husband and Wife
http://www.youtube.com/watch?v=a0UQHs6o5bw

Michael Savage takes a call from Todd in New Hampshire
http://www.youtube.com/watch?v=ZdJK6varWQE

Michael Savage on the Power of Man in Good and Evil
http://www.youtube.com/watch?v=JkJy1H7B_vY

Michael Savage hates gays
http://www.youtube.com/watch?v=8GOEnXp9VnQ

Michael Savage: A balanced immigration solution (Part 2)
http://www.youtube.com/watch?v=20U905Z4wIw

Michael Savage On Obama and What He Wants for America
http://www.youtube.com/watch?v=x871n28-xNE

Michael Savage Rants on Illegals
http://www.youtube.com/watch?v=D0jk1gSNVbA

Michael Savage on Financial Schemes and Intuitive Intelligence (9/23/08)
http://www.youtube.com/watch?v=5G_MBrkIhmQ

Michael Savage: Liberals Want an Illiterate America
http://www.youtube.com/watch?v=5YDhHh2yoXE

Michael Savage – Discussion about Lawyers and Doctors in Society Today – Part 1 of 2
http://www.youtube.com/watch?v=rCjSOAAazW0

Michael Savage – What Not To Say On The Savage Nation

http://www.youtube.com/watch?v=Vxs_bNcAY4o

Michael Savage Talks About Fahrenheit 451 and Fascism
http://www.youtube.com/watch?v=sADM1YHej04

Michael Savage on Shameless Liberals and His Boosted Ratings
http://www.youtube.com/watch?v=EzBkCPExnD0

Michael Savage on Nancy Pelosi
http://www.youtube.com/watch?v=9lbXygLG-4M

Michael Savage: Vinne Calls Part 2
http://www.youtube.com/watch?v=_ir4T5glxsg

Michael Savage – Brainwashing of Global Warming and More
http://www.youtube.com/watch?v=iwXhmnqtjLE

Michael Savage – "The Most Important Thing I've Ever Said"
http://www.youtube.com/watch?v=9G2NfVJiplI

Michael Savage on Lucky Louie
http://www.youtube.com/watch?v=soSur400DN4

Michael Savage Explains Clipped Hair Type's
http://www.youtube.com/watch?v=3YLYPfzY88c

St. Michael: Liberal Slayer – Prepare 4 War!
http://www.youtube.com/watch?v=yi5CLIO6SZ0

Michael Savage on Celebrating Purim
http://www.youtube.com/watch?v=N5uYb4viBCU

Michael Savage Welcome To the Sheocracy
http://www.youtube.com/watch?v=pXWI0goYbpk

Michael Savage on the new leadership of the Democrats
http://www.youtube.com/watch?v=kpoES0aZtL8

Michael Savage on How Drugs Spoil Our Spiritual Strengths
http://www.youtube.com/watch?v=agDRflQ8PnQ

Michael Savage Update on Health and Return to Show (September 17, 2008)
http://www.youtube.com/watch?v=JCf8cuDCthY

Michael Savage – Freakshows
http://www.youtube.com/watch?v=xE0uydrjVzM

Michael Savage on Why He's Famous – Immigrants and Epidemics
http://www.youtube.com/watch?v=mkaguIjlwDY

Michael Savage to Question Barack Hussein Obama and his Credentials for Presidency

http://www.youtube.com/watch?v=mNRbi2RUxOl

Michael Savage discusses the 2nd Amendment ruling by high court
http://www.youtube.com/watch?v=6UqdK9gvD84

Michael Savage talks about the 50's versus today
http://www.youtube.com/watch?v=uKUAZ0NoSts

Michael Savage Nation Radio Spots Commercials Part 4
http://www.youtube.com/watch?v=E6R57DrteeQ

Michael Savage listening to Kansas City
http://www.youtube.com/watch?v=501mwwIUd-c

Michael Savage Censored
http://www.youtube.com/watch?v=esKn8GajDM0

Michael Savage on San Francisco and NutJob Liberals
http://www.youtube.com/watch?v=BKRPbgGw_cg

Michael Savage Marry a Liberal??
http://www.youtube.com/watch?v=wWc50gaiucs

Michael Savage Gets Pissed off at John McCain (9/24/08)
http://www.youtube.com/watch?v=250ocbm2g1c

Michael Savage on Children and Parenting
http://www.youtube.com/watch?v=QcW8lyZkg88

Michael Savage on CNN, Wolf Blitzer & Larry King
http://www.youtube.com/watch?v=sE6OaI924HQ

Michael Savage on the insanity of current political trends
http://www.youtube.com/watch?v=-Pqj-bsvboq

Michael Savage discusses Tim Russert
http://www.youtube.com/watch?v=GCU4WuOqG-A

Michael Savage on just leaving it all one day to live on an island
http://www.youtube.com/watch?v=mLxFl8ueaoA

Michael Savage On Lack of Outrage in Financial Crisis (9/23/08)
http://www.youtube.com/watch?v=ERAP2Jc2h8g

Michael Savage Endorses TrustedID Identity Theft Protection
http://www.youtube.com/watch?v=QDnIsOH1kq4

Michael Savage on corporate corruption and labor practices
http://www.youtube.com/watch?v=HlGFmRxAsVk

Dr. Savage on Coronary Artery Disease

http://www.youtube.com/watch?v=VU0b8NE5_NQ

Michael Savage on how the US National Anthem is treated
http://www.youtube.com/watch?v=QYW3Pfr2aN4

Savage News Reel
http://www.youtube.com/watch?v=zhPeJD8zLUU

Intelligent, Moderate Muslim Calls The Savage Nation
http://www.youtube.com/watch?v=5BWRAYjBpk4

Michael Savage on Bosnian muslim shooter
http://www.youtube.com/watch?v=k_0b3KTazu4

Michael Savage on Matt Damon and Sarah Palin
http://www.youtube.com/watch?v=6ybBqhE3oZ4

Michael Savage Freaking Out (During my Video Diary)
http://www.youtube.com/watch?v=7aDisa2m7y8

Moronic Caller on The Savage Nation 8-9-06
http://www.youtube.com/watch?v=9fgTAQDyqAg

Michael Savage: Benazir Bhutto Assassination (Part 2)
http://www.youtube.com/watch?v=AEVsXII1wWM

Michael Savage straight talk on Autism
http://www.youtube.com/watch?v=q0U7HizUe54

Michael Savage – Radical Islam divine punishment on West
http://www.youtube.com/watch?v=0tj3L4u1lPM

Texas Polygamy, Durham Dirtbag, Rocky Mountain White Trash
http://www.youtube.com/watch?v=vhNWMZJxHuU

Michael Savage Explains the Fraud of Autism
http://www.youtube.com/watch?v=WiZBC8IlOIk

Michael Savage on How to Lower Gas Prices LMFAO!
http://www.youtube.com/watch?v=bloU9C3EOdM

Savage Nation – Sonny Barger Interview
http://www.youtube.com/watch?v=bfSBGi88SAE

Jewish Radio Host Michael Savage On Autism
http://www.youtube.com/watch?v=GWYQqGDaYfY

Internment Camps In America ? Savage Nation May 30, 2007
http://www.youtube.com/watch?v=kyzSn2ALZj0

Obama coddles San Francisco sponsors; drops middle America

http://www.youtube.com/watch?v=NrZA1oTjme4