Brave New Films 501 (C)(4) v. Weiner et al Doc. 48

Benjamin Aaron Shapiro (SBN 254456)
12330 Magnolia Blvd., #114
Valley Village, CA 91607
Telephone: (818)620-0137

Attorney for Defendants
MICHAEL WEINER aka MICHAEL SAVAGE
and ORIGINAL TALK RADIO NETWORK, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BRAVE NEW FILMS 501(c)(4),

Plaintiff,

vs.

MICHAEL WEINER aka MICHAEL SAVAGE and ORIGINAL TALK RADIO NETWORK, INC.,

Defendants

Case No.: CV 08-4703 SI

**[PROPOSED] ORDER GRANTING DEFENDANT ORIGINAL TALK RADIO NETWORK, INC.'S MOTION FOR SUMMARY JUDGMENT**

1

[PROPOSED] ORDER GRANTING DEFENDANT ORIGINAL TALK RADIO NETWORK, INC.'S MOTION FOR SUMMARY JUDGMENT
Case No. CV 08-4703 SI

Dockets.Justia.com

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on April 3, 2009 at 9:00 a.m. in Courtroom 10 of the above-captioned court located at 450 Golden Gate Avenue, San Francisco, California 94102, Defendant Original Talk Radio Network, Inc.'s Motion for Summary Judgment came on for hearing.

The Court, having considered the Motion, any oppositions to the Motion and replies in support of the Motion, the arguments and evidence proffered at the hearing on the Motion, and the record in the above-captioned case,

IT IS HEREBY ORDERED THAT the Motion is GRANTED and that judgment will be entered in favor of Defendant Original Talk Radio Network, Inc. and against Plaintiff Brave New Films 501(c)(4).

DATED:____________________

____________________________
The Honorable Susan Illston
United States District Judge

2

[PROPOSED] ORDER GRANTING DEFENDANT ORIGINAL TALK RADIO NETWORK, INC.'S MOTION FOR SUMMARY JUDGMENT
Case No. CV 08-4703 SI

**PROOF OF SERVICE BY E-MAIL**

I am employed in the County of Sacramento, California. I am over the age of eighteen years and not a party to the within case. My business address is 1787 Tribute Rd., Suite D, Sacramento, California 95815. On February 27, 2009, I served the attached

**PROPOSED ORDER GRANTING DEFENDANT ORIGINAL TALK RADIO NETWORK, INC.'S MOTION FOR SUMMARY JUDGMENT**

on the interested parties in the above captioned action by E-mail as follows:

Anthony T. Falzone:
falzone@stanford.edu, asmith@law.stanford.edu

Julie Angela Aherns:
jaherns@law.stanford.edu

William Frederick Abrams:
William.abrams@bungham.com

Christopher Kay Ridder:
cridder@stanford.edu

Sheila Marie Pierce:
Sheila.poerce@bingham.com,
ruth.difalco@bingham.com

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on February 27, 2009 at Sacramento, California.

/s/ .

Pam Sauter