| | |
|---|---|
| 1 | Anthony T. Falzone (SBN 190845) |
| | Julie A. Ahrens (SBN 230170) |
| 2 | Christopher K. Ridder (SBN 218691) |
| | STANFORD LAW SCHOOL CENTER FOR |
| 3 | INTERNET AND SOCIETY |
| | 559 Nathan Abbott Way |
| 4 | Stanford, California 94305-8610 |
| | Telephone: (650) 736-9050 |
| 5 | Facsimile: (650) 723-4426 |
| | E-mail: falzone@stanford.edu |
| 6 | |
| | William F. Abrams (SBN 88805) |
| 7 | Sheila M. Pierce (SBN 232610) |
| | BINGHAM MCCUTCHEN LLP |
| 8 | 1900 University Avenue |
| | East Palo Alto, CA 94303-2223 |
| 9 | Telephone: 650.849.4400 |
| | Facsimile: 650.849.4800 |
| 10 | E-mail: william.abrams@bingham.com |
| 11 | Attorneys for Plaintiff |
| | BRAVE NEW FILMS 501(c)(4) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAVE NEW FILMS 501(C)(4),<br><br>      Plaintiff,<br>  v.<br><br>MICHAEL WEINER aka MICHAEL SAVAGE, and ORIGINAL TALK RADIO NETWORK, INC.,<br><br>      Defendants. | No. CV 08-04703 SI<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF BRAVE NEW FILMS 501(C)(4)'S OPPOSITION TO DEFENDANT MICHAEL WEINER AKA MICHAEL SAVAGE'S MOTION TO DISMISS**<br><br>Date: April 3, 2009<br>Time: 9:00 a.m.<br>Place: Courtroom 10<br>Judge: Honorable Susan Illston |

CV 08-04703 SI

REQUEST FOR JUDICIAL NOTICE

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Federal Rule of Evidence 201, Plaintiff Brave New Films 501(c)(4) respectfully requests that the Court take judicial notice of the following documents in support of its Opposition to Defendant Michael Weiner aka Michael Savage's Motion to Dismiss:

- **Exhibit A:** A true and correct copy of the Complaint filed by Michael Savage against Counsel on American-Islamic Relations, Inc. on December 3, 2007 in *Savage v. Council on American-Islamic Relations, Inc.*, No. 3:07-cv-06076-SI, Docket No. 1.

- **Exhibit B:** A true and correct copy of the Order Granting Defendants' Motion for Judgment on the Pleadings in *Savage v. Council on American-Islamic Relations, Inc.*, No. 3:07-cv-06076-SI (N.D. Cal. July 25, 2008), Docket No. 38.

Federal Rule of Evidence 201 provides that a court may take judicial notice of a fact "not subject to reasonable dispute [and] . . . capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

The Court may take judicial notice of matters of the public record including pleadings, decisions, orders and other documents filed in another court. *See Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (a court may take judicial notice of court filings and other matters of public record); *see also Kurtcu v. U.S. Parking Inc.*, No. 08-2113, 2008 U.S. Dist. LEXIS 51302, at *5 (N.D. Cal. Jun. 16, 2008) (a court may take judicial notice of orders and decisions made by other courts and administrative agencies).

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1       Accordingly, this Court may appropriately take judicial notice of the court filing and
2 order respectively designated above as Exhibit A and Exhibit B.

3

DATED: March 2, 2009

4

5                                     Bingham McCutchen LLP

6

7                                     By:   /s/ William F. Abrams
                                            William F. Abrams
                                            Attorneys for Plaintiff
8                                             BRAVE NEW FILMS

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28