| | |
|---|---|
| 1 | Anthony T. Falzone (SBN 190845) |
|   | Julie A. Ahrens (SBN 230170) |
| 2 | STANFORD LAW SCHOOL CENTER FOR |
|   | INTERNET AND SOCIETY |
| 3 | 559 Nathan Abbott Way |
|   | Stanford, California 94305-8610 |
| 4 | Telephone: (650) 736-9050 |
|   | Facsimile: (650) 723-4426 |
| 5 | E-mail: falzone@stanford.edu |
| 6 | William F. Abrams (SBN 88805) |
|   | Sheila M. Pierce (SBN 232610) |
| 7 | BINGHAM MCCUTCHEN LLP |
|   | 1900 University Avenue |
| 8 | East Palo Alto, CA 94303-2223 |
|   | Telephone: 650.849.4400 |
| 9 | Facsimile: 650.849.4800 |
|   | E-mail: william.abrams@bingham.com |
| 10 | |
|   | Attorneys for Plaintiff |
| 11 | BRAVE NEW FILMS 501(c)(4) |
| 12 | Benjamin Aaron Shapiro (SBN 254456) |
|   | 12330 Magnolia Boulevard, No. 114 |
| 13 | Valley Village, CA 91607 |
|   | Telephone: (818) 620-0137 |
| 14 | |
|   | Attorney for Defendants |
| 15 | MICHAEL WEINER aka MICHAEL SAVAGE, and |
|   | ORIGINAL TALK RADIO NETWORK, INC. |
| 16 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 21 | BRAVE NEW FILMS 501(C)(4), | No. CV 08-04703 SI |
| 22 | Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING |
|    | v. | |
| 23 | | |
| 24 | MICHAEL WEINER aka MICHAEL SAVAGE, and ORIGINAL TALK RADIO NETWORK, INC., | Date:     April 3, 2009<br>Time:      9:00 a.m.<br>Location: Courtroom 10<br>Honorable Susan Illston |
| 25 | Defendants. | |
| 26 | | |
| 27 | | |
| 28 | | |

CV 08-04703 SI

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING

Dockets.Justia.com

1  Pursuant Civil L.R. 6-1(a) and Civil L.R. 7-7(a), the parties stipulate to the
2  following:
3  WHEREAS, on October 10, 2008, this action for declaratory judgment and
4  damages was commenced in the United States District Court, Northern District of California;
5  WHEREAS, on February 27, 2009, Defendant The Original Talk Radio Network,
6  Inc. ("OTRN") filed a Motion for Summary Judgment, Docket Number 43, and Plaintiff Brave
7  New Films 501(c)(4) ("Brave New Films") filed a Motion for Partial Summary Judgment,
8  Docket Number 40;
9  WHEREAS, the hearings on OTRN's Motion for Summary Judgment and Brave
10 New Films' Motion for Partial Summary Judgment are calendared for April 3, 2009;
11 WHEREAS, for efficiency, the parties have agreed to continue the hearings in
12 order to take desired discovery in connection with the motions;
13 WHEREAS, the parties have agreed to set a new briefing schedule and hearing
14 date for the summary judgment motions once a discovery timeline is agreed upon;
15 WHEREAS, the parties have not previously stipulated to continue the hearings.
16 NOW THEREFORE, it is STIPULATED, AGREED AND ORDERED as
17 follows:
18 The hearings on Defendant The Original Talk Radio Network, Inc.'s Motion for
19 Summary Judgment and Plaintiff Brave New Films' Motion for Partial Summary Judgment will
20 be continued to such a date as the parties will agree and at a time to be determined by the Court.
21 The hearing on Michael Weiner aka Michael Savage's Motion to Dismiss and the
22 Case Management Conference will remain on April 3, 2009 as previously ordered.
23
24
25
26
27
28

DATED: March 12, 2009

Bingham McCutchen LLP


By: /s/ William F. Abrams
William F. Abrams
Attorneys for Plaintiff
BRAVE NEW FILMS

DATED: March 12, 2009




By: /s/ Benjamin Aaron Shapiro
Benjamin Aaron Shapiro
Attorneys for Defendant
Michael Weiner aka Michael Savage and
Original Talk Radio Network, Inc.


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____    By: _____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

**CERTIFICATION BY SHEILA M. PIERCE PURSUANT TO GENERAL ORDER NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am a lawyer licensed to practice law in the State of California, and am an associate in the law firm of Bingham McCutchen LLP, counsel for Plaintiff Brave New Films 501(c)(4). The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct on March 12, 2009 in East Palo Alto, California.

      /s/ Sheila M. Pierce
      Sheila M. Pierce