**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRAVE NEW FILMS,                                        No. C 08-04703SI

        Plaintiff,                              **NOTICE**

  v.

MICHAEL WEINER,

        Defendant.

_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the motion to dismiss has been continued to Friday, April 10, 2009, at 9:00 a.m.


Dated: March 27, 2009                                   RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk