1 | Anthony T. Falzone (SBN 190845)
Julie A. Ahrens (SBN 230170)
2 | Christopher K. Ridder (SBN 218691)
STANFORD LAW SCHOOL CENTER FOR
3 | INTERNET AND SOCIETY
559 Nathan Abbott Way
4 | Stanford, California 94305-8610
Telephone: (650) 736-9050
5 | Facsimile: (650) 723-4426
E-mail: falzone@stanford.edu
6
William F. Abrams (SBN 88805)
7 | Sheila M. Pierce (SBN 232610)
BINGHAM MCCUTCHEN LLP
8 | 1900 University Avenue
East Palo Alto, CA  94303-2223
9 | Telephone:  650.849.4400
Facsimile:  650.849.4800
10 | E-mail:  william.abrams@bingham.com

11 | Attorneys for Plaintiff
BRAVE NEW FILMS 501(c)(4)
12
Benjamin Aaron Shapiro (SBN 254456)
13 | 12330 Magnolia Boulevard, No. 114
Valley Village, CA 91607
14 | Telephone:  (818) 620-0137

15 | Attorney for Defendants
MICHAEL WEINER aka MICHAEL SAVAGE, and
16 | ORIGINAL TALK RADIO NETWORK, INC.

17

UNITED STATES DISTRICT COURT

18

NORTHERN DISTRICT OF CALIFORNIA

19

SAN FRANCISCO DIVISION

20

21

| | |
|---|---|
| BRAVE NEW FILMS 501(C)(4), | No. CV 08-04703 SI |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING FOR MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE AND SET DATES FOR SUMMARY JUDGMENT HEARING |
| v. | |
| MICHAEL WEINER aka MICHAEL SAVAGE, and ORIGINAL TALK RADIO NETWORK, INC., | |
| Defendants. | Location:  Courtroom 10<br>Honorable Susan Illston |

CV 08-04703 SI

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Brave New Films 501(c)(4) ("Brave New Films") and Defendants Michael Weiner aka Michael Savage and Original Talk Radio Network, Inc. (collectively "Defendants"), through their respective counsel, pursuant to Northern District of California Civil Local Rule 6-1, as follows:

1. The parties previously stipulated to extend the date for hearing on Michael Weiner aka Michael Savage's Motion to Dismiss to April 3, 2009;

2. The Court continued the hearing on the Motion to Dismiss to April 10, 2009;

3. Neither party is available for hearing on April 10, 2009;

4. The Court previously set a Further Case Management for April 3, 2009 at 3:00 p.m.;

5. The parties previously stipulated to take the hearing on Brave New Films' Motion for Partial Summary Judgment and Original Talk Radio Network, Inc.'s Motion for Summary Judgment off calendar;

6. Accordingly, the parties hereby stipulate to the following:

   a. The hearing on the Motion to Dismiss is April 17, 2009 at 9:00 a.m.;

   b. The Further Case Management Conference is April 17, 2009 at 3:00 p.m.; and

   c. The hearing for the parties' respective Motion for Summary Judgment and Motion for Partial Summary Judgment is May 22, 2009 at 9:00 a.m.

DATED: March 30, 2009

Bingham McCutchen LLP

By: /s/ William F. Abrams
William F. Abrams
Attorneys for Plaintiff
BRAVE NEW FILMS

| | |
|---|---|
| 1 | DATED: March 30, 2009 |

By: /s/ Benjamin Aaron Shapiro
Benjamin Aaron Shapiro
Attorneys for Defendant
Michael Weiner aka Michael Savage and
Original Talk Radio Network, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____   By: _____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

**CERTIFICATION BY SHEILA M. PIERCE PURSUANT TO GENERAL ORDER NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am a lawyer licensed to practice law in the State of California, and am an associate in the law firm of Bingham McCutchen LLP, counsel for Plaintiff Brave New Films 501(c)(4). The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct on March 30, 2009 in East Palo Alto, California.

/s/
Sheila M. Pierce