Benjamin Aaron Shapiro (SBN 254456)
12330 Magnolia Blvd., #114
Valley Village, CA 91607
Telephone: (818)620-0137

Ronald H. Severaid (SBN78923)
SEVERAID & GLAHN, PC
1787 Tribute Road, Suite D
Sacramento, CA 95815
Telephone: (916)929-8383
Facsimile: (916)925-4763

Attorneys for Defendant
THE ORIGINAL TALK RADIO NETWORK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAVE NEW FILMS 501(c)(4),<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL WEINER aka MICHAEL SAVAGE and ORIGINAL TALK RADIO NETWORK, INC.,<br><br>Defendants | Case No.: CV 08-4703 SI<br><br>**NOTICE OF ASSOCIATION OF COUNSEL**<br><br>The Honorable Susan Illston |

**PLEASE TAKE NOTICE** that Benjamin Aaron Shapiro, attorney of record for defendant THE ORIGINAL TALK RADIO NETWORK, INC., hereby associates Ronald H. Severaid and Carter Glahn, and the law firm of Severaid & Glahn, PC, as co-counsel for THE ORIGINAL TALK RADIO NETWORK, INC., in the above-captioned action. The name, office address, telephone number, and facsimile number of the associated counsel are:

Ronald H. Severaid (SBN078923)
SEVERAID & GLAHN, PC
1787 Tribute Road, Suite D
Sacramento, CA 95815
Telephone: (916) 929-8383
Facsimile: (916) 925-4763
rhseveraid@sbcglobal.net

Carter Glahn (SBN 242378)
SEVERAID & GLAHN, PC
1787 Tribute Road, Suite D
Sacramento, CA 95815
Telephone: (916) 929-8383
Facsimile: (916) 925-4763
cglahn@sbcglobal.net

Dated: April 8, 2009

                    /s/ Benjamin Aaron Shapiro

             Attorney for Defendant THE ORIGINAL TALK RADIO NETWORK, INC.

Ronald H. Severaid and Carter Glahn and the law firm of Severaid & Glahn, PC hereby accept the above association.

Dated: April 3, 2009

             SEVERAID AND GLAHN, PC

             By    /s/ Ronald H. Severaid

             Attorney for Defendant THE ORIGINAL TALK RADIO NETWORK, INC.

2
OTRN'S NOTICE OF ASSOCIATION OF COUNSEL
Case No. CV 08-4703 SI

## PROOF OF SERVICE BY E-MAIL

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within case. My business address is 12330 Magnolia Boulevard Suite 114, Los Angeles, CA, 91607. On April 8, 2009, I served the attached **NOTICE OF APPEARANCE AND ASSOCIATION OF COUNSEL** on the interested parties in the above captioned action by E-mail as follows:

> William Abrams
> William.abrams@bingham.com
>
> Tony Falzone
> falzone@stanford.edu
>
> Ronald H. Severaid
> rhseveraid@sbcglobal.net
>
> Carter Glahn
> cglahn@sbcglobal.net

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on April 8, 2009 at Los Angeles, California.

> _____/s/ Benjamin Shapiro_____
>
> Benjamin Shapiro
> Benjamin Shapiro Legal Consulting
> 12330 Magnolia Blvd., #114
> Valley Village, CA 91607
> (818)620-0137
> Bshapiro708@gmail.com
>
> Attorney for Defendant THE ORIGINAL TALK RADIO NETWORK, INC.