Benjamin Aaron Shapiro (SBN 254456)
12330 Magnolia Blvd., #114
Valley Village, CA 91607
Telephone: (818) 620-0137
E-mail: bshapiro708@gmail.com

Ronald H. Severaid (SBN78923)
Carter Glahn (SBN 242378)
SEVERAID & GLAHN, PC
1787 Tribute Road, Suite D
Sacramento, CA 95815
Telephone: (916) 929-8383
Facsimile: (916) 925-4763
E-mail: rhseveraid@sbcglobal.net
    cglahn@sbcglobal.net

Attorneys for Defendant
THE ORIGINAL TALK RADIO NETWORK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAVE NEW FILMS 501(c)(4),<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL WEINER aka MICHAEL SAVAGE and ORIGINAL TALK RADIO NETWORK, INC.,<br><br>    Defendants | Case No.: CV 08-4703 SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT THE ORIGINAL TALK RADIO NETWORK, INC.'S MOTION FOR SUPPLEMENTAL PROTECTIVE ORDER**<br><br>Date:      May 22, 2009<br>Time:     9:00 a.m.<br>Location: Courtroom 10<br><br>Honorable Susan Illston |

The motion of defendant THE ORIGINAL TALK RADIO NETWORK, INC. for issuance of a supplemental protective order in the above-captioned action came on regularly for hearing in Courtroom 10 of the above–captioned Court on May 22, 2009, before the Honorable Susan Illston, Judge presiding.

1

The Court having duly considered all pleadings filed in support of, and in opposition to, the Motion, and having duly considered the arguments of all counsel appearing on the record at such hearing, and GOOD CAUSE APPEARING THEREFOR:

IT IS HEREBY ORDERED that:

1. The motion of defendant THE ORIGINAL TALK RADIO NETWORK, INC. ("**OTRN**") for issuance of a supplemental protective order in the above-captioned action (this "**Action**") shall be, and hereby is, granted.

2. Discovery in this Action shall be restricted, and no defendant in this Action shall be required to produce documents, with respect to any agreements, correspondence, other communications, other information and/or other documents of any kind relating to any aspect of the relationship between OTRN and MICHAEL WEINER, aka MICHAEL SAVAGE ("**Savage**"), except: (i) following the determination of any dispositive motions which may narrow or eliminate the number of relevant issues remaining for determination in subsequent proceedings in this Action; and (ii) solely to the extent identified by expressly specified relevant and material content categories determined to be properly subject to disclosure in this Action.

3. Those documents, if any, so identified as appropriately subject to disclosure in this Action shall be submitted, in the first instance, both in unredacted and proposed redacted form, to a third party magistrate judge designated by this Court for determination of whether they contain relevant and material information of a nature which could be construed by a trier of fact as contradicting any material factual assertions by or on behalf of any defendant in this Action, and/or which otherwise contain material and relevant information which is not simply consistent with and/or cumulative of evidence already

submitted by or on behalf of any defendant in this Action, and which is identified by such magistrate to be material and relevant evidence supportive of the then remaining claims of the plaintiff in this Action (collectively, as to any such information, "**Significant Information**").

4. Any documents determined by such magistrate to contain Significant Information shall be delivered, in a form redacting all information other than Significant Information, to counsel for plaintiff BRAVE NEW FILMS 501 (c) (4), with each page marked "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY" in accordance with, and for confidential treatment pursuant to, the provisions of the existing protective order filed on April 1, 2009 in this Action applicable to HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY documents.

Dated: _____

_____
SUSAN ILLSTON
United Sates District Judge