IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRAVE NEW FILMS,                                No. C 08-04703SI

        Plaintiff,                            **NOTICE**

  v.

MICHAEL WEINER,

        Defendant.
_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the case management previously scheduled to occur on April 17, 2009 has been continued to Friday, June 12, 2009, at 3:00 p.m.  A joint statement shall be filed one week prior to the conference.

Dated: April 16, 2009                          RICHARD W. WIEKING, Clerk

                                       _____
                                       Tracy Sutton
                                       Deputy Clerk

**United States District Court**
For the Northern District of California