Benjamin Aaron Shapiro (SBN 254456)
12330 Magnolia Blvd., #114
Valley Village, CA 91607
Telephone: (818) 620-0137

Ronald H. Severaid (SBN 78923)
SEVERAID & GLAHN, PC
1787 Tribute Road, Suite D
Sacramento, CA 95815
Telephone: (916) 929-8383
Facsimile: (916) 925-4763

Attorneys for Defendant
THE ORIGINAL TALK RADIO NETWORK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAVE NEW FILMS 501(c)(4),<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL WEINER aka MICHAEL SAVAGE and ORIGINAL TALK RADIO NETWORK, INC.,<br><br>　　　　Defendants | Case No.: CV 08-4703 SI<br><br>**DEFENDANT THE ORIGINAL TALK RADIO NETWORK, INC.'S RENOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　　　May 22, 2009<br>Time:　　　9:00 a.m.<br>Location:　Courtroom<br><br>Honorable Susan Illston |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, on May 22, 2009, at 9:00 a.m., in Courtroom 10 of the above-captioned court, located at 450 Golden Gate Avenue, San Francisco, California 94102, defendant THE ORIGINAL TALK RADIO NETWORK, INC., sued herein as Original Talk Radio Network, Inc. ("**Defendant**") will, and hereby does, move this Court for an Order granting Summary Judgment in the above-captioned action (this "**Action**") to Defendant against plaintiff BRAVE NEW FILMS 501(c)(4) ("**Plaintiff**") on all of Plaintiff's claims.

This Motion is made pursuant to Federal Rule of Civil Procedure 56 and Civil L.R. 7-2 and 7-3 on the basis that there is no genuine issue of material fact requiring trial for resolution, and that Defendant is entitled to judgment as a matter of law, as described with more particularity in the Memorandum of Points and Authorities filed as of February 27, 2009 by Defendant.

This Motion is based upon this Notice, the previously filed Memorandum of Points and Authorities, all pleadings and other records on file with the Court in this Action, any reply, and any additional argument or evidence which may be presented at or prior to the hearing on this Motion.

Dated: April 17, 2009

By  /s/ Benjamin Aaron Shapiro

Benjamin Aaron Shapiro
Attorney for Defendant THE ORIGINAL
TALK RADIO NETWORK, INC.

By  /s/ Ronald H. Severaid

Ronald H. Severaid
SEVERAID & GLAHN, PC
Attorney for Defendant THE ORIGINAL
TALK RADIO NETWORK, INC.

## PROOF OF SERVICE BY E-MAIL

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within case. My business address is 12330 Magnolia Boulevard Suite 114, Los Angeles, CA, 91607. On April 17, 2009, I served the attached **DEFENDANT THE ORIGINAL TALK RADIO NETWORK, INC.'S RENOTICE OF MOTION FOR SUMMARY JUDGMENT** on the interested parties in the above captioned - action by E-mail as follows:

Tony Falzone
falzone@stanford.edu

William Abrams
William.abrams@bingham.com

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on April 17, 2009 at Los Angeles, California.

/s/ Benjamin Shapiro

Benjamin Shapiro
12330 Magnolia Blvd., #114
Valley Village, CA 91607
(818) 620-0137
Bshapiro708@gmail.com