1  Anthony T. Falzone (SBN 190845)
   Julie A. Ahrens (SBN 230170)
2  Christopher K. Ridder (SBN 218691)
   STANFORD LAW SCHOOL CENTER FOR
3  INTERNET AND SOCIETY
   559 Nathan Abbott Way
4  Stanford, California 94305-8610
   Telephone: (650) 736-9050
5  Facsimile: (650) 723-4426
   E-mail: falzone@stanford.edu
6
   William F. Abrams (SBN 88805)
7  Sheila M. Pierce (SBN 232610)
   BINGHAM MCCUTCHEN LLP
8  1900 University Avenue
   East Palo Alto, CA  94303-2223
9  Telephone:  650.849.4400
   Facsimile:  650.849.4800
10 E-mail:  william.abrams@bingham.com

11 Attorneys for Plaintiff
   BRAVE NEW FILMS 501(c)(4)
12
   Benjamin Aaron Shapiro (SBN 254456)
13 12330 Magnolia Boulevard, No. 114
   Valley Village, CA 91607
14 Telephone:  (818) 620-0137

15 Attorney for Defendants
   MICHAEL WEINER aka MICHAEL SAVAGE, and
16 ORIGINAL TALK RADIO NETWORK, INC.

17

                        UNITED STATES DISTRICT COURT
18
                       NORTHERN DISTRICT OF CALIFORNIA
19
                          SAN FRANCISCO DIVISION
20

21
   BRAVE NEW FILMS 501(C)(4),              No. CV 08-04703 SI
22
              Plaintiff,                   STIPULATION AND [PROPOSED]
23        v.                               ORDER TO CONTINUE HEARING

24 MICHAEL WEINER aka MICHAEL SAVAGE,      Date:      June 12, 2009
   and ORIGINAL TALK RADIO NETWORK,        Time:      9:00 a.m.
25 INC.,                                   Location:  Courtroom 10
                                           Honorable Susan Illston
26            Defendants.

27

28
                                           CV 08-04703 SI

              STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING

1    Pursuant Civil L.R. 6-1(a) and Civil L.R. 7-7(a), the Parties stipulate to the

2  following:

3    WHEREAS, on October 10, 2008, this action for declaratory judgment and

4  damages was commenced in the United States District Court, Northern District of California;

5    WHEREAS, on January 11, 2009, defendant Michael Weiner aka Michael Savage

6  ("Savage") filed a Motion To Dismiss;

7    WHEREAS, on February 27, 2009, defendant Original Talk Radio Network, Inc.

8  filed a Motion For Summary Judgment and plaintiff Brave New Films filed a Motion For Partial

9  Summary Judgment;

10    WHEREAS, on April 15, 2009, this Court denied Savage's Motion To Dismiss

11  without oral argument;

12    WHEREAS, the hearing on the Parties' summary judgment motions is currently

13  set for May 22, 2009;

14    WHEREAS, Savage intends to notice a Motion For Summary Judgment for June

15  12, 2009;

16    WHEREAS, for efficiency, the Parties have agreed to stipulate to having all

17  motions heard on June 12, 2009, the same day as the currently scheduled Case Management

18  Conference.

19    NOW THEREFORE, it is STIPULATED, AGREED AND ORDERED as

20  follows:

21    The hearing on defendant Original Talk Radio Network, Inc.'s Motion For

22  Summary Judgment and plaintiff Brave New Films' Motion For Partial Summary Judgment will

23  be continued to June 12, 2009 at 9:00 a.m.

24    Michael Savage's Motion For Summary Judgment will be noticed for June 12,

25  2009 at 9:00 a.m.

26    The currently scheduled Case Management Conference will remain on calendar

27  for June 12, 2009 at 3:00 p.m.

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING

The currently scheduled hearing on Original Talk Radio Network, Inc.'s Motion For Supplemental Protective Order will remain on calendar for May 22, 2009 at 9:00 a.m..[1]

DATED:  April 30, 2009.

                                        Bingham McCutchen LLP


                            By:_____/s/ Sheila M. Pierce_____
                                        William F. Abrams
                                        Attorneys for Plaintiff
                                        BRAVE NEW FILMS

DATED:  April 30, 2009.


                            By:_____/s/ Benjamin Aaron Shapiro_____
                                        Benjamin Aaron Shapiro
                                        Attorneys for Defendant
                                        Michael Weiner aka Michael Savage and
                                        Original Talk Radio Network, Inc.



PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____        By: _____
                                        THE HONORABLE SUSAN ILLSTON
                                        UNITED STATES DISTRICT JUDGE



_____

[1] Savage anticipates joining in OTRN's current Motion For Supplemental Protective Order.

**CERTIFICATION BY SHEILA M. PIERCE PURSUANT TO GENERAL ORDER NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1.      I am a lawyer licensed to practice law in the State of California, and am an associate in the law firm of Bingham McCutchen LLP, counsel for Plaintiff Brave New Films 501(c)(4).  The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2.      The above e-filed document contains multiple signatures.  I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court.  Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct on April 30, 2009 in East Palo Alto, California.


        /s/ Sheila M. Pierce
        Sheila M. Pierce