1  Anthony T. Falzone (SBN 190845)
   Julie A. Ahrens (SBN 230170)
2  Christopher K. Ridder (SBN 218691)
   STANFORD LAW SCHOOL CENTER FOR
3  INTERNET AND SOCIETY
   559 Nathan Abbott Way
4  Stanford, California 94305-8610
   Telephone: (650) 736-9050
5  Facsimile: (650) 723-4426
   E-mail: falzone@stanford.edu
6
   William F. Abrams (SBN 88805)
7  Sheila M. Pierce (SBN 232610)
   BINGHAM MCCUTCHEN LLP
8  1900 University Avenue
   East Palo Alto, CA 94303-2223
9  Telephone: 650.849.4400
   Facsimile: 650.849.4800
10 E-mail: william.abrams@bingham.com

11 Attorneys for Plaintiff
   BRAVE NEW FILMS 501(c)(4)
12
   Benjamin Aaron Shapiro (SBN 254456)
13 12330 Magnolia Boulevard, No. 114
   Valley Village, CA 91607
14 Telephone: (818) 620-0137

15 Attorney for Defendants
   MICHAEL WEINER aka MICHAEL SAVAGE, and
16 ORIGINAL TALK RADIO NETWORK, INC.

17
                     UNITED STATES DISTRICT COURT
18
                    NORTHERN DISTRICT OF CALIFORNIA
19
                         SAN FRANCISCO DIVISION
20

21
   BRAVE NEW FILMS 501(C)(4),                  No. CV 08-04703 SI
22
            Plaintiff,                         STIPULATION AND [PROPOSED]
23      v.                                     ORDER TO CONTINUE HEARING

24 MICHAEL WEINER aka MICHAEL SAVAGE,          Date:     June 12, 2009
   and ORIGINAL TALK RADIO NETWORK,            Time:     9:00 a.m.
25 INC.,                                       Location: Courtroom 10
                                               Honorable Susan Illston
26          Defendants.

27

28
                                                      CV 08-04703 SI

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING

1    Pursuant Civil L.R. 6-1(a) and Civil L.R. 7-7(a), the Parties stipulate to the
2  following:
3    WHEREAS, on October 10, 2008, this action for declaratory judgment and
4  damages was commenced in the United States District Court, Northern District of California;
5    WHEREAS, on January 11, 2009, defendant Michael Weiner aka Michael Savage
6  ("Savage") filed a Motion To Dismiss;
7    WHEREAS, on February 27, 2009, defendant Original Talk Radio Network, Inc.
8  filed a Motion For Summary Judgment and plaintiff Brave New Films filed a Motion For Partial
9  Summary Judgment;
10    WHEREAS, on April 15, 2009, this Court denied Savage's Motion To Dismiss
11  without oral argument;
12    WHEREAS, the hearing on the Parties' summary judgment motions is currently
13  set for May 22, 2009;
14    WHEREAS, Savage intends to notice a Motion For Summary Judgment for June
15  12, 2009;
16    WHEREAS, for efficiency, the Parties have agreed to stipulate to having all
17  motions heard on June 12, 2009, the same day as the currently scheduled Case Management
18  Conference.
19    NOW THEREFORE, it is STIPULATED, AGREED AND ORDERED as
20  follows:
21    The hearing on defendant Original Talk Radio Network, Inc.'s Motion For
22  Summary Judgment and plaintiff Brave New Films' Motion For Partial Summary Judgment will
23  be continued to June 12, 2009 at 9:00 a.m.
24    Michael Savage's Motion For Summary Judgment will be noticed for June 12,
25  2009 at 9:00 a.m.
26    The currently scheduled Case Management Conference will remain on calendar
27  for June 12, 2009 at 3:00 p.m.
28

1  The currently scheduled hearing on Original Talk Radio Network, Inc.'s Motion
2  For Supplemental Protective Order will remain on calendar for May 22, 2009 at 9:00 a.m..[1]
3
4  DATED: April 30, 2009.
5                                          Bingham McCutchen LLP
6
7
                                            By:_____/s/ Sheila M. Pierce_____
8                                                      William F. Abrams
                                                       Attorneys for Plaintiff
9                                                      BRAVE NEW FILMS
10
11 DATED: April 30, 2009.
12
13
14
15                                          By:_____/s/ Benjamin Aaron Shapiro_____
                                                       Benjamin Aaron Shapiro
16                                                     Attorneys for Defendant
                                                       Michael Weiner aka Michael Savage and
17                                                     Original Talk Radio Network, Inc.
18
19
20 PURSUANT TO STIPULATION, IT IS SO ORDERED.
21 DATED:_____              By: _/s/ Susan Illston_____
                                            THE HONORABLE SUSAN ILLSTON
22                                          UNITED STATES DISTRICT JUDGE
23
24
25
26 _____
27 [1] Savage anticipates joining in OTRN's current Motion For Supplemental Protective Order.
28

3                                                                              CV 08-04703 SI

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING

**CERTIFICATION BY SHEILA M. PIERCE PURSUANT TO GENERAL ORDER NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am a lawyer licensed to practice law in the State of California, and am an associate in the law firm of Bingham McCutchen LLP, counsel for Plaintiff Brave New Films 501(c)(4). The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct on April 30, 2009 in East Palo Alto, California.

                                          /s/ Sheila M. Pierce
                                          Sheila M. Pierce