Benjamin Aaron Shapiro (SBN 254456)
12330 Magnolia Blvd., #114
Valley Village, CA 91607
Telephone: (818) 620-0137

Attorney for Defendant
MICHAEL WEINER, aka MICHAEL SAVAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAVE NEW FILMS 501(c)(4),<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL WEINER aka MICHAEL SAVAGE and ORIGINAL TALK RADIO NETWORK, INC.,<br><br>　　　　Defendants | Case No.: CV 08-4703 SI<br><br>**DECLARATION OF BENJAMIN AARON SHAPIRO IN SUPPORT OF DEFENDANT MICHAEL WEINER, aka MICHAEL SAVAGE'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　　　April 3rd, 2009<br>Time:　　　9:00 a.m.<br>Location:　Courtroom 10 |

Honorable Susan Illston

I, BENJAMIN AARON SHAPIRO, hereby declare that:

1. I am an attorney at law duly licensed to practice before all courts of the State of California, and before the Northern District of California.

2. I am one of the California attorneys for defendant THE ORIGINAL TALK RADIO NETWORK, INC. ("**OTRN**" or "**Defendant**"), and I am an attorney of record for OTRN in the above-captioned action (this "**Action**").

3. I am also the attorney of record for defendant MICHAEL WEINER, aka MICHAEL SAVAGE ("**Savage**") in this Action as a result of OTRN's defense of Savage in this Action once Savage was named as a defendant in this Action as a result of actions taken by OTRN.

1

4. I have personal knowledge of all matters addressed in this declaration, and could testify competently thereto if called upon to do so.

5. On or before September 29, 2008, on behalf of OTRN, I reviewed several hundred videos posted on YouTube concerning The Michael Savage Show (the "**Show**") and/or MICHAEL WEINER, aka MICHAEL SAVAGE ("**Savage**") for possible copyright infringement, with respect to OTRN's copyright claims with respect to the Show and material taken from the Show.

6. In reviewing the videos, I did not pursue videos which did not involve use of content from the Show, as to which OTRN claims the copyright.

7. I also reviewed those videos which involved use of content from the Show to evaluate whether, in my opinion, they involved legitimate fair use of OTRN's content from the Show, under the applicable fair use statutory provisions and precedents, as I understand them. Although the number of videos was voluminous and the task was time consuming, I did review each video, and did not pursue any demand as to those videos which, in my good faith opinion, constituted legitimate fair use of OTRN content from the Show.

8. I then drafted a proposed letter to YouTube demanding removal of content from the Show which I believed was posted on YouTube in violation of OTRN's copyright claim to the Show (the "**09/29/08 Letter**") and prepared an attachment which listed the 259 videos which I had personally reviewed and concluded constituted copyright violations which did not involve legitimate fair use of content taken from the Show (the "**Attachment**").

9. The letter attached as **"Exhibit B"** to the accompanying Memorandum of Points and Authorities in Support of Savage's Motion for Summary Judgment in this Action is a revised version of the text of the 09/29/08 Letter, with a true and correct copy of the Addendum, as drafted by me, attached.

10. At the time I caused the 09/29/08 Letter to be issued, I had no knowledge of either: (i) the case of *Savage v. CAIR* previously pending in the above-captioned court (the

"**CAIR Case**"); or (ii) an assignment by OTRN of the copyright of the October 29, 2007 broadcast of "The Michael Savage Show" to Savage (the "**Assignment**").

11. I did not learn of either the CAIR Case or the Assignment until after the complaint and related initial documents with respect to this Action were served/delivered to the defendants in this Action through the offices of Severaid & Glahn.

12. I drafted the 09/29/08 Letter on behalf of OTRN alone. I did not speak or otherwise communicate in any way with Savage, or any representative of Savage, concerning the 09/29/08 Letter, prior to the commencement of this Action.

13. The document attached as "**Exhibit A**" to the accompanying motion for Summary Judgment on behalf of Savage in this Action is a true and correct copy of the website posting which I printed from Plaintiff's website concerning Savage.

14. At no time prior to the commencement of this Action did I have any understanding or belief that I or OTRN was acting as an agent for Savage with respect to the 09/29/08 Letter or the subject matter thereof.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on the 8th day of May, 2009, at Los Angeles, California.

    /s/ Benjamin A. Shapiro
BENJAMIN AARON SHAPIRO

# PROOF OF SERVICE BY E-MAIL

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within case. My business address is 12330 Magnolia Boulevard Suite 114, Los Angeles, CA, 91607. On May 8, 2009, I served the attached **DECLARATION OF BENJAMIN AARON SHAPIRO IN SUPPORT OF DEFENDANT MICHAEL WEINER, aka MICHAEL SAVAGE'S MOTION FOR SUMMARY JUDGMENT** on the interested parties in the above captioned action by E-mail as follows:

Tony Falzone
falzone@stanford.edu

William Abrams
William.abrams@bingham.com

Ronald H. Severaid
rhseveraid@sbcglobal.net

Carter Glahn
cglahn@sbcglobal.net

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on May 8, 2009 at Los Angeles, California.

                                                      /s/ Benjamin Shapiro

Benjamin Shapiro
12330 Magnolia Blvd., #114
Valley Village, CA 91607
(818) 620-0137
Bshapiro708@gmail.com

Attorney for Defendant MICHAEL WEINER aka MICHAEL SAVAGE