Benjamin Aaron Shapiro (SBN 254456)
12330 Magnolia Blvd., #114
Valley Village, CA 91607
Telephone: (818) 620-0137

Attorney for Defendant
MICHAEL WEINER aka MICHAEL SAVAGE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAVE NEW FILMS 501(c)(4),<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL WEINER aka MICHAEL SAVAGE and ORIGINAL TALK RADIO NETWORK, INC.,<br><br>Defendants | Case No.: CV 08-4703 SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MICHAEL WEINER aka MICHAEL SAVAGE'S MOTION FOR SUMMARY JUDGMENT** |

1

Dockets.Justia.com

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on June 12, 2009 at 9:00 a.m. in Courtroom 10 of the above-captioned court located at 450 Golden Gate Avenue, San Francisco, California 94102, Defendant MICHAEL WEINER aka MICHAEL SAVAGE's Motion for Summary Judgment came on for hearing.

The Court, having considered the Motion, any oppositions to the Motion and replies in support of the Motion, the arguments and evidence proffered at the hearing on the Motion, and the record in the above-captioned case, and good cause appearing therefore:

IT IS HEREBY ORDERED THAT the Motion is GRANTED and that judgment shall be, and hereby is, entered in favor of defendant MICHAEL WEINER aka MICHAEL SAVAGE and against plaintiff BRAVE NEW FILMS 501(c)(4) in the above-captioned action.

DATED:_____

                                        The Honorable Susan Illston
                                        United States District Judge