| | |
|---|---|
| 1 | Anthony T. Falzone (SBN 190845) |
| | Julie A. Ahrens (SBN 230170) |
| 2 | STANFORD LAW SCHOOL CENTER FOR |
| | INTERNET AND SOCIETY |
| 3 | 559 Nathan Abbott Way |
| | Stanford, California 94305-8610 |
| 4 | Telephone: (650) 736-9050 |
| | Facsimile: (650) 723-4426 |
| 5 | E-mail: falzone@stanford.edu |
| 6 | William F. Abrams (SBN 88805) |
| | Sheila M. Pierce (SBN 232610) |
| 7 | BINGHAM MCCUTCHEN LLP |
| | 1900 University Avenue |
| 8 | East Palo Alto, CA 94303-2223 |
| | Telephone: 650.849.4400 |
| 9 | Facsimile: 650.849.4800 |
| | E-mail: william.abrams@bingham.com |
| 10 | |
| | Attorneys for Plaintiff |
| 11 | BRAVE NEW FILMS 501(c)(4) |
| 12 | Benjamin Aaron Shapiro (SBN 254456) |
| | 12330 Magnolia Boulevard, No. 114 |
| 13 | Valley Village, CA 91607 |
| | Telephone: (818) 620-0137 |
| 14 | |
| | Attorney for Defendants |
| 15 | MICHAEL WEINER aka MICHAEL SAVAGE, and |
| | ORIGINAL TALK RADIO NETWORK, INC. |
| 16 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| BRAVE NEW FILMS 501(C)(4), | | No. CV 08-04703 SI |
| Plaintiff, | | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING |
| v. | | |
| MICHAEL WEINER aka MICHAEL SAVAGE, and ORIGINAL TALK RADIO NETWORK, INC., | | Date: June 12, 2009 |
| | | Time: 9:00 a.m. |
| | | Location: Courtroom 10 |
| | | Honorable Susan Illston |
| Defendants. | | |

CV 08-04703 SI

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARINGS

1         Pursuant Civil L.R. 6-1(a) and Civil L.R. 7-7(a), the parties stipulate to the
2 following:
3         WHEREAS, on October 10, 2008, this action for declaratory judgment and
4 damages was commenced in the United States District Court, Northern District of California;
5         WHEREAS, on February 27, 2009, Defendant The Original Talk Radio Network,
6 Inc. ("OTRN") filed a Motion for Summary Judgment, and Plaintiff Brave New Films 501(c)(4)
7 ("Brave New Films") filed a Motion for Partial Summary Judgment;
8         WHEREAS, on May 8, 2009, Michael Weiner aka Michael Savage ("Savage")
9 filed a Motion for Summary Judgment;
10         WHEREAS, on May 18, 2009, the Court issued an order denying OTRN's
11 Motion for Supplemental Protective Order;
12         WHEREAS, OTRN and Savage's Motion for Summary Judgment and Brave New
13 Films' Motion for Partial Summary Judgment are currently set to be heard on June 12, 2009;
14         WHEREAS, the Parties have agreed to take OTRN and Savage's Motions for
15 Summary Judgment off calendar based on the Court's guidance in its May 18, 2009 Order,
16 subject to being reset at a later date;
17         WHEREAS, Brave New Films requests that its Motion for Partial Summary
18 Judgment remain on calendar for June 12. OTRN and Savage disagree, and believe that all
19 summary judgment motions should be heard on the same day;
20         NOW THEREFORE, it is STIPULATED, AGREED AND ORDERED as
21 follows:
22         The hearings on OTRN and Savage's Motions for Summary Judgment currently
23 set for June 12, 2009, will be taken off calendar and reset at a later date in accordance with all
24 applicable rules.
25 / / /
26 / / /
27 / / /
28 / / /

| | |
|---|---|
| 1 | The currently scheduled Case Management Conference will remain on calendar |
| 2 | for June 12, 2009 at 3:00 p.m. |
| 3 | |
| 4 | DATED: May 21, 2009 |
| 5 | Bingham McCutchen LLP |

By: /s/ Sheila M. Pierce
Sheila M. Pierce
Attorneys for Plaintiff
BRAVE NEW FILMS

DATED: May 21, 2009

By: /s/ Benjamin Aaron Shapiro
Benjamin Aaron Shapiro
Attorneys for Defendant
Michael Weiner aka Michael Savage and
Original Talk Radio Network, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____  By: _____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

**CERTIFICATION BY SHEILA M. PIERCE PURSUANT TO GENERAL ORDER NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am a lawyer licensed to practice law in the State of California, and am an associate in the law firm of Bingham McCutchen LLP, counsel for Plaintiff Brave New Films 501(c)(4). The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct on May 21, 2009 in East Palo Alto, California.

                                /s/ Sheila M. Pierce
                                  Sheila M. Pierce