Benjamin Aaron Shapiro (SBN 254456)
12330 Magnolia Blvd., #114
Valley Village, CA 91607
Telephone: (818) 620-0137

Attorney for Defendant
MICHAEL WEINER, aka MICHAEL SAVAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAVE NEW FILMS 501(c)(4),<br><br>        Plaintiff,<br><br>    vs.<br><br>MICHAEL WEINER aka MICHAEL SAVAGE and ORIGINAL TALK RADIO NETWORK, INC.,<br><br>        Defendants | Case No.: CV 08-4703 SI<br><br>**DECLARATION OF CARTER GLAHN IN SUPPORT OF DEFENDANT MICHAEL WEINER, aka MICHAEL SAVAGE'S OPPOSITION TO PLAINTIFF BRAVE NEW FILMS 501(c)(4)'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:      June 12th, 2009<br>Time:      9:00 a.m.<br>Location:  Courtroom 10<br><br>Honorable Susan Illston |

        I, CARTER GLAHN, hereby declare that:

        1.    I am an attorney at law duly licensed to practice before all courts of the State of California, and I am one of the California attorneys for defendant THE ORIGINAL TALK RADIO NETWORK, INC. ("**OTRN**" or "**Defendant**").

        2.    I have personal knowledge of all matters addressed in this declaration, and could testify competently thereto if called upon to do so.

        3.    I am a member of the law firm of Severaid & Glahn, PC, and maintain my offices at the firm's offices in Sacramento, California.

        4.    On or about September 29, 2008, I received a draft of the proposed letter addressed to YouTube at issue in this Action (the "**09/29/08 Letter**").

1
DECLARATION OF CARTER GLAHN
IN SUPPORT OF SAVAGE OPPOSITION
TO BNF MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. CV 08-4703 SI

5. The draft of the 09/29/08 Letter had an attachment which listed 259 videos as being the specific identified items which were being addressed by the 09/29/08 Letter (the "**Attachment**").

6. I reviewed the text of the draft of the 09/29/08 Letter, made final edits and caused the 09/29/08 Letter to be issued on September 29, 2008.

7. A true and correct copy of the 09/29/08 Letter, inclusive of the Attachment, is attached as Exhibit "B" to the Motion for Summary Judgment of defendant MICHAEL SAVAGE aka MICHAEL WEINER and points and authorities in support thereof previously filed as Document No. 74 in the above-captioned action.

8. I issued the 09/29/08 Letter on behalf of OTRN alone. I did not speak or otherwise communicate in any way with defendant MICHAEL WEINER aka MICHAEL SAVAGE ("**Savage**"), or any representative of Savage, concerning the 09/29/08 Letter, whether prior to issuance of the 09/29/08 Letter, or thereafter.

9. My sole communications with respect to the 09/29/08 Letter, aside from administrative communications with staff assistants, were with Ronald H. Severaid.

10. I was never under the impression, belief or understanding, at any time, or from any source, that I was issuing the 09/29/08 Letter as an agent for Savage. To the contrary, I issued the 09/29/08 Letter solely as counsel for OTRN.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on the 22nd day of May, 2009, at Sacramento, California.

                                                  /s/ Carter Glahn
                                                  CARTER GLAHN

# PROOF OF SERVICE BY E-MAIL

I am employed in the County of Josephine, Oregon. I am over the age of eighteen years and not a party to the within case. My business address is 150 Acorn Street, Merlin, OR 97532. On May 22, 2009, I served the attached **DECLARATION OF CARTER GLAHN IN SUPPORT OF DEFENDANT MICHAEL WEINER, aka MICHAEL SAVAGE'S OPPOSITION TO PLAINTIFF BRAVE NEW FILMS 501(c)(4)'S MOTION FOR PARTIAL SUMMARY JUDGMENT** on the interested parties in the above captioned action by E-mail as follows:

Tony Falzone
falzone@stanford.edu

William Abrams
William.abrams@bingham.com

Ronald H. Severaid
rhseveraid@sbcglobal.net

Carter Glahn
cglahn@sbcglobal.net

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on May 22, 2009 at Merlin, Oregon.

/s/ Lisa Hallock

Lisa Hallock
150 Acorn Street
Merlin, OR 97532
anytimeassistant@gmail.com