1    Anthony T. Falzone (SBN 190845)
      Julie A. Ahrens (SBN 230170)
2    STANFORD LAW SCHOOL CENTER FOR
      INTERNET AND SOCIETY
3    559 Nathan Abbott Way
      Stanford, California 94305-8610
4    Telephone: (650) 736-9050
      Facsimile: (650) 723-4426
5    E-mail: falzone@stanford.edu

6    William F. Abrams (SBN 88805)
      Sheila M. Pierce (SBN 232610)
7    BINGHAM MCCUTCHEN LLP
      1900 University Avenue
8    East Palo Alto, CA 94303-2223
      Telephone: 650.849.4400
9    Facsimile: 650.849.4800
      E-mail: william.abrams@bingham.com
10

      Attorneys for Plaintiff
11   BRAVE NEW FILMS 501(c)(4)

12   Benjamin Aaron Shapiro (SBN 254456)
      12330 Magnolia Boulevard, No. 114
13   Valley Village, CA 91607
      Telephone: (818) 620-0137
14

      Attorney for Defendants
15   MICHAEL WEINER aka MICHAEL SAVAGE, and
      ORIGINAL TALK RADIO NETWORK, INC.

16

17                         UNITED STATES DISTRICT COURT

18                         NORTHERN DISTRICT OF CALIFORNIA

19                            SAN FRANCISCO DIVISION

20

| | |
|---|---|
| 21   BRAVE NEW FILMS 501(C)(4), | No. CV 08-04703 SI |
| 22             Plaintiff,<br>      v. | STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE HEARING |
| 23   MICHAEL WEINER aka MICHAEL SAVAGE,<br>24   and ORIGINAL TALK RADIO NETWORK,<br>      INC., | Date:       June 12, 2009<br>Time:      9:00 a.m.<br>Location: Courtroom 10<br>Honorable Susan Illston |
| 25             Defendants. | |

26

27

28

                                                                                                 CV 08-04703 SI

1    Pursuant Civil L.R. 6-1(a) and Civil L.R. 7-7(a), the parties stipulate to the
2  following:
3    WHEREAS, on October 10, 2008, this action for declaratory judgment and
4  damages was commenced in the United States District Court, Northern District of California;
5    WHEREAS, on February 27, 2009, Defendant The Original Talk Radio Network,
6  Inc. ("OTRN") filed a Motion for Summary Judgment, and Plaintiff Brave New Films 501(c)(4)
7  ("Brave New Films") filed a Motion for Partial Summary Judgment;
8    WHEREAS, on May 8, 2009, Michael Weiner aka Michael Savage ("Savage")
9  filed a Motion for Summary Judgment;
10   WHEREAS, on May 18, 2009, the Court issued an order denying OTRN's
11 Motion for Supplemental Protective Order;
12   WHEREAS, OTRN and Savage's Motion for Summary Judgment and Brave New
13 Films' Motion for Partial Summary Judgment are currently set to be heard on June 12, 2009;
14   WHEREAS, the Parties have agreed to take OTRN and Savage's Motions for
15 Summary Judgment off calendar based on the Court's guidance in its May 18, 2009 Order,
16 subject to being reset at a later date;
17   WHEREAS, Brave New Films requests that its Motion for Partial Summary
18 Judgment remain on calendar for June 12.  OTRN and Savage disagree, and believe that all
19 summary judgment motions should be heard on the same day;
20   NOW THEREFORE, it is STIPULATED, AGREED AND ORDERED as
21 follows:
22   The hearings on OTRN and Savage's Motions for Summary Judgment currently
23 set for June 12, 2009, will be taken off calendar and reset at a later date in accordance with all
24 applicable rules.
25 / / /
26 / / /
27 / / /
28 / / /

1       The currently scheduled Case Management Conference will remain on calendar

2 for June 12, 2009 at 3:00 p.m.

3

4 DATED: May 21, 2009

5                     Bingham McCutchen LLP

6

7

8                     By:_____/s/ Sheila M. Pierce_____
                             Sheila M. Pierce
                            Attorneys for Plaintiff

9                             BRAVE NEW FILMS

10

11 DATED: May 21, 2009

12

13

14

15                     By:_____/s/ Benjamin Aaron Shapiro_____
                             Benjamin Aaron Shapiro

16                             Attorneys for Defendant
                       Michael Weiner aka Michael Savage and

17                         Original Talk Radio Network, Inc.

18

19

20 PURSUANT TO STIPULATION, IT IS SO ORDERED.

21 DATED:_____       By: _____/s/ Susan Illston_____

22                       THE HONORABLE SUSAN ILLSTON
                      UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

**CERTIFICATION BY SHEILA M. PIERCE PURSUANT TO GENERAL ORDER NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am a lawyer licensed to practice law in the State of California, and am an associate in the law firm of Bingham McCutchen LLP, counsel for Plaintiff Brave New Films 501(c)(4). The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct on May 21, 2009 in East Palo Alto, California.

      /s/ Sheila M. Pierce
      Sheila M. Pierce