Anthony T. Falzone (SBN 190845)
Julie A. Ahrens (SBN 230170)
STANFORD LAW SCHOOL CENTER FOR
INTERNET AND SOCIETY
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 736-9050
Facsimile: (650) 723-4426
E-mail: falzone@stanford.edu

William F. Abrams (SBN 88805)
Sheila M. Pierce (SBN 232610)
BINGHAM MCCUTCHEN LLP
1900 University Avenue
East Palo Alto, CA  94303-2223
Telephone:  650.849.4400
Facsimile:  650.849.4800
E-mail:  william.abrams@bingham.com

Attorneys for Plaintiff
BRAVE NEW FILMS 501(c)(4)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAVE NEW FILMS 501(C)(4),<br><br>            Plaintiff,<br><br>     v.<br><br>MICHAEL WEINER aka MICHAEL SAVAGE, and ORIGINAL TALK RADIO NETWORK, INC.,<br><br>            Defendants. | No. CV 08-04703 SI<br><br>**SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF BRAVE NEW FILMS REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: June 12, 2009<br>Time:  9:00 am<br>Place: Courtroom 10<br>Judge: Honorable Susan Illston |

**I.    INTRODUCTION**

Pursuant to Federal Rule of Evidence 201, Plaintiff Brave New Films 501(c)(4) respectfully requests that the Court take judicial notice of the following in support of its Reply Memorandum in support of its Motion for Partial Summary Judgment:

- **Exhibit A:** A true and correct copy of an Opposition to a Motion for an Award of Attorneys' Fees filed by Michael Savage on October 23, 2008 in *Savage v. Council on American-Islamic Relations, Inc.*, No. 3:07-cv-06076-SI, Docket No. 50.
- **Exhibit B:** A true and correct copy of a declaration by Daniel A. Horowitz, filed in support of Michael Savage's Opposition to a Motion for an Award of Attorneys' Fees on October 23, 2008 in *Savage v. Council on American-Islamic Relations, Inc.*, No. 3:07-cv-06076-SI, Docket No. 50-2.
- **Exhibit C:** A true and correct copy of Ian K. Boyd's profile on Harvey Siskind LLP's website at: http://www.harveysiskind.com/attorneys/i_k_boyd.html.
- **Exhibit D:** A true and correct copy of Harvey Siskind LPP's contact information from its website at: http://www.harveysiskind.com/contact/.
- **Exhibit E:** A true and correct copy of a web page providing information for Savage's Legal Fund, available on Savage's website at: http://www.michaelsavage.wnd.com/?pageId=1748.
- **Exhibit F:** A true and correct copy of a Staff Report to the Planning Commission of the Marin County Community Development Agency, available on the County of Marin's website at: http://www.co.marin.ca.us/EFiles/docs/CD/PlanCom/05_0613_IT_050607105650.pdf.

## II. ARGUMENT

Federal Rule of Evidence 201 provides that a court may take judicial notice of a fact "not subject to reasonable dispute [and] . . . capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). A court may take judicial notice "at any stage of the proceeding," including in ruling on a motion for summary judgment. Fed. R. Evid. 201(f); *see Hunt v. Check Recovery Sys.*, 478 F. Supp. 2d 1157, 1160-61 (N.D. Cal. 2007) (taking judicial notice on a motion for summary judgment).

**A.    Court Documents**

The Court may take judicial notice of matters of the public record including pleadings, orders and other documents filed in another court.  *See Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (a court may take judicial notice of court filings and other matters of public record).  Therefore, this Court may take judicial notice of the court filings designated above as Exhibit A and Exhibit B.

**B.    Websites**

The Court may take judicial notice of a website maintained publicly on the World Wide Web, the contents of which are readily ascertainable and widely disseminated.  *See e.g.*, *Rearden LLC. v. Rearden Commerce, Inc.*, 597 F.Supp.2d 1006, 1013 n.3 (N.D. Cal. 2009) ("The court takes judicial notice of contents of this website and other websites cited herein pursuant to Federal Rule of Evidence 201."); *Caldwell v. Caldwell*, 420 F. Supp. 2d. 1102, 1105 n.3 (N.D. Cal. 2006) (granting judicial notice of the UC Berkeley Museum of Paleontology website and a portion of that site), *aff'd*, 545 F.3d 1126 (9th Cir. 2008); *Coremetrics Inc. v. Atomic Park.com, LLC*, 370 F. Supp. 2d 1013, 1021 (N.D. Cal. 2005) (taking judicial notice of content on AtomicPark's website); *Cairns v. Franklin Mint Co.*, 107 F. Supp. 2d 1212, 1216 (C.D. Cal. 2000) (taking judicial notice of pages on Warhol Museum's website), *aff'd*, 292 F.3d 1139 (9th Cir. 2000).  Because website content is a proper subject for judicial notice, this Court may take judicial notice of the web pages attached hereto as Exhibit C, Exhibit D and Exhibit E.

**C.    Public Records**

The Court may take judicial notice of the records of state agencies and other undisputed matters of public record.  *See Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) (a court may take judicial notice of matters of public record unless the matter is a fact subject to reasonable dispute); *Mack v. S. Bay Beer Distribs., Inc.*, 798 F.2d 1279, 1282 (9th Cir. 1986) (a court may take judicial notice of records and reports of state administrative bodies), *overruled on other grounds by Astoria Fed. Sav. & Loan Ass'n v. Solimino*, 501 U.S. 104 (1991). Specifically, the Court may take judicial notice of the Staff Report to the Planning Commission of the Marin County Community Development Agency, attached hereto as Exhibit F.  *See Ass'n*

1  *of Irritated Residents v. C&R Vanderham Dairy*, No. 05-cv-1593, 2007 U.S. Dist. LEXIS 70890,

2  at *27-30 (E.D. Cal. Sept. 24, 2007) (taking judicial notice of San Joaquin Valley Unified Air

3  Pollution Control District, Final Draft Staff Reports).

4  **III.    CONCLUSION**

5      For the reasons set forth above, this Court may appropriately take judicial notice

6  of Exhibits A through F.

8  DATED:  May 29, 2009

11      By:      /s/ Anthony T. Falzone

12  Anthony T. Falzone
   Julie A. Ahrens
13  STANFORD LAW SCHOOL CENTER FOR
INTERNET AND SOCIETY

14  William F. Abrams
   Sheila M. Pierce
15  BINGHAM MCCUTCHEN LLP

16  Attorneys for Plaintiff
BRAVE NEW FILMS 501(c)(4)