1   Anthony T. Falzone (SBN 190845)
    Julie A. Ahrens (SBN 230170)
2   STANFORD LAW SCHOOL CENTER FOR
    INTERNET AND SOCIETY
3   559 Nathan Abbott Way
    Stanford, California 94305-8610
4   Telephone: (650) 736-9050
    Facsimile: (650) 723-4426
5   E-mail: falzone@stanford.edu
6   William F. Abrams (SBN 88805)
    Sheila M. Pierce (SBN 232610)
7   BINGHAM McCUTCHEN LLP
    1900 University Avenue
8   East Palo Alto, CA  94303-2223
    Telephone:  650.849.4400
9   Facsimile:  650.849.4800
    Email: william.abrams@bingham.com

10  Attorneys for Plaintiff
11  Brave New Films 501(c)(4)

12  Benjamin Aaron Shapiro (SBN 254456)
    12330 Magnolia Blvd., #114
13  Valley Village, CA  91607
    Telephone:  818.620.0137
14  Email:  bshapiro708@gmail.com
    Ronald H. Severaid
15  Carter Glahn
    SEVERAID & GLAHN, PC
16  1787 Tribute Road, Suite D
    Sacramento, CA 95815
17  Telephone:  (916) 929-8383
    Email:  rhseveraid@sbcglobal.net
18

19  Attorneys for Defendants
    Michael Weiner aka Michael Savage, and
20  Original Talk Radio Network, Inc.

21          UNITED STATES DISTRICT COURT

22        NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 23  BRAVE NEW FILMS 501(C)(4), | No. CV 08-04703 SI |
| 24       Plaintiff, | **SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT** |
|       v. | |
| 25  MICHAEL WEINER aka MICHAEL SAVAGE, | Civil L.R. 16-10(d) |
| 26  and ORIGINAL TALK RADIO NETWORK, INC., | Date:    June 12, 2009 |
| 27 | Time:   3:00 p.m. |
|        Defendants. | Place:  Courtroom 10, 19th Floor |
| 28 | Judge:  Honorable Susan Illston |

1          Pursuant to Civil Local Rule 16-10(d), Plaintiff Brave New Films 501(c)(4)

2    ("Brave New Films"), and Defendants The Original Talk Radio Network, Inc. ("OTRN") and

3    Michael Weiner aka Michael Savage ("Savage") (collectively "the Parties") jointly submit the

4    following Supplemental Joint Case Management Statement in advance of the June 12, 2009 Case

5    Management Conference.

6          **DESCRIPTION OF SUBSEQUENT DEVELOPMENTS**

7          An initial Case Management Conference was held on January 23, 2009.

8    Subsequently, the Court ordered a further Case Management Conference for April 3, 2009.  In

9    light of the hearing for Savage's Motion to Dismiss being continued to April 17, 2009, the

10    Parties stipulated to continue the April 3 Conference to April 17.  The Parties filed a

11    Supplemental Joint Case Management Statement on April 7, 2009.  Docket No. 60.  The Court

12    denied Savage's Motion to Dismiss on April 15, 2009 and at that time continued the April 17

13    Case Management Conference to June 12, 2009.

14          1.       **Since the last case management statement was filed by the Parties, the**

15    **following progress or changes have occurred:**

16          **A.**      **Pending Motions**

17          The only motion currently on calendar is Brave New Films' Motion for Partial

18    Summary Judgment.  Opposition and Reply briefs have been filed and served and the hearing is

19    scheduled for June 12, 2009.  *See* Docket Nos. 83, 87 and 89.

20          OTRN and Savage have filed Motions for Summary Judgment ("Motions").

21    Docket Nos. 43 and 74.  In light of comments concerning continuance of the Motions in Judge

22    Illston's May 18, 2009 Order denying OTRN's Motion For Supplemental Protective Order, the

23    Parties stipulated to take the Motions off calendar and reset them at a later date pursuant to all

24    applicable rules.  Docket Nos. 81 and 82.

25          **B.**      **Anticipated Motions**

26          To date, Brave New Films has only moved for summary judgment on its

27    declaratory relief claim.  It may file a dispositive motion on its 17 U.S.C. § 512(f)

28    misrepresentation claim once adequate discovery has occurred.  Brave New Films also

1    anticipates that motions to compel may be necessary.  As implied above, OTRN and Savage

2    anticipate resetting the Motions.

3                  **C.**       **Discovery**

4          On February 10, 2009, Brave New Films served its first set of Requests for

5    Admissions, Requests for Production of Documents, and Interrogatories on both Defendants.

6          The Parties stipulated to a general protective order on March 30, 2009.  Docket

7    No. 57.  OTRN subsequently filed a Motion for Supplemental Protective Order on April 10,

8    2009, which Savage joined on May 8, 2009.  Docket Nos. 63 and 78.  The Court denied

9    Defendants' Motion for Supplemental Protective Order on May 18, 2009, subject to certain

10    limitations (the "Court's SPO Order") and ordered responsive documents to be produced in

11    accordance with the Court's SPO Order within fourteen days of the Order.  Docket No. 81.

12          Following the Court's SPO Order, the Parties met and conferred on May 19, 2009

13    to discuss Brave New Films' outstanding discovery issues.  The Parties had met and conferred on

14    March 17 and April 24 for the same purpose.  On May 21, 2009, Brave New Films' counsel

15    wrote OTRN and Savage detailing all the outstanding discovery issues and requesting complete

16    and adequate supplemental responses no later than June 1, 2009, the date set by the Court for

17    response to Request For Production No. 1.

18          On June 1, 2009, counsel for Savage called and advised Brave New Films that

19    Defendants would be sending documents by Federal Express that day for a June 2, 2009

20    delivery.  On June 2, 2009, Brave New Films received a document, the document that

21    Defendants felt was the principal document at issue in the motion for a supplemental protective

22    order, along with a letter from counsel for OTRN stating that the full document production was

23    delayed, at least in part, because Mr. Severaid's mother had been hospitalized, but that additional

24    documents were forthcoming.  Counsel also advised that they would be addressing Brave New

25    Films' May 21 letter regarding outstanding discovery issues after the additional documents were

26    sent pursuant to the Court's SPO Order.

27          Defendants subsequently sent three additional packages of documents via Federal

28    Express to Brave New Films, producing, in the aggregate, substantial numbers of documents.

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT

1    Defendants represent that additional documents will be sent by Federal Express today, the date

2    of this filing.  Defendants further advise that their responses to the May 21 letter will be

3    impacted by the extent of the documents produced pursuant to the Court's SPO Order.

4              Brave New Films requested privilege logs from Defendants on April 24, 28 and

5    30, 2009.  Defendants responded on April 30, 2009, that they would provide them the following

6    week.  In its May 21, 2009 letter, Brave New Films requested that detailed privilege logs be

7    produced by June 1, 2009.  Defendants note that they have elected to waive privilege as to

8    various documents in the course of producing documents in response to the Court's SPO Order

9    and that upon completing any further responses in response to Brave New Films' May 21, 2009

10   letter, Defendants will produce privilege logs with respect to any documents as to which they

11   still claim privilege.

12             Brave New Films has requested deposition dates for Savage, Shapiro, Severaid

13   and Glahn.  Shapiro has provided Brave New Films with dates.  Severaid advised that dates for

14   himself and Glahn are forthcoming.  Brave New Films also intends to issue deposition subpoenas

15   to one or more third parties.

16             Defendants, at present, continue to reserve at least the majority of their discovery

17   until their dispositive motions are heard and determined, but may commence some discovery

18   before that time given additional time will pass prior to that point.  Brave New Films disagrees

19   with this approach.  The Parties have scheduled a meet and confer for June 10, 2009 to further

20   discuss discovery issues.

21                              **D.      Trial**

22             Because the Court's ruling on the pending motions may affect the disposition of

23   the case, the Parties propose postponing the setting of binding dates for trial and related pretrial

24   dates until the next Case Management Conference.

25

26

27

28

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT
A/73048847.1/0999997-0000929225

1          2.       The Parties jointly request the Court to make the following

2    Supplemental Case Management Order:

3              The Parties request a further Case Management Conference be held in eight to ten

4    weeks.

5

6    Dated:  June 5, 2009                   By:_____/s/ William F. Abrams_____

7                                                William F. Abrams
                                                 Attorney for Plaintiff
8                                                Brave New Films 501(c)(4)

9    Dated:  June 5, 2009                   By:_____/s/ Benjamin Aaron Shapiro_____

10                                               Benjamin Aaron Shapiro
                                                 Attorney for Defendant
11                                               The Original Talk Radio Network, Inc. and
                                                 Defendant Michael Weiner
12
     Dated:  June 5, 2009                   By:_____/s/ Ronald H. Severaid_____
13                                               Ronald H. Severaid
                                                 Attorney for Defendant
14                                               The Original Talk Radio Network, Inc.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT
A/73048847.1/0999997-0000929225

1   **CERTIFICATION BY SHEILA M. PIERCE PURSUANT TO GENERAL ORDER NO.**
2   **45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

3       1.      I am a lawyer licensed to practice law in the State of California, and am an

4   associate in the law firm of Bingham McCutchen LLP, counsel for Plaintiff Brave New Films

5   501(c)(4).  The statements herein are made on my personal knowledge, and if called as a witness

6   I could and would testify thereto.

7       2.      The above e-filed document contains multiple signatures.   I declare that

8   concurrence has been obtained from each of the other signatories to file this jointly prepared

9   document with the Court.  Pursuant to General Rule No. 45, I shall maintain records to support

10  this concurrence for subsequent production for the Court if so ordered, or for inspection upon

11  request by a party until one year after final resolution of the action (including appeal, if any).

12       I declare under penalty of perjury under the laws of the State of California that the

13  foregoing is true and correct on June 5, 2009.

14

15                                      /s/ Sheila M. Pierce
16                                      Sheila M. Pierce

17

18

19

20

21

22

23

24

25

26

27

28

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT
A/73048847.1/0999997-0000929225