**6 minutes**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL PRETRIAL MINUTES

Date: 6/12/09

Case No.   C-08-4703 SI          Judge:   SUSAN ILLSTON

Title: BRAVE NEW FILMS  -v- WEINER, ET AL.,

Attorneys: Falzone, Ahrens, Pierce, Shapiro(phone), Severaid(phone)
Deputy Clerk:  Tracy Sutton  Court Reporter: n/a

### **PROCEEDINGS**

1)   Further Case Management Conference - HELD

2)   _____

3)   _____

Order to be prepared by:  (  )Pltf   (  )Deft   (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN   (  ) SUBMITTED
                              PART

Case continued to **10/16/09  @ 3:00 p.m.** for Further Case Management Conference

Case continued to  **10/16/09   @ 9:00 a.m.**  for Motion for Summary Judgment
(file 9/11/09, opposition 9/25/09, reply 10/5/09)

Case continued to   **@ 3:30 p.m.**  for Pretrial Conference

Case continued to   **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Docket numbers #74 and #80 shall be terminated.
Counsel shall re-file the motions.