1  Anthony T. Falzone (SBN 190845)
   Julie A. Ahrens (SBN 230170)
2  STANFORD LAW SCHOOL CENTER FOR
   INTERNET AND SOCIETY
3  559 Nathan Abbott Way
   Stanford, California 94305-8610
4  Telephone: (650) 736-9050
   Facsimile: (650) 723-4426
5  E-mail: falzone@stanford.edu
   William F. Abrams (SBN 88805)
6  Sheila M. Pierce (SBN 232610)
   BINGHAM McCUTCHEN LLP
7  1900 University Avenue
   East Palo Alto, CA  94303-2223
8  Telephone:  650.849.4400
   Facsimile:  650.849.4800
9  Email: william.abrams@bingham.com

10 Attorneys for Plaintiff
   Brave New Films 501(c)(4)

11
   Benjamin Aaron Shapiro (SBN 254456)
12 12330 Magnolia Blvd., #114
   Valley Village, CA  91607
13 Telephone:  818.620.0137
   Email:  bshapiro708@gmail.com
14 Ronald H. Severaid
   Carter Glahn
15 SEVERAID & GLAHN, PC
   1787 Tribute Road, Suite D
16 Sacramento, CA 95815
   Telephone:  (916) 929-8383
17 Email:  rhseveraid@sbcglobal.net

18 Attorneys for Plaintiff
   BRAVE NEW FILMS 501(c)(4)

19
20                          UNITED STATES DISTRICT COURT
21                          NORTHERN DISTRICT OF CALIFORNIA
22                                SAN FRANCISCO DIVISION
23
   BRAVE NEW FILMS 501(C)(4),                    No. CV 08-04703 SI
24
            Plaintiff,                           **STIPULATION AND ORDER
25     v.                                        DISMISSING COMPLAINT**

26 MICHAEL WEINER aka MICHAEL SAVAGE,
   and ORIGINAL TALK RADIO NETWORK,
27 INC.,

28          Defendants.

A/73138354.1                                                              CV 08-04703 SI

STIPULATION AND ORDER DISMISSING COMPLAINT

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Brave New Films 501(c)(4) and Defendants Original Talk Radio Network, Inc. and Michael Weiner aka Michael Savage, by and through their attorneys of record, stipulate and agree to dismiss with prejudice the above-captioned case. Each party is to bear its own costs and attorneys' fees incurred in this Action.

DATED: September 11, 2009

By:    /s/William F. Abrams

William F. Abrams
Sheila M. Pierce
BINGHAM MCCUTCHEN LLP

Anthony T. Falzone
Julie A. Ahrens
STANFORD LAW SCHOOL CENTER FOR INTERNET AND SOCIETY

Attorneys for Plaintiff
Brave New Films 501(c)(4)

Dated: September 11, 2009

By:    /s/ Benjamin Aaron Shapiro

Benjamin Aaron Shapiro
Attorney for Defendant
The Original Talk Radio Network, Inc. and
Defendant Michael Weiner

Dated: September 11, 2009

By:    /s/ Ronald H. Severaid

Ronald H. Severaid
Attorney for Defendant
The Original Talk Radio Network, Inc.

PURSUANT TO STIPULATION, **IT IS SO ORDERED**

Dated: _____ By: _____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

**CERTIFICATION BY SHEILA M. PIERCE PURSUANT TO GENERAL ORDER NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am a lawyer licensed to practice law in the State of California, and am an associate in the law firm of Bingham McCutchen LLP, counsel for Plaintiff Brave New Films 501(c)(4). The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct on September 11, 2009.

      /s/ Sheila M. Pierce
      Sheila M. Pierce