# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: APRIL 28, 2006 CALENDAR                    **NOTICE**

_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the following cases will be continued to Monday, May 1, 2006, at 11:30 a.m.

C-04-3842.E MICHAEL KREUTZER v. MITCH KATZ
Further Case Management Conference

----------

C-04-3360.E HARDEMAN v. AMTRAK/CALTRAIN
Further Status Conference

----------

C-05-3156.E MARGORIE MORGENSTERN v. INTERNATIONAL ALLIANCE
Further Case Management Conference

----------

C-96-3418 SPACE SYSTEMS v. LOCKHEED MARTIN
Further Case Management Conference
By Phone - David Rosen

----------

C-05-1447.e SUNNYSIDE DEVELOPMENT v. OPSYS U.S. CORPORATION
Further Case Management Conference

Dated: April 18, 2006                    RICHARD W. WIEKING, Clerk

_____
Tracy Sutton
Deputy Clerk

United States District Court
For the Northern District of California